IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff* <br><br> v. <br><br> CHANBOND, LLC, <br><br> *Defendant.* | C.A. No. 21-1456-UNA |

**[PROPOSED] ORDER**

Upon application of Plaintiff CBV, Inc. ("CBV"), and for good cause shown,

**IT IS HEREBY ORDERED** this 15th day of October, 2021, that CBV may file its Complaint and exhibits in the above-captioned matter under seal. CBV shall file a public version of the Complaint, with the confidential information redacted, within seven days of this motion being granted.

_____
United States District Judge

1