# EXHIBIT A

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY.

# EXHIBIT B

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY.

# EXHIBIT C

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY.

# EXHIBIT D

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY.

# EXHIBIT E

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY.

# EXHIBIT F

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY.