IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CBV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1456-CFC |
| | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CBV, Inc. ("Plaintiff") and Defendant ChanBond, LLC ("Defendant"), by and through their undersigned counsel and subject to the approval of the Court, that Defendant shall have until January 27, 2022 to answer, move, or otherwise respond to Plaintiff's Amended Complaint (D.I. 6).

Dated:  December 27, 2021

Respectfully submitted,

| | |
|---|---|
| BAYARD, P.A. | BAYARD, P.A. |
| | |
| */s/ Kody M. Sparks* | */s/ Ronald P. Golden III* |
| Geoffrey G. Grivner (No. 4711) | Stephen B. Brauerman (No. 4952) |
| Kody M. Sparks (No. 6464) | Ronald P. Golden III (No. 6254) |
| 500 Delaware Avenue, Suite 720 | 600 North King Street, Suite 400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 552-4200 | (302) 655-5000 |
| geoffrey.grivner@bipc.com | sbrauerman@bayardlaw.com |
| kody.sparks@bipc.com | rgolden@bayardlaw.com |
| | |
| *Attorneys Plaintiff CBV, Inc.* | *Attorneys for Defendant ChanBond, LLC.* |

.

SO ORDERED, this _____ day of December, 2021.

_____
UNITED STATES CHIEF DISTRICT JUDGE