IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br>     *Plaintiff* <br><br> v. <br><br> CHANBOND, LLC, <br><br>     *Defendant.* | C.A. No. 1:21-cv-01456-MN |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO FILE SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court that the deadline to file a Scheduling Order is extended fourteen (14) days, to and including March 16, 2022.

Dated: March 2, 2022

Respectfully submitted,

| | |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC** | **BAYARD, P.A.** |
| /s/ *Geoffrey G. Grivner* | /s/ *Ronald P. Golden III* |
| Geoffrey G. Grivner (No. 4711) <br> Kody M. Sparks (No. 6464) <br> 500 Delaware Avenue, Suite 720 <br> Wilmington, DE 19801 <br> (302) 552-4200 <br> geoffrey.grivner@bipc.com <br> kody.sparks@bipc.com | Stephen B. Brauerman (No. 4952) <br> Ronald P. Golden III (No. 6254) <br> 600 North King Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com |
| *Attorneys Plaintiff CBV, Inc.* | *Attorneys for Defendant ChanBond, LLC* |

IT IS SO ORDERED, this ____ day of _____, 2022.

                                                                          _____
                                                                         UNITED STATES DISTRICT JUDGE
                                                                              MARYELLEN NOREIKA