IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHANBOND, LLC, <br><br> *Defendant.* | C.A. No. 1:21-cv-01456-MN |

## STIPULATION AND ORDER

WHEREAS, Plaintiff CBV, Inc. ("CBV") and Defendant ChanBond, LLC ("ChanBond") are the parties to this action (collectively, the "Parties"); and

WHEREAS, non-parties Deirdre Leane and IPNAV, LLC (collectively, "Proposed Intervenors") intend to intervene as Defendants in this action; and

WHEREAS, the Parties agree that Proposed Intervenors are necessary parties under Rule 19 of the Federal Rules of Civil Procedure and consent to their intervention.

NOW, THEREFORE, the Parties and Proposed Intervenors hereby stipulate and agree as follows:

1. Proposed Intervenors may intervene as parties in this action, and

2. Proposed Intervenors shall answer or otherwise move in response to the Complaint on or before March 23, 2022.

| | |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC** | **BAYARD, P.A.** |
| */s/ Geoffrey G. Grivner* | */s/ Stephen B. Brauerman* |
| Geoffrey G. Grivner (No. 4711) | Stephen B. Brauerman (No. 4952) |
| Kody M. Sparks (No. 6464) | Ronald P. Golden III (No. 6254) |
| 500 Delaware Avenue | 600 North King Street |
| Suite 720 | Suite 400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 552-4200 | (302) 655-5000 |
| geoffrey.grivner@bipc.com | sbrauerman@bayardlaw.com |
| kody.sparks@bipc.com | rgolden@bayardlaw.com |
| *Attorneys Plaintiff CBV, Inc.* | *Attorneys for Defendant ChanBond, LLC* |

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ James H. S. Levine*
James H. S. Levine (No. 5355)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
james.levine@troutman.com

*Attorneys for Deirdre Leane and IPNAV, LLC*

IT IS SO ORDERED this 17th day of March 2022; and it is

FURTHER ORDERED the Clerk of the Court is respectfully directed to add Proposed Intervenors to the caption as Defendants.

                                                          *Maryellen Noreika*
                                                          The Honorable Maryellen Noreika
                                                          United States District Judge