UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff* <br><br> v. <br><br> CHANBOND, LLC, <br><br> *Defendant.* | C.A. No. 1:21-cv-01456-MN |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven Lewis Rader to represent Intervenors Gregory Collins and Kamal Mian derivatively on behalf of UNIFIEDONLINE, INC., in this matter.

Signed: /s/ John L. Williams

John L. Williams, Esq., Delaware Bar No. 4473
1201 N. Orange St #600,
Wilmington, DE 19801
302-575-0873

Date: 3-21-2022

Attorney for Intervenors Gregory Collins and Kamal Mian
derivatively on behalf of UNIFIEDONLINE, INC.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
The Honorable Maryellen Noreika
United States District Judge