IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:21-cv-01456-MN |
| | ) |
| CHANBOND, LLC, DEIRDRE LEANE, | ) |
| and IPNAV, LLC, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

The Court having considered Defendants Deirdre Leane and IPNAV, LLC's Motion to File Under Seal, , and having determined good cause has been shown;

IT IS HEREBY ORDERED this ____ day of March, 2022 that Deirdre Leane and IPNAV, LLC (collectively, the "Leane Defendants") may file their Answer to Plaintiff CBV, Inc.'s First Amended Complaint in the above-captioned action, and any counterclaims or crossclaims filed therewith pursuant to Federal Rule of Civil Procedure 13, under seal. The Leane Defendants shall file a public version of their Answer and any counterclaims or crossclaims with confidential information redacted, within seven (7) days of the date the Leane Defendants' file their Answer, counterclaims, and crossclaims.

_____
Maryellen Noreika, U.S.D.J.