# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:21-cv-01456-MN |
| | ) |
| CHANBOND, LLC, DEIRDRE LEANE, | ) |
| and IPNAV, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court having considered Defendants Deirdre Leane and IPNAV, LLC's Unopposed Motion to File Under Seal, , and having determined good cause has been shown;

IT IS HEREBY ORDERED this 22nd day of March 2022 that Deirdre Leane and IPNAV, LLC (collectively, the "Leane Defendants") may file their Answer to Plaintiff CBV, Inc.'s First Amended Complaint in the above-captioned action, and any counterclaims or crossclaims filed therewith pursuant to Federal Rule of Civil Procedure 13, under seal. The Leane Defendants shall file a public version of their Answer and any counterclaims or crossclaims with confidential information redacted, within seven (7) days of the date the Leane Defendants' file their Answer, counterclaims, and crossclaims.

The Honorable Maryellen Noreika
United States District Judge