IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff* <br><br> v. <br><br> CHANBOND, LLC, <br><br> *Defendant.* | C.A. No. 1:21-cv-01456-MN <br><br> **PUBLIC VERSION** |

## ORDER GRANTING PRELIMINARY INJUNCTION

At Wilmington, this __ day of _____, 2022, the Court, having considered Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, and for Expedited Discovery, filed by Plaintiff CBV, Inc. ("Plaintiff" or "CBV") and the papers submitted in connection therewith;

It appearing to the Court that CBV has demonstrated that it will suffer immediate irreparable injury in that it appears that the distribution of the Settlement Funds by Defendant ChanBond, LLC ("Defendant" or "ChanBond") prior to the resolution of this action will cause CBV to suffer immediate irreparable harm for which there is no adequate remedy at law if ChanBond is not enjoined;

It appearing that CBV has shown a likelihood of success on the merits of its claim. The Court further finding that the balance of interests in this case weighs in favor of the issuance of a preliminary injunction;

NOW, THEREFORE, IT IS ORDERED AND DECREED THAT:

1. Defendant ChanBond and those persons in active concert or participation with it, are restrained and enjoined from distributing the Settlement Funds to any person until this action is resolved by the Court or amongst the parties.

1

  2.  This Preliminary Injunction is issued pursuant to Rule 65 of the Federal Rules of Civil Procedure.

This \_\_\_\_ day of _____ 2022.

              _____
              UNITED STATES DISTRICT JUDGE
              MARYELLEN NORIEKA