THE WILLIAMS LAW FIRM, P.A.
SUITE 600, ONE COMMERCE CENTER
1201 N. ORANGE STREET
P. O. BOX 511
WILMINGTON, DELAWARE 19899-0511

DAVID NICOL WILLIAMS, ESQ.†
JOHN LEGARÉ WILLIAMS, ESQ.*
BRIAN C. CRAWFORD, ESQ.#

STATES OF ADMISSION:
DELAWARE†*#
DIST. OF COL.†
FLORIDA†
MASSACHUSETTS*
NEW JERSEY*#
NEW YORK*
PENNSYLVANIA*

TELEPHONE:
(302) 575-0873
TELECOPIER:
(302) 575-1642
E-MAIL:
dave@trustwilliams.com
john@trustwilliams.com
brian@trustwilliams.com

March 25, 2022

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: **Corrected CBV, Inc. v. ChanBond, LLC, 1:21-cv-01456-MN**

Dear Judge Noreika,

On behalf of proposed intervenors Gregory Collins and Kamal Mian, derivatively on behalf of UnifiedOnline, Inc., we write to update the Court that we have held telephone discussions with counsel for plaintiff/counter defendant CBV, Inc. and counsel for defendant/cross claimant/counter claimant, Deirdre Leane, and intervener/cross claimant/counterclaimant IPNAV, LLC. Due to scheduling conflicts, we have scheduled a teleconference with counsel for defendant/cross defendant ChanBond, LLC on Monday, March 28, 2022 and respectfully request until Tuesday, March 29, 2022 to file a Local Rule 7.1.1. Statement to our motion to intervene [D.I. 34].

Respectfully submitted,

Brian C. Crawford, DE Bar #4941

cc: Geoffrey Graham Grivner, Esq. *(via electronic noticing)*
    Kody Macgyver Sparks, Esq. *(via electronic noticing)*
    Stephen B. Brauerman, Esq. *(via electronic noticing)*
    Ronald P. Gold, III, Esq. *(via electronic noticing)*
    James Harry Stone Levine, Esq. *(via electronic noticing)*
    Dylan M. Schmeyer, Esq. *(via electronic noticing)*
    Akiva M. Cohen, Esq. *(via electronic noticing)*

Steve L. Rader, Esq. *(via electronic noticing)*
Jason R. Dilday, Esq. *(via electronic noticing)*