# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., *Plaintiff* v. CHANBOND, LLC, *Defendant.* | C.A. No. 1:21-cv-01456-MN |

### Averment of Counsel Pursuant to Local Rule 7.1.1

I, Brian C. Crawford, hereby certify that, pursuant to Local Rule 7.1.1, reasonable effort has been made to reach agreement with all parties on the matters set forth in Gregory Collins and Kamal Mian's Motion to Intervene Derivatively on Behalf of UnifiedOnline, Inc. ("Motion to Intervene").

At a meet and confer teleconference on March 23, 2022, Counsel for Deirdre Leane and IPNAV, LLC stated, that they oppose the Motion to Intervene.

At a meet and confer teleconference on March 24, 2022, Counsel for CBV, Inc. stated that they take no position with respect to the Motion to Intervene, neither opposing nor supporting it.

On March 28, 2022, Counsel for Movants and Counsel for ChanBond, LLC held a meet and confer regarding the Motion to Intervene lasting approximately forty-five (45) minutes. ChanBond, LLC opposes the Motion to Intervene.

In response to written requests regarding briefing timelines concerning the Motion to Intervene, Movants agreed with Counsel for ChanBond, LLC that the deadlines under L.R. 7.1.2.(b) should not start to run until the date of submission of this L.R. 7.1.1. statement.

Respectfully submitted,

THE WILLIAMS LAW FIRM, P.A.

By: _____
Brian C. Crawford (Del. Bar #4941)
John L. Williams (Del. Bar #4473)
1201 N. Orange Street, Suite 600
P.O. Box 511
Wilmington, DE 19899-0511
Tele: (302) 575-0873
Fax: (302) 575-0925
E-mail: John@TrustWilliams.com
           Brian@TrustWilliams.com

CENTAURI LAW GROUP, P.C.

Jason R. Dilday (admitted pro hac vice)
Stevan L. Rader (admitted pro hac vice)
15615 Alton Pkwy, Suite 245
Irvine, CA 92618
Phone: (949) 336-5716
E-mail: JDilday@centaurilaw.com
           SRader@centaurilaw.com

*Attorneys for Defendants*
*KAMAL MIAN and GREGORY COLLINS*
*Derivatively on behalf UNIFIEDONLINE, INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of March, 2022, a copy of the foregoing Averment of Counsel Pursuant to Local Rule 7.1.1, was served by the Court's electronic filing system on all parties of record.

_____
Brian C. Crawford (DE Bar# 4941)