# EXHIBIT 8

### RECEIPT, RELEASE, AND CONSENT TO DISTRIBUTE

This RECEIPT, RELEASE, AND CONSENT TO DISTRIBUTE *("RRC")*, entered into this August 27, 2021, relates to that certain PATENT PURCHASE AGREEMENT (the *"PPA"*) entered into on April 9, 2015 by and between CBV, Inc., a Pennsylvania corporation, of 848B North Hanover Street, Carlisle, Pennsylvania 17013 (*"CBV"*) and ChanBond, LLC, a Delaware limited liability company (*"ChanBond"*) (each a *"Party"* and collectively the *"Parties")*. The Parties hereby agree as follows:

1. Pursuant to the PPA, as amended, CBV is entitled to certain payments from Net Recoveries of the ChanBond litigation. These payments include:
    a. $1M Threshold Payment.
    b. Recoveries Payment in the amount of 50% of Net Recoveries.
2. Pursuant to Section 3.3.2 of the PPA, Payments shall be paid within 30 calendar days after each applicable calendar quarter commencing with the first calendar quarter following the Closing Date until the expiration of the Patent and that this timetable permitted ChanBond the ability to collect all applicable costs for final calculation of Net Revenue.
3. ChanBond has advised that proceeds were received on July 7, 2021.
4. Any allocation reports or Payments are due to be provided and/or paid 30 days after the quarter ending September 30, 2021, or no later than October 30, 2021.
5. Notwithstanding the Payment schedule in the PPA, ChanBond will make a Payment to CBV in the amount of $10M, which amount would include the $1M Threshold Payment and $9M toward the Recoveries Payment.
6. ChanBond and UnifiedOnline are engaged in an ongoing arbitration filed by Deirdre Leane. ChanBond has asserted that there is no merit to Leane's alleged claims (including but not limited to that she is allegedly entitled to 22% of any gross proceeds from the ChanBond litigations) and that ChanBond and UnifiedOnline are vigorously defending against these claims. CBV acknowledges ChanBond has asserted that due to the ongoing arbitration, ChanBond must withhold any additional Recoveries Payment until the completion of the arbitration. CBV acknowledges that due to the possibility that the arbitrators may rule in Leane's favor, the amount and timing of any further Recoveries Payments to CBV or ChanBond may depend upon the final resolution of that arbitration and the outcome of Leane's claim against ChanBond and UnifiedOnline. CBV and ChanBond agree that in light of this possibility, ChanBond should withhold any additional Recoveries until the completion of the arbitration. CBV and ChanBond agree that any settlement payment (or other payment in compromise) to Leane or her related companies related to the claims asserted in the above-mentioned arbitration that otherwise would be distributed to CBV will require the approval of CBV and ChanBond, such approval to not be unreasonably withheld.
7. CBV agrees to use reasonable efforts to be available to provide documents and truthful testimony in the arbitration, if and as appropriate.
8. CBV and ChanBond consent to the distribution of $10,000,000 to CBV and $9,000,000 to ChanBond. CBV and ChanBond waive any requirement to prepare an accounting as to the distribution of $10,000,000 to CBV and $9,000,000 to ChanBond. The $9,000,000 distribution to ChanBond is inclusive of the $5,225,000 that was previously distributed on ChanBond's behalf out of ChanBond's portion of the 50% of Net Recoveries to further the defense against Leane's allegations (resulting in a $3,775,000 net distribution to ChanBond at the present time, and $9,000,000 in total distribution to ChanBond).
9. CBV hereby acknowledges and agrees that, upon Trustee receiving this signed receipt, release, and consent to distribute, CBV shall receive a $10,000,000 advanced distribution from the Trust

within 24 hours by wire transfer to CBV's account. Wire transfer instructions were sent to Trustee by CBV's financial advisor, Stonebridge, on August 18, 2021.

10. CBV and ChanBond release and forever discharge King & Wood Mallesons as Trustee of the Trust, from any claim(s) and all actions, claims and demands whatsoever, for or by reason thereof, or of any act, matter, cause, or thing whatsoever arising out of the Trust, or the administration thereof, as well as King & Wood Mallesons' agents, attorneys, accountants and/or representatives related to related to any distributions to date, as documented on the bank statement attached hereto as exhibit A and including but not limited to the distributions provided for in this receipt, release, and consent to distribute. CBV and ChanBond are not otherwise releasing their rights under the Patent Purchase Agreement, as amended.
11. CBV agrees that the payment to the litigation funder Omni Bridgeway (FKA Bentham) of the reimbursement of their funding plus their investment return is a litigation cost under the PPA, as amended, and will be considered a shared expense between ChanBond and CBV.
12. CBV and ChanBond understand that they have the right to obtain the advice of independent legal counsel and have done so or freely decided not to do so.

In witness whereof, ChanBond and CBV have caused this agreement to be executed as of the date indicated below by their respective duly authorized representatives.

CBV, Inc.

By: _[signature]_
Name: EARL HENNENHOEFER
Title: CEO & President
Date: 8/27/2021

ChanBond, LLC

By: _[signature]_
Name: WILLIAM CARTER
Title: MANAGER
Date: 8/27/2021

CONFIDENTIAL                                                                                                                                    CB007846