IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC.,<br><br>    *Plaintiff/Counterclaim-Defendant,*<br><br>v.<br><br>CHANBOND, LLC,<br><br>    *Defendant/Crossclaim-Defendant,*<br><br>DIERDRE LEANE, and IPNAV, LLC,<br><br>    *Defendants/Counterclaim-Plaintiffs/Crossclaim-Plaintiffs.* | C.A. No. 1:21-cv-01456-MN |

**NOTICE OF SERVICE**

I, Geoffrey G. Grivner, hereby certify that true and correct copies of ***Plaintiff/Counterclaim Defendant CBV, Inc.'s First Requests for Production of Documents*** were served on the 31st day of March, 2022 on the following counsel of record by electronic mail:

Stephen B. Brauerman
Ronald P. Golden, III
Bayard, P.A.
600 N. King Street, Ste. 400
Wilmington, DE 19801
Email: sbrauerman@bayardlaw.com
Email: rgolden@bayardlaw.com

*Attorneys for ChanBond, LLC*

1

James Harry Stone Levine
Troutman Pepper Hamilton Sanders, LLP
Hercules Plaza
1313 N. Market Street, Ste. 5100
P.O. Box 1709
Wilmington, DE  19899-1709
Email:  james.levine@troutman.com

*Attorneys for IPNAV, LLC and Deirdre Leane*

|  |  |
|---|---|
|  | **BUCHANAN, INGERSOLL & ROONEY PC** |
| Dated:  March 31, 2022 | */s/ Geoffrey Grivner* |
|  | Geoffrey G. Grivner (#4711) |
|  | Kody M. Sparks (#6464) |
|  | 500 Delaware Avenue, Suite 720 |
|  | Wilmington, DE 19801-3036 |
|  | (302) 552-4200 |
|  | geoffrey.grivner@bipc.com |
|  | kody.sparks@bipc.com |

*    *    *

Patrick C. Keane, Esq.
BUCHANAN, INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
patrick.keane@bipc.com

*Attorneys for Plaintiff*