# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff/Counterclaim-Defendant,* <br><br> v. <br><br> CHANBOND, LLC, <br><br> *Defendant/Crossclaim-Defendant,* <br><br> DIERDRE LEANE, and IPNAV, LLC, <br><br> *Defendants/Counterclaim-Plaintiffs/Crossclaim-Plaintiffs.* | C.A. No. 1:21-cv-01456-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 31, 2022, *Defendants Deirdre Leane and IPNAV, LLC's Responses And Objections To Plaintiff's First Set Of Requests For Production Of Documents* were served via electronic mail on:

| | |
|---|---|
| Geoffrey G. Grivner, Esq. <br> Kody M. Sparks, Esq. <br> BUCHANAN, INGERSOLL <br> & ROONEY PC <br> 500 Delaware Avenue, Suite 720 <br> Wilmington, DE 19801-3036 <br> *geoffrey.grivner@bipc.com* <br> *kody.sparks@bipc.com* <br><br> *Attorneys for CBV, Inc.* | Stephen B. Brauerman, Esq. <br> Ronald P. Golden, III, Esq. <br> BAYARD, P.A. <br> 600 N. King Street, Ste. 400 <br> Wilmington, DE 19801 <br> *sbrauerman@bayardlaw.com* <br> *rgolden@bayardlaw.com* <br><br> *Attorneys for ChanBond, LLC* |

-2-

| | |
|---|---|
| OF COUNSEL: | */s/ James H. S. Levine* |
| | James H. S. Levine (DE No. 5355) |
| Akiva M. Cohen | TROUTMAN PEPPER |
| Dylan M. Schmeyer |   HAMILTON SANDERS LLP |
| KAMERMAN, UNCYK, | Hercules Plaza, Suite 5100 |
|   SONIKER & KLEIN P.C, | 1313 N. Market Street |
| 1700 Broadway, 16th Floor | P.O. Box 1709 |
| New York, NY 10019 | Wilmington, DE  19899-1709 |
| 212.400.4930 | 302.777.6500 |
| acohen@kusklaw.com | james.levine@troutman.com |
| dschmeyer@kusklaw.com | |
| | *Attorneys for Deirdre Leane and IPNAV, LLC* |
| Dated:  March 31, 2022 | |