Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 N. Market St., Suite 5100, P.O. Box 1709
Wilmington, DE  19899-1709



troutman.com

**James H.S. Levine**
D 302.777.6536
james.levine@troutman.com

April 1, 2022

The Honorable Maryellen Noreika
U.S. District Court
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

**Re:    CBV, Inc. v. ChanBond, LLC, et al., C.A. No. 1:21-cv-01456-MN**

Dear Judge Noreika,

I write on behalf of Defendants Deirdre Leane and IPNAV, LLC (collectively, the "Leane Defendants").  I write to apprise the Court that on March 31, 2022, the Leane Defendants served written responses and completed their document production in response to Plaintiff CBV, Inc.'s document requests, referred to in the March 31, 2022 Stipulation and [Proposed] Order Regarding Preliminary Injunction Briefing (the "PI Briefing Stipulation," D.I. 52) as the "Expedited Discovery Requests."

Consistent with Paragraph 3 of the PI Briefing Stipulation, because the Leane Defendants completed their production in response to the Expedited Discovery Requests, CBV's reply brief in further support of its motion for preliminary injunction (the "PI Motion") is due within seven days of March 31, 2022, namely by Thursday, April 7, 2022.  Because the parties entered into a stipulation (D.I. 32) restraining ChanBond's distribution of proceeds pending the hearing of this motion, we ask the Court to

The Honorable Maryellen Noreika
April 1, 2022
Page 2



---

schedule any hearing[1] on the motion with the same urgency on which it would schedule

such a hearing after granting a contested TRO motion.

      Counsel are available should the Court have any questions.

                  Respectfully submitted,

                  */s/ James H. S. Levine*

                  James H.S. Levine (#5355)

JHSL/kw
cc:  All counsel of record

---

[1] The Leane Defendants will formally request oral argument pursuant to Local Rule
7.1.4 after CBV files its reply brief.