THE WILLIAMS LAW FIRM, P.A.

DAVID NICOL WILLIAMS, ESQ.†
JOHN LEGARÉ WILLIAMS, ESQ.*
BRIAN C. CRAWFORD, ESQ.#

STATES OF ADMISSION:
DELAWARE†*#
DIST. OF COL.†
FLORIDA†
MASSACHUSETTS*
NEW JERSEY*#
NEW YORK*
PENNSYLVANIA*

SUITE 600, ONE COMMERCE CENTER
1201 N. ORANGE STREET
P. O. BOX 511
WILMINGTON, DELAWARE 19899-0511

TELEPHONE:
(302) 575-0873
TELECOPIER:
(302) 575-1642
E-MAIL:
dave@trustwilliams.com
john@trustwilliams.com
brian@trustwilliams.com

April 6, 2022

**By CM/ECF**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: <u>CBV, Inc. v. ChanBond, LLC, 1:21-cv-01456-MN</u>

Dear Judge Noreika,

Proposed interveners, Gregory Collins and Kamal Mian, derivatively on behalf of UnifiedOnline, Inc., by and through counsel, intend to respond in full to the letter filed by Counsel for ChanBond, LLC regarding Emergency Request to Protect Confidentiality of ChanBond, LLC's Under Seal Filing. Given the time difference for co-counsel located in California, we respectfully request we be permitted to file our response by 1:00 p.m. ET on Thursday, April 7, 2022.

Respectfully submitted,

Brian C. Crawford, DE Bar #4941

cc: Geoffrey Graham Grivner, Esq. *(via electronic noticing)*
    Kody Macgyver Sparks, Esq. *(via electronic noticing)*
    Stephen B. Brauerman, Esq. *(via electronic noticing)*
    Ronald P. Golden, III, Esq. *(via electronic noticing)*
    James Harry Stone Levine, Esq. *(via electronic noticing)*
    Dylan M. Schmeyer, Esq. *(via electronic noticing)*
    Akiva M. Cohen, Esq. *(via electronic noticing)*
    Steve L. Rader, Esq. *(via electronic noticing)*
    Jason R. Dilday, Esq. *(via electronic noticing)*
    John L. Williams, Esq.