# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHANBOND, LLC, DEIRDRE LEANE, )<br>and IPNAV, LLC, )<br>)<br>Defendants. ) | C.A. No. 1:21-cv-01456-MN |

## SUR-REPLY DECLARATION OF AKIVA M. COHEN

1. I am a Partner at Kamerman, Uncyk, Soniker, & Klein, P.C., attorneys for Deirdre Leane and IPNAV, LLC ("Leane Defendants") and submit this declaration in further support of the Leane Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction. I have personal knowledge of the facts submitted herein, and could and would testify competently to them if called to do so.

2. Attached hereto as exhibit 1 is a true and correct copy of a December 10, 2015 email Ms. Leane sent to Earl Hennehoefer, Bob Stine, and Dick Snyder, among others.

_____
Akiva M. Cohen

April 8, 2022