IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1456-MN |
| | ) |
| CHANBOND, LLC, | ) |
| | ) |
| Defendant/Crossclaim Defendant, | ) |
| | ) |
| DEIRDRE LEANE, and IPNAV, LLC | ) |
| | ) |
| Defendants/Counterclaim Plaintiffs/Crossclaim Plaintiffs. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Crossclaim Defendant ChanBond, LLC ("ChanBond") and Crossclaim Plaintiffs IPNav, LLC and Deidre Leane ("Crossclaim Plaintiffs"), by and through their undersigned counsel and subject to the approval of the Court, that ChanBond shall have until April 20, 2022 to answer, move, or otherwise respond to Crossclaim Plaintiffs' Cross-claim Complaint (D.I. 41).

1

Dated: April 11, 2022

Respectfully submitted,

<table>
<tr><td>

TROUTMAN PEPPER HAMILTON
SANDERS LLP

*/s/ James H.S. Levine*
James H.S. Levine (No. 5355)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 198899-1709
(302) 777-6500
james.levine@troutman.com

*Attorney Crossclaim Plaintiffs IPNav, LLC and Deirdre Leane*
.

</td><td>

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (No. 4952)
Ronald P. Golden III (No. 6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Crossclaim Defendant ChanBond, LLC.*

</td></tr>
</table>

SO ORDERED, this _____ day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE