IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1456-MN |
| | ) |
| CHANBOND, LLC, | ) |
| | ) |
| Defendant/Crossclaim Defendant, | ) |
| | ) |
| DEIRDRE LEANE, and IPNAV, LLC | ) |
| | ) |
| Defendants/Counterclaim Plaintiffs/Crossclaim Plaintiffs. | ) |

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4, Defendant ChanBond, LLC respectfully requests oral argument on Plaintiff CBV, Inc.'s Motion for Temporary Restraining Order, Preliminary Injunction, and for Expedited Discovery (D.I. 18), as briefing on the motions is now complete. (*See, e.g.*, D.I. 19, 48, 54, 65.)

1

| | |
|---|---|
| Dated:  April 12, 2022 | Respectfully submitted, |
| | BAYARD, P.A. |
| | */s/ Ronald P. Golden III* <br> Stephen B. Brauerman (No. 4952) <br> Ronald P. Golden III (No. 6254) <br> 600 North King Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br> rgolden@bayardlaw.com |
| | *Attorneys for Defendant ChanBond, LLC* |