UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC.,<br><br>*Plaintiff/Counterclaim-Defendant*<br><br>v.<br><br>CHANBOND, LLC,<br><br>*Defendant/Crossclaim-Defendant*<br><br>DEIRDRE LEANE, and IPNAV, LLC<br><br>*Defendants/Counterclaim Plaintiffs/Crossclaim-Plaintiffs.* | C.A. No. 1:21-cv-01456-MN |

## **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PROPOSED INTERVENORS TO FILE REPLY BRIEFS**

Pursuant to Local Rule 7.1.2.(b), proposed intervenors, Gregory Collins and Kamal Mian, derivatively on behalf of Unified Online, Inc. ("Intervenors") respectfully request the Court enter an Order in the proposed form filed herewith granting the Intervenors an extension to file reply briefs in support of Gregory Collins and Kamal Milan's Motion to Intervene Derivatively on Behalf of UnifiedOnline, Inc. [D.I. 34] on or before Friday, April 22, 2022. Counsel for CBV, Inc; ChanBond, LLC; Deirdre Leane and IPNAV, LLC have stated that they do not oppose this motion.

Respectfully submitted,

THE WILLIAMS LAW FIRM, P.A.

By: /s/ Brian Charles Crawford
Brian Charles Crawford (Del. Bar #4941)
John Legaré Williams (Del. Bar #4473)
1201 N. Orange Street, Suite 600

1

        Wilmington, DE 19801
        Tele: (302) 575-0873
        Fax: (302) 575-0925
        E-mail: John@TrustWilliams.com
               Brian@TrustWilliams.com

and

CENTAURI LAW GROUP, P.C.

    Steven L. Rader (pro hac vice)
    Jason R. Dilday (pro hac vice)
    15615 Alton Pkwy, Suite 245
    Irvine, CA 92618
    Phone: (949) 336-5716
    E-mail: SRader@centaurilaw.com
            JDilday@centaurilaw.com

*Attorneys for proposed intervenors*
*KAMAL MIAN and GREGORY COLLINS*
*Derivatively on behalf UNIFIEDONLINE, INC.*

Dated: April 14, 2022