# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff/Counterclaim-Defendant* <br><br> v. <br><br> CHANBOND, LLC, <br><br> *Defendant/Crossclaim-Defendant* <br><br> DEIRDRE LEANE, and IPNAV, LLC <br><br> *Defendants/Counterclaim Plaintiffs/Crossclaim-Plaintiffs.* | C.A. No. 1:21-cv-01456-MN |

## UNOPPOSED PROPOSED INTERVENORS' MOTION FOR LEAVE TO FILE UNDER SEAL

Movants Kamal Mian and Gregory Collins derivatively on behalf of UnifiedOnline, Inc. (proposed intervenors, presently non-parties), by and through its undersigned counsel, respectfully move pursuant to Federal Rule of Civil Procedure 5.2 and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, for leave to file their Response Letter under seal. The bases for this Motion are set forth below:

1. The Response Letter may contain information the parties consider confidential information concerning the parties' relationship and their obligations regarding the exchange and treatment of each party's confidential information.

2. It is possible one of the parties would consider the information harmful to one or more parties. In *Littlejohn v. Bic Corp.*, 851 F.2d 673 (3d Cir. 1988), the Third Circuit held that, though the common law afforded the public the right of access to judicial proceedings and

records, that "right is not absolute." *Id.* At 677-78 (citing *Nixon v. Warner Comm., Inc.* 435 U.S. 589, 598 (1978). Rather, "[c]ourts may deny access to judicial records, for example, where they are sources of business information that might harm a litigant's competitive standing." Id. at 678 (quoting Nixon, 435 U.S. at 598) (emphasis added); see also *Leucadia, Inc. v. Applied Extrusion Tech., Inc.*, 998 F.2d 157, 162 (3d Cir. 1993) ("Documents containing trade secrets or other confidential business information may be protected from disclosure.").

3.   Movants will file a public version of the Response Letter, with the confidential information redacted, within seven days of this motion being granted.

WHEREFORE, Movants Kamal Mian and Gregory Collins respectfully request leave to file their Response Letter in this matter under seal.

Respectfully submitted,

By: /s/ John Williams
John Legaré Williams (Del. Bar #4473)
Brian Charles Crawford (Del. Bar #4941)
1201 N. Orange Street, Suite 600
Wilmington, DE 19801
Tele: (302) 575-0873
Fax: (302) 575-0925
E-mail: Brian@TrustWilliams.com
John@TrustWilliams.com

and

CENTAURI LAW GROUP, P.C.

Steven L. Rader (pro hac vice)
Jason R. Dilday (pro hac vice)
15615 Alton Pkwy, Suite 245
Irvine, CA 92618
Phone: (949) 336-5716
E-mail: SRader@centaurilaw.com
JDilday@centaurilaw.com

Dated: April 27, 2022

*Attorneys for proposed intervenors*
*KAMAL MIAN and GREGORY COLLINS*
*Derivatively on behalf UNIFIEDONLINE, INC.*