UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff/Counterclaim-Defendant* <br><br> v. <br><br> CHANBOND, LLC, <br><br> *Defendant/Crossclaim-Defendant* <br><br> DEIRDRE LEANE, and IPNAV, LLC <br><br> *Defendants/Counterclaim Plaintiffs/Crossclaim-Plaintiffs.* | C.A. No. 1:21-cv-01456-MN |

**PROPOSED INTERVENORS' NOTICE OF WITHDRAW AS CO-COUNSEL**

Steven L. Rader, Esquire and Jason R. Dilday, Esquire, of the Centauri Law Group, P.C. hereby notice this Honorable Court of their withdrawal their appearances as co-counsel for proposed intervenors Kamal Mian and Gregory Collins derivatively on behalf of UnifiedOnline, Inc. Remaining Delaware counsel in the case avers as follows:

1. Pursuant to Rule 83.7 of the Local Rule of the United States District Court for the District of Delaware, an attorney may withdraw an appearance for a party without the Court's permission when such withdrawal will leave a member of the Bar of this Court appearing as counsel of record for the party.

2. Steven L. Rader, Esquire and Jason R. Dilday, Esquire, of the Centauri Law Group, P.C. hereby voluntarily withdraw as counsel admitted *pro hac vice* in this matter and notifies the Court and other counsel of record.

3. John Legaré Williams, Esquire and Brian Charles Crawford, Esquire of The Williams Law Firm, P.A., remain counsel of record for the proposed intervenors. Therefore, no substitution of counsel is necessary.

Dated: April 27, 2022

Respectfully submitted,

THE WILLIAMS LAW FIRM, P.A.

By: /s/ John Legaré Williams

John Legaré Williams (Del. Bar #4473)
Brian Charles Crawford (Del. Bar #4941)
1201 N. Orange Street, Suite 600
Wilmington, DE 19801
Tele: (302) 575-0873
Fax: (302) 575-0925
E-mail: John@TrustWilliams.com
        Brian@TrustWilliams.com

*Attorneys for proposed intervenors
KAMAL MIAN and GREGORY COLLINS
Derivatively on behalf UNIFIEDONLINE, INC.*

AGREED AND APPROVED BY:

CENTAURI LAW GROUP, P.C.

By: /s/ Steven L. Rader

By: /s/ Jason R. Dilday
    Jason R. Dilday
    Stevan L. Rader
    15615 Alton Pkwy, Suite 245
    Irvine, CA 92618
    Phone: (949) 336-5716
    E-mail: JDilday@centaurilaw.com
            SRader@centaurilaw.com

2