UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC.,<br><br>*Plaintiff/Counterclaim-Defendant*<br><br>v.<br><br>CHANBOND, LLC,<br><br>*Defendant/Crossclaim-Defendant*<br><br>DEIRDRE LEANE, and IPNAV, LLC<br><br>*Defendants/Counterclaim Plaintiffs/Crossclaim-Plaintiffs.* | C.A. No. 1:21-cv-01456-MN |

## REQUEST FOR ORAL ARGUMENTS

Pursuant to D. Del. L.R. 7.1.4, proposed intervenors Gregory Collins and Kamal Mian respectfully request oral arguments on Gregory Collins and Kamal Mian's Motion to Intervene Derivatively on Behalf of Unified Online, Inc. [D.I. 34] as briefing on the motion is now complete [See D.I. 73;74; 74; 76; 87; 88].

Respectfully submitted,

THE WILLIAMS LAW FIRM, P.A.

By: /s/ John Williams
John Legaré Williams (Del. Bar #4473)
Brian Charles Crawford (Del. Bar #4941)
1201 N. Orange Street, Suite 600
Wilmington, DE 19801
Tele: (302) 575-0873
Fax: (302) 575-0925
E-mail: John@TrustWilliams.com
Brian@TrustWilliams.com

*Attorneys for proposed intervenors*
*KAMAL MIAN and GREGORY COLLINS*
*Derivatively on behalf UNIFIEDONLINE, INC.*

Dated: April 28, 2022

## CERTIFICATE OF SERVICE

I, John L. Williams, hereby certify that on April 28, 2022, I filed the foregoing Request for Oral Arguments on behalf of proposed intervenors Gregory Collins and Kamal Mian, which will send notification of the filing to all counsel of record.

John Legaré Williams (Del. Bar #4473)