## THE WILLIAMS LAW FIRM, P.A.

DAVID NICOL WILLIAMS, ESQ.†
JOHN LEGARÉ WILLIAMS, ESQ.*
BRIAN C. CRAWFORD, ESQ.#

STATES OF ADMISSION:
DELAWARE†*#
DIST. OF COL.†
FLORIDA†
MASSACHUSETTS*
NEW JERSEY*#
NEW YORK*
PENNSYLVANIA*

SUITE 600, ONE COMMERCE CENTER
1201 N. ORANGE STREET
P. O. BOX 511
WILMINGTON, DELAWARE 19899-0511

TELEPHONE:
(302) 575-0873
TELECOPIER:
(302) 575-1642
E-MAIL:
dave@trustwilliams.com
john@trustwilliams.com
brian@trustwilliams.com

April 27, 2022

**By CM/ECF**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: **CBV, Inc. v. ChanBond, LLC, 1:21-cv-01456-MN**

Dear Judge Noreika,

Enclosed please find the response of Gregory Collins and Kamal Mian, derivatively on behalf of UnifiedOnline, Inc., by and through Steven L. Rader, Esq, filed in response to the Letter to the Honorable Maryellen Noreika on behalf of ChanBond, LLC's Request for Sanctions. Due to the last minute nature of this filing, we are filing under seal in part because we have not had a meaningful opportunity to review the attachments or the final attached letter.

Respectfully submitted,

John Legaré Williams, DE Bar #4473

cc: Geoffrey Graham Grivner, Esq. *(via electronic noticing)*
Kody Macgyver Sparks, Esq. *(via electronic noticing)*
Stephen B. Brauerman, Esq. *(via electronic noticing)*
Ronald P. Golden, III, Esq. *(via electronic noticing)*
James Harry Stone Levine, Esq. *(via electronic noticing)*
Dylan M. Schmeyer, Esq. *(via electronic noticing)*
Akiva M. Cohen, Esq. *(via electronic noticing)*
Steve L. Rader, Esq. *(via electronic noticing)*
Jason R. Dilday, Esq. *(via electronic noticing)*
Brian C. Crawford, Esq.