AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of Delaware

CBV, INC.

Plaintiff (s),

V.

CHANBOND, LLC

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-cv-01456-MN

Notice is hereby given that, subject to approval by the court, __Gregory Collins and Kamal Mian__ substitute
(Party (s) Name)

__David L. Finger__, State Bar No. __2556__ as counsel of record in
(Name of New Attorney)

place of __John L. Williams and Brian C. Crawford__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: FINGER & SLANINA, LLC
Address: 1201 N. Orange Street, 7th floor, Wilmington, DE 19801
Telephone: (302) 573-2525     Facsimile (302) 573-2524
E-Mail (Optional):

I consent to the above substitution.
Date: 4/29/2022

*greg collins*     *KAMAL MIAN*
KAMAL MIAN (Apr 29, 2022 20:01 PDT)
(Signature of Party (s))

I consent to being substituted.
Date: 5/4/2022

*[signature]* 4473
*[signature]* 4941
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/2/2022

/s/ David L. Finger
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**