UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CBV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:21-cv-01456-MN |
| | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF GREGORY COLLINS AND KAMAL MIAN TO
INTERVENE AND TO UNSEAL DOCUMENTS**

Gregory Collins and Kamal Mian ("Movants") respectfully move the Court, pursuant to Federal Rule of Civil Procedure 24, to intervene for the limited purpose of challenging the sealing of judicial records in the above-referenced action.

Movants further respectfully move the Court to unseal documents filed under seal in the above-referenced action.

The factual and legal bases for these motions are set forth in Movant's Opening Brief, filed contemporaneously herewith.

A proposed form of Order is attached.

        Respectfully submitted,

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th floor
Wilmington, DE  19801-1186
(302) 573-2525
dfinger@delawgroup.com
Attorney for Movants Gregory
Collins and Kamal Mian

Dated:  May 19, 2022

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 1:21-cv-01456-MN |
| | ) |
| CHANBOND, LLC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING THE MOTIONS OF GREGORY COLLINS AND KAMAL MIAN (I) TO INTERVENE FOR THE LIMITED PURPOSE OF CHALLENGING THE SEALING OF JUDICIAL RECORDS, AND (II) TO UNSEAL DOCUMENTS**

On this ___ day of _____, 2022, having considered the submissions and arguments of the parties, IT IS HEREBY ORDERED that:

1. Movants' Motion to Intervene for the Limited Purpose of Challenging the Seal of Judicial Records is GRANTED.

2. Movants' Motion to Unseal Documents is GRANTED.

3. The Clerk of the Court is directed to remove immediately from under seal and make public all documents that have been under seal accessible to the public.

_____
The Hon. Maryellen Noreika