IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 1:21-cv-01456-MN |
| ) | |
| CHANBOND, LLC, DEIRDRE LEANE, ) | |
| and IPNAV, LLC, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS DEIRDRE LEANE AND IPNAV, LLC'S
<u>UNOPPOSED MOTION TO FILE UNDER SEAL</u>**

Defendants Deirdre Leane and IPNAV, LLC (collectively, the "Leane Defendants") respectfully move this Court pursuant to Federal Rule of Civil Procedure 5.2, and Local Rule 5.1.3 for entry of an order authorizing the Leane Defendants to file a Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) (and opening brief and exhibits thereto) under seal. Plaintiff CBV, Inc. and Defendant ChanBond, LLC do not oppose this relief.

On October 15, 2021, CBV filed a Motion to Seal the Complaint (D.I. 1). The Court granted CBV's Motion to Seal on October 15, 2021 (D.I. 4). CBV subsequently filed a First Amended Complaint (D.I. 6) on December 6, 2021 under seal. The Leane Defendants filed their Answer, Counterclaims, and Crossclaims under seal on March 23, 2022 (D.I. 41). Plaintiff/Counterclaim Defendant CBV filed its Answer to the Leane Defendants' Counterclaims under seal on April 13, 2022 (D.I. 79).

The First Amended Complaint, the Leane Defendants' Answer, Counterclaims, and Crossclaims, and CBV's Answer to the Counterclaims contain information regarding the parties' confidential business information. The Leane Defendants' Motion for Judgment on the

-1-

Pleadings, Opening Brief, and exhibits thereto will contain the same or similar confidential information.  Accordingly, the Leane Defendants respectfully submit that good cause exists to seal Motion for Judgment on the Pleadings, Opening Brief, and exhibits to protect the interests of one or more parties against public dissemination of the confidential information contained within the pleadings.

The Leane Defendants will comply with all applicable local rules and procedures regarding filing under seal through the Court's CM/ECF system, including the requirement to file a redacted version within seven (7) days of filing the sealed document.

The Leane Defendants therefore respectfully request entry of the attached order permitting the filing of their Motion for Judgment on the Pleadings (and opening brief and exhibits thereto) under seal.

| OF COUNSEL: | Respectfully submitted, |
|---|---|
| Akiva M. Cohen<br>Dylan M. Schmeyer<br>KAMERMAN, UNCYK,<br>       SONIKER & KLEIN P.C,<br>1700 Broadway, 16th Floor<br>New York, NY 10019<br>212.400.4930<br>acohen@kusklaw.com<br>dschmeyer@kusklaw.com | /s/ James H. S. Levine<br>James H. S. Levine (DE No. 5355)<br>TROUTMAN PEPPER<br>       HAMILTON SANDERS LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>302.777.6500<br>james.levine@troutman.com |
| Dated:  May 24, 2022 | *Attorneys for IPNAV, LLC and Deirdre Leane* |

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, I filed the foregoing Deirdre Leane and IPNAV, LLC's Unopposed Motion to File Under Seal using CM / ECF, which will send notification of such filing to all counsel of record.

*/s/ James H. S. Levine*
James H. S. Levine (DE No. 5355 )

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify, pursuant to D. Del. LR 7.1.1, that reasonable efforts have been made to reach agreement with opposing counsel on the matters set forth above, and Plaintiff CBV, Inc. and Defendant ChanBond, LLC do not oppose Defendants Deirdre Leane and IPNAV, LLC's Motion to File Under Seal.

Dated: May 24, 2022  /s/ James H. S. Levine
James H. S. Levine (DE No. 5355)