# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHANBOND, LLC, DEIRDRE LEANE, )<br>and IPNAV, LLC, )<br>)<br>Defendants. ) | C.A. No. 1:21-cv-01456-MN |

## DEIRDRE LEANE AND IPNAV, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendants Deirdre Leane and IPNAV, LLC move for judgment on the pleadings for the reasons set forth in the accompanying Opening Brief.

OF COUNSEL:

Akiva M. Cohen
Dylan M. Schmeyer
KAMERMAN, UNCYK,
    SONIKER & KLEIN P.C,
1700 Broadway, 16th Floor
New York, NY 10019
212.400.4930
acohen@kusklaw.com
dschmeyer@kusklaw.com

Dated: May 24, 2022

/s/ James H. S. Levine
James H. S. Levine (DE No. 5355)
TROUTMAN PEPPER
    HAMILTON SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
james.levine@troutman.com

*Attorneys for Deirdre Leane and IPNAV, LLC*

## **CERTIFICATE OF SERVICE**

I, James H. S. Levine, hereby certify that on May 24, 2022, a true and correct copy of Deirdre Leane and IPNAV, LLC Motion for Judgment on the Pleadings and Opening Brief in support of Motion for Judgment on the Pleadings were filed with the Clerk of Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ *James H. S. Levine*
James H. S. Levine (#5355)