IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:21-cv-01456-MN |
| | ) |
| CHANBOND, LLC, DEIRDRE LEANE, and IPNAV, LLC, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF AKIVA M. COHEN

1. I am a Partner at Kamerman, Uncyk, Soniker, & Klein, P.C., attorneys for Deirdre Leane and IPNAV, LLC ("Leane Defendants") and submit this declaration in support of the Leane Defendants' Motion for Judgment on the Pleadings. I have personal knowledge of the facts submitted herein, and could and would testify competently to them if called to do so.

2. Annexed hereto as Exhibit 1 is a true and correct transcript of the deposition of Earl Hennenhoefer taken on September 20, 2021 in connection with the arbitration between the Leane Defendants and Defendant ChanBond, LLC ("ChanBond") along with non-party UnifiedOnline, Inc.

Akiva M. Cohen

May 24, 2022