IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) C.A. No. 21-1456-MN |
| | ) |
| CHANBOND, LLC, | ) |
| | ) |
|     Defendant/Crossclaim Defendant, | ) |
| | ) |
| DEIRDRE LEANE, and IPNAV, LLC | ) |
| | ) |
|     Defendants/Counterclaim Plaintiffs/Crossclaim Plaintiffs. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Crossclaim Defendant ChanBond, LLC ("ChanBond") and Crossclaim Plaintiffs IPNav, LLC and Deirdre Leane ("Crossclaim Plaintiffs"), by and through their undersigned counsel and subject to the approval of the Court, that ChanBond shall have until June 1, 2022 to answer, move, or otherwise respond to Crossclaim Plaintiffs' Cross-claim Complaint (*see, e.g.*, D.I. 41 at 36 n.2).

Dated: May 24, 2022

Respectfully submitted,

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | BAYARD, P.A. |
| | */s/ Ronald P. Golden III* |
| */s/ James H.S. Levine* | Stephen B. Brauerman (No. 4952) |
| James H.S. Levine (No. 5355) | Ronald P. Golden III (No. 6254) |
| Hercules Plaza, Suite 5100 | 600 North King Street, Suite 400 |
| 1313 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 1709 | (302) 655-5000 |
| Wilmington, DE 198899-1709 | sbrauerman@bayardlaw.com |
| (302) 777-6500 | rgolden@bayardlaw.com |
| james.levine@troutman.com | |
| | *Attorneys for Crossclaim Defendant ChanBond, LLC* |
| *Attorney for Crossclaim Plaintiffs IPNav, LLC and Deirdre Leane* | |

SO ORDERED, this _____ day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE