UnifiedOnline, Inc. Shareholder [AEP]

May 19th, 2022

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555


RE:   UnifiedOnline, Inc. (CUSIP #: 90470W101, stock symbol before revocation, UOIP)
      CBV, Inc.
      ChanBond, LLC
      Deirdre Leane and IPNav, LLC.


Dear The Honorable Maryellen Noreika:

I believe William Ralph Carter Jr., along with Deirdre Leane, had planned and orchestrated their entire strategy to bypass and rip-off the UOIP, Inc. common shareholders.

So, I ask, what would prevent any corporate raider from:
- Obtaining controlling interest in a publicly traded company
- Not file the required SEC documents over time
- Thus, allowing the stock to purposely become delisted, untradeable & revoked
- Change the terms of the corporate structure in their favor
- Appoint himself (Carter) the purported CEO, director & sole manager (with no Board of Directors)
- And then attempt to rip-off the shareholders since the stock has become revoked (delisted)?

I further believe:
- The stock was purposely delisted & revoked so it is untradeable, keeping shareholders' funds
- Carter & Leane did this strategically & purposely to rip-off the shareholders
- Over time, UOIP, Inc. would fall off the SEC's radar and avoid any SEC or FBI investigation

Therefore, as a shareholder, I hope, appeal & pray UnifiedOnline, Inc. is allowed to legally intervene on behalf of all shareholders in the derivative lawsuit, else they will NOT be held accountable for their very questionable, and in all probability, illegal actions.

**Moreover, and most importantly, without intervention, facts will NOT come to light since shareholders will NOT have the opportunity for discovery. As a result, there may be no stopping them from stealing from the shareholders and getting away with apparent Ultra Vires Acts.**

Thank you for your time and consideration.

Very sincerely yours and respectfully,

An extremely concerned UOIP shareholder [AEP]

**Judith Sanditen**
PO Box 430
Kiefer, OK 74041-0430

TULSA OK 740
19 MAY 2022 PM 3 L

The Honorable Maryellen Noreika
D. Caleb Boggs Federal Building
844 N. King Street
Unit 19 Room 4324
Wilmington, DE 19801-3555

