**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CBV, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHANBOND, LLC, DEIRDRE LEANE, ) <br> and IPNAV, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 1:21-cv-01456-MN |

**DECLARATION OF AKIVA M. COHEN**

1. I am a Partner at Kamerman, Uncyk, Soniker, & Klein, P.C., attorneys for Deirdre Leane and IPNAV, LLC ("Leane Defendants") and submit this declaration in further support of the Leane Defendants' Motion for Judgment on the Pleadings. I have personal knowledge of the facts submitted herein, and could and would testify competently to them if called to do so.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the entity information for IPNAV, LLC available from the Texas Secretary of State website at https://mycpa.cpa.state.tx.us/coa/search.do.

_____
Akiva M. Cohen

June 28, 2022