## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CBV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:21-cv-01456-MN |
| | ) | |
| CHANBOND, LLC, DEIRDRE LEANE, | ) | |
| and IPNAV, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, Defendants Deirdre Leane and

IPNAV, LLC respectfully request a hearing on their Motion for Judgment on the Pleadings (D.I.

104) on the earliest available date.  Briefing on the Motion is complete (D.I. 104-07, 123, 124-

25).

Respectfully submitted,

OF COUNSEL:

Akiva M. Cohen
Dylan M. Schmeyer
KAMERMAN, UNCYK,
 SONIKER & KLEIN P.C,
1700 Broadway, 16th Floor
New York, NY 10019
212.400.4930
*acohen@kusklaw.com*
*dschmeyer@kusklaw.com*

Dated:  June 28, 2022

*/s/ James H. S. Levine*
James H. S. Levine (DE No. 5355)
TROUTMAN PEPPER
     HAMILTON SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
302.777.6500
*james.levine@troutman.com*

*Attorneys for Deirdre Leane and IPNAV, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 28, 2022, I filed the foregoing *Defendants Deirdre Leane And IPNAV, LLC's Request for Oral Argument* using CM / ECF, which will send notification  of such filing to all counsel of record.


*/s/ James H. S. Levine*
James H. S. Levine (DE No. 5355 )