## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | |
| *Plaintiff* | |
| *v.* | C.A. No. 1:21-cv-01456-MN |
| CHANBOND, LLC, | |
| *Defendant* | |
| and | |
| DIERDRE LEANE and IPNAV, LLC, | |
| *Defendants.* | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4 of the United States District Court for the District of Delaware, Plaintiff CBV, Inc., by and through its undersigned counsel, respectfully requests a hearing on Defendants Dierdre Leane's and IPNAV, LLC's Motion for Judgment on the Pleadings [D.I. 104]. Briefing on the Motion is complete [D.I. 104-107, 123, 124-25].

BUCHANAN, INGERSOLL & ROONEY PC

Dated:  June 28, 2022

*/s/ Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-3036
(302) 552-4200
geoffrey.grivner@bipc.com
kody.sparks@bipc.com

\*       \*       \*

Patrick C. Keane, Esq.
BUCHANAN, INGERSOLL & ROONEY PC
1737 King Street, Suite 500

1

Alexandria, VA 22314-2727
(703) 836-6620
patrick.keane@bipc.com

*Attorneys for Plaintiff*