# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHANBOND, LLC, DEIRDRE LEANE, and IPNAV, LLC, <br><br> Defendants. | C.A. No. 1:21-cv-01456-MN |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT-COUNTER/ CROSS-CLAIM PLAINTIFF IPNAV, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant-Counter/Cross-Claim Plaintiff IPNAV, LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| OF COUNSEL: <br><br> Akiva M. Cohen <br> Dylan M. Schmeyer <br> KAMERMAN, UNCYK, <br>   SONIKER & KLEIN P.C, <br> 1700 Broadway, 16th Floor <br> New York, NY 10019 <br> 212.400.4930 <br> acohen@kusklaw.com <br> dschmeyer@kusklaw.com <br><br> Dated:  July 11, 2022 | /s/ James H. S. Levine <br> James H. S. Levine (DE No. 5355) <br> TROUTMAN PEPPER <br>     HAMILTON SANDERS LLP <br> Hercules Plaza, Suite 5100 <br> 1313 N. Market Street <br> P.O. Box 1709 <br> Wilmington, DE  19899-1709 <br> 302.777.6500 <br> james.levine@troutman.com <br><br> *Attorneys for Deirdre Leane and IPNAV, LLC* |