IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff* <br><br> v. <br><br> CHANBOND, LLC, <br><br> *Defendant* <br><br> and <br><br> DIERDRE LEANE and IPNAV, LLC, <br><br> *Defendants.* | C.A. No. 1:21-cv-01456-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 12, 2022, copies of Plaintiff CBV, Inc.'s Initial Disclosures Pursuant to FRCP 26(a)(1) were cause to be served upon the following counsel in the manner indicated:

**Via E-Mail**

| | |
|---|---|
| James H.S. Levine <br> TROUTMAN PEPPER <br> Hercules Plaza <br> 1313 N. Market Street, Suite 5100 <br> Wilmington, DE 19801 <br> *james.levine@troutman.com* <br><br> *Attorney for Defendants* <br> *Deirdre Leane and IPNAV, LLC* | Stephen B. Brauerman <br> Ronald Golden <br> BAYARD, P.A. <br> 600 N. King Street, Suite 400 <br> Wilmington, DE 19801 <br> *sbrauerman@bayardlaw.com* <br> *rgolden@bayardlaw.com* <br><br> *Attorneys for Defendant ChanBond, LLC* |

**BUCHANAN, INGERSOLL & ROONEY PC**

Dated: July 12, 2022

*/s/ Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)

1

500 Delaware Avenue, Suite 720
Wilmington, DE 19801-3036
(302) 552-4200
geoffrey.grivner@bipc.com
kody.sparks@bipc.com

\*   \*   \*

Patrick C. Keane, Esq.
BUCHANAN, INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
patrick.keane@bipc.com

*Attorneys for Plaintiff*

2