IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1456-MN |
| | ) |
| CHANBOND, LLC, | ) |
| | ) |
| Defendant/Crossclaim | ) |
| Defendant/Crossclaim | ) |
| Plaintiff, | ) |
| | ) |
| DEIRDRE LEANE, and IPNAV, LLC, | ) |
| | ) |
| Defendants/Counterclaim | ) |
| Plaintiffs/Crossclaim | ) |
| Plaintiffs/Crossclaim | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on July 20, 2022, a copy of Chanbond, LLC'S Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) and this Notice of Service were served on the following counsel of record via email.

>Geoffrey G. Grivner
>Kody M. Sparks
>BUCHANAN, INGERSOLL & ROONEY PC
>500 Delaware Avenue, Suite 720
>Wilmington, DE 19801-3036
>geoffrey.grivner@bipc.com
>kody.sparks@bipc.com
>
>James H. S. Levine
>TROUTMAN PEPPER HAMILTON SANDERS LLP
>Hercules Plaza, Suite 5100
>1313 N. Market Street
>P.O. Box 1709
>Wilmington, DE 19899-1709
>james.levine@troutman.com

1

        Akiva M. Cohen
        Dylan M. Schmeyer
        KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
        1700 Broadway, 16th Floor
        New York, NY 10019
        acohen@kusklaw.com
        dschmeyer@kusklaw.com

Dated: July 20, 2022

        BAYARD, P.A.

        */s/ Ronald P. Golden III*
        Stephen B. Brauerman (No. 4952)
        Ronald P. Golden III (No. 6254)
        600 North King Street, Suite 400
        Wilmington, DE 19801
        (302) 655-5000
        sbrauerman@bayardlaw.com
        rgolden@bayardlaw.com

        *Attorneys for Defendant ChanBond, LLC*