# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
|         Plaintiff, | ) ) |
| v. | ) C.A. No. 1:21-cv-01456-MN |
| | ) |
| CHANBOND, LLC, DEIRDRE LEANE, and IPNAV, LLC, | ) ) ) |
|         Defendants. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 10, 2022, *Defendants Deirdre Leane And IPNAV, LLC's First Set Of Requests For Production To Plaintiff CBV, Inc.* were served via electronic mail on:

| | |
|---|---|
| Geoffrey G. Grivner, Esq.<br>Kody M. Sparks, Esq.<br>BUCHANAN, INGERSOLL<br> & ROONEY PC<br>500 Delaware Avenue, Suite 720<br>Wilmington, DE 19801-3036<br>*geoffrey.grivner@bipc.com*<br>*kody.sparks@bipc.com*<br><br>*Attorneys for CBV, Inc.* | Stephen B. Brauerman, Esq.<br>Ronald P. Golden, III, Esq.<br>BAYARD, P.A.<br>600 N. King Street, Ste. 400<br>Wilmington, DE 19801<br>*sbrauerman@bayardlaw.com*<br>*rgolden@bayardlaw.com*<br><br><br>*Attorneys for ChanBond, LLC* |

-2-

| | |
|---|---|
| OF COUNSEL: | */s/ James H. S. Levine*<br>James H. S. Levine (DE No. 5355) |
| Akiva M. Cohen | TROUTMAN PEPPER |
| Dylan M. Schmeyer |   HAMILTON SANDERS LLP |
| KAMERMAN, UNCYK, | Hercules Plaza, Suite 5100 |
|   SONIKER & KLEIN P.C, | 1313 N. Market Street |
| 1700 Broadway, 16th Floor | P.O. Box 1709 |
| New York, NY 10019 | Wilmington, DE  19899-1709 |
| 212.400.4930 | 302.777.6500 |
| acohen@kusklaw.com | james.levine@troutman.com |
| dschmeyer@kusklaw.com | |
| | *Attorneys for Deirdre Leane and IPNAV, LLC* |
| Dated:  August 12, 2022 | |