**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CBV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:21-cv-01456-MN |
| | ) | |
| CHANBOND, LLC, DEIRDRE LEANE, | ) | |
| and IPNAV, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on August 17, 2022, *Leane Defendants' First Set Of*

*Interrogatories To Plaintiff CBV, Inc.* was served via electronic mail on:

Geoffrey G. Grivner, Esq.
Kody M. Sparks, Esq.
BUCHANAN, INGERSOLL
 & ROONEY PC
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-3036
*geoffrey.grivner@bipc.com*
*kody.sparks@bipc.com*

Stephen B. Brauerman, Esq.
Ronald P. Golden, III, Esq.
BAYARD, P.A.
600 N. King Street, Ste. 400
Wilmington, DE 19801
*sbrauerman@bayardlaw.com*
*rgolden@bayardlaw.com*

*Attorneys for CBV, Inc.*

*Attorneys for ChanBond, LLC*

-2-

OF COUNSEL:

Akiva M. Cohen
Dylan M. Schmeyer
KAMERMAN, UNCYK,
  SONIKER & KLEIN P.C,
1700 Broadway, 16th Floor
New York, NY 10019
212.400.4930
*acohen@kusklaw.com*
*dschmeyer@kusklaw.com*

Dated:  August 17, 2022

*/s/ James H. S. Levine*
James H. S. Levine (DE No. 5355)
TROUTMAN PEPPER
  HAMILTON SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
302.777.6500
*james.levine@troutman.com*

*Attorneys for Deirdre Leane and IPNAV, LLC*