# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:21-cv-01456-MN |
| | ) |
| CHANBOND, LLC, DEIRDRE LEANE, | ) |
| and IPNAV, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 17, 2022, *Leane Defendants' First Set Of Interrogatories To Defendant ChanBond, LLC* was served via electronic mail on:

| | |
|---|---|
| Geoffrey G. Grivner, Esq. | Stephen B. Brauerman, Esq. |
| Kody M. Sparks, Esq. | Ronald P. Golden, III, Esq. |
| BUCHANAN, INGERSOLL | BAYARD, P.A. |
| & ROONEY PC | 600 N. King Street, Ste. 400 |
| 500 Delaware Avenue, Suite 720 | Wilmington, DE 19801 |
| Wilmington, DE 19801-3036 | *sbrauerman@bayardlaw.com* |
| *geoffrey.grivner@bipc.com* | *rgolden@bayardlaw.com* |
| *kody.sparks@bipc.com* | |
| | |
| *Attorneys for CBV, Inc.* | *Attorneys for ChanBond, LLC* |

-2-

| | |
|---|---|
| OF COUNSEL: | */s/ James H. S. Levine*  |
| | James H. S. Levine (DE No. 5355) |
| Akiva M. Cohen | TROUTMAN PEPPER |
| Dylan M. Schmeyer |  HAMILTON SANDERS LLP |
| KAMERMAN, UNCYK, | Hercules Plaza, Suite 5100 |
|  SONIKER & KLEIN P.C, | 1313 N. Market Street |
| 1700 Broadway, 16th Floor | P.O. Box 1709 |
| New York, NY 10019 | Wilmington, DE  19899-1709 |
| 212.400.4930 | 302.777.6500 |
| acohen@kusklaw.com | james.levine@troutman.com |
| dschmeyer@kusklaw.com | |
| | *Attorneys for Deirdre Leane and IPNAV, LLC* |
| Dated:  August 17, 2022 | |