IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC.,<br><br>　　　　*Plaintiff*<br><br>　　v.<br><br>CHANBOND, LLC,<br><br>　　　　*Defendant*<br><br>　　and<br><br>DIERDRE LEANE and IPNAV, LLC,<br><br>　　　　*Defendants.* | C.A. No. 1:21-cv-01456-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 26, 2022, copies of *Plaintiff's Second Set of Requests for Production of Documents to Defendants Deirdre Leane and IPNAV, LLC* and *Plaintiff's Second Set of Requests for Production of Documents to Defendant ChanBond, LLC* were cause to be served upon the following counsel in the manner indicated:

**Via E-Mail**

| | |
|---|---|
| James H.S. Levine<br>TROUTMAN PEPPER<br>Hercules Plaza<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>*james.levine@troutman.com*<br><br>*Attorney for Defendants*<br>*Deirdre Leane and IPNAV, LLC* | Stephen B. Brauerman<br>Ronald Golden<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>*sbrauerman@bayardlaw.com*<br>*rgolden@bayardlaw.com*<br><br>*Attorneys for Defendant ChanBond, LLC* |

　　　　　　　　　　　　　　　　　　　　　　　　**BUCHANAN, INGERSOLL & ROONEY PC**

Dated:  August 26, 2022　　　　　　　　　　　*/s/ Geoffrey Grivner*

1

        Geoffrey G. Grivner (#4711)
        Kody M. Sparks (#6464)
        500 Delaware Avenue, Suite 720
        Wilmington, DE 19801-3036
        (302) 552-4200
        geoffrey.grivner@bipc.com
        kody.sparks@bipc.com

        \*      \*      \*

        Patrick C. Keane, Esq.
        BUCHANAN, INGERSOLL & ROONEY PC
        1737 King Street, Suite 500
        Alexandria, VA 22314-2727
        (703) 836-6620
        patrick.keane@bipc.com

        *Attorneys for Plaintiff*