IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1456-GBW |
| | ) |
| CHANBOND, LLC, | ) |
| | ) |
| Defendant/Crossclaim | ) |
| Defendant/Crossclaim | ) |
| Plaintiff, | ) |
| | ) |
| DEIRDRE LEANE, and IPNAV, LLC, | ) |
| | ) |
| Defendants/Counterclaim | ) |
| Plaintiffs/Crossclaim | ) |
| Plaintiffs/Crossclaim | ) |
| Defendants. | ) |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that on September 16, 2022, a copy of Chanbond, LLC'S Objections and Responses to Deirdre Leane and IPNav, LLC's First Set of Interrogatories and this Notice of Service were served on the following counsel of record via email.

>Geoffrey G. Grivner
>Kody M. Sparks
>BUCHANAN, INGERSOLL & ROONEY PC
>500 Delaware Avenue, Suite 720
>Wilmington, DE 19801-3036
>geoffrey.grivner@bipc.com
>kody.sparks@bipc.com

>James H. S. Levine
>TROUTMAN PEPPER HAMILTON SANDERS LLP
>Hercules Plaza, Suite 5100
>1313 N. Market Street
>P.O. Box 1709
>Wilmington, DE 19899-1709
>james.levine@troutman.com

1

        Akiva M. Cohen
        Dylan M. Schmeyer
        KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
        1700 Broadway, 16th Floor
        New York, NY 10019
        acohen@kusklaw.com
        dschmeyer@kusklaw.com

Dated: September 16, 2022

        BAYARD, P.A.

        */s/ Ronald P. Golden III*
        Stephen B. Brauerman (No. 4952)
        Ronald P. Golden III (No. 6254)
        600 North King Street, Suite 400
        Wilmington, DE 19801
        (302) 655-5000
        sbrauerman@bayardlaw.com
        rgolden@bayardlaw.com

        *Attorneys for Defendant ChanBond, LLC*