IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1456-GBW |
| ) | |
| CHANBOND, LLC, ) | |
| ) | |
| Defendant/Crossclaim ) | |
| Defendant/Crossclaim ) | |
| Plaintiff, ) | |
| ) | |
| DEIRDRE LEANE, and IPNAV, LLC, ) | |
| ) | |
| Defendants/Counterclaim ) | |
| Plaintiffs/Crossclaim ) | |
| Plaintiffs/Crossclaim ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on September 28, 2022, a copy of Chanbond, LLC'S First Amended Objections and Responses to Deirdre Leane and IPNav, LLC'S First Set of Interrogatories and this Notice of Service were served on the following counsel of record via email.

> Geoffrey G. Grivner
> Kody M. Sparks
> BUCHANAN, INGERSOLL & ROONEY PC
> 500 Delaware Avenue, Suite 720
> Wilmington, DE 19801-3036
> geoffrey.grivner@bipc.com
> kody.sparks@bipc.com
>
> James H. S. Levine
> TROUTMAN PEPPER HAMILTON SANDERS LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> P.O. Box 1709
> Wilmington, DE 19899-1709

1

james.levine@troutman.com

Akiva M. Cohen
Dylan M. Schmeyer
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
1700 Broadway, 16th Floor
New York, NY 10019
acohen@kusklaw.com
dschmeyer@kusklaw.com

Dated: September 28, 2022

          BAYARD, P.A.

          */s/ Ronald P. Golden III*
          Stephen B. Brauerman (No. 4952)
          Ronald P. Golden III (No. 6254)
          600 North King Street, Suite 400
          Wilmington, DE 19801
          (302) 655-5000
          sbrauerman@bayardlaw.com
          rgolden@bayardlaw.com

          *Attorneys for ChanBond, LLC*