IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHANBOND, LLC, DEIRDRE LEANE, and IPNAV, LLC,<br><br>Defendants. | C.A. No. 21-1456-GBW |

## ORDER

At Wilmington this 5th day of October 2022:

For the reasons set forth in the Memorandum Opinion issued this day, IT IS HEREBY ORDERED that Defendants Diedre Leane and IPNAV, LLC's Motion for Leave to File a Sur-Reply in further opposition to Plaintiff CBV, Inc.'s Motion for Preliminary Injunction (D.I. 70) is DENIED. Plaintiff CBV, Inc.'s Motion for Preliminary Injunction (D.I. 43) also is DENIED.

Because the Memorandum Opinion is filed under seal, the parties shall meet and confer and, no later than October 12, 2022, submit a joint proposed redacted version, accompanied by a supporting memorandum, detailing how, under applicable law, the Court may approve any requested redactions. In the absence of a timely, compliant request, the Court will unseal the entire opinion.

GREGORY B. WILLIAMS
U.S. DISTRICT JUDGE