UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CBV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. No. 1:21-cv-01456-GBW |
| | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven Lewis Rader of Centauri Law Group, PC, Irvine, CA, to represent Proposed Intervenors Gregory Collins and Kamal Kian, derivatively on behalf of UnifiedOnline, Inc., in this matter.

Respectfully submitted,

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th floor
Wilmington, DE 19801-1186
(302) 573-2525
dfinger@delawgroup.com
Attorney for Proposed Intervenors
Gregory Collins and Kamal Mian,
derivatively on behalf of UnifiedOnline, Inc.

Date: October 8, 2022

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                           The Hon. Gregory B. Williams

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: October 8, 2022

/s/ Steven Lewis Rader_____
Steven Lewis Rader
CENTAURI LAW GROUP, P.C.
15615 Alton Parkway, Suite 245
Irvine, California 92618
(949) 336-5710