IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
|       Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
| | )   C.A. No. 21-1456-GBW |
|       v. | ) |
| | ) |
| CHANBOND, LLC, | ) |
| | ) |
|       Defendant/Crossclaim-Defendant/Crossclaim-Plaintiff, | ) ) ) |
| | ) |
| DEIRDRE LEANE and IPNAV, LLC | ) |
| | ) |
|       Defendants/Counterclaim-Plaintiffs/Crossclaim-Plaintiffs. | ) |

## [PROPOSED] ORDER DENYING THE MOTION FOR ADMISSION PRO HAC VICE OF STEVEN LEWIS RADER, ESQUIRE

The Court having considered ChanBond, LLC ("ChanBond"), Deirdre Leane, and IPNav, LLC's opposition the Motion for Admission *Pro Hac Vice* filed (the "Motion") (D.I. 153) on behalf of Steven Lewis Rader, Esquire;

IT IS HEREBY ORDERED, this ___ day of October, 2022, that the Motion is denied and ChanBond, Deirdre Leane, and IPNav, LLC are awarded the attorneys' fees and costs they incurred in opposing the Motion;

IT IS FURTHER ORDERED that the Court will refer Mr. Rader to the Office of Disciplinary Counsel.

Dated:

                                           _____
                                           UNITED STATES DISTRICT JUDGE