# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff/Counterclaim-Defendant,* <br><br> v. <br><br> CHANBOND, LLC, <br><br> *Defendant/Crossclaim-Defendant,* <br><br> and <br><br> DEIRDRE LEANE, and IPNAV, LLC, <br><br> *Defendants/Counterclaim-Plaintiffs/Crossclaim-Plaintiffs.* | C.A. No. 1:21-cv-01456-MN |

## NOTICE OF INTENT TO SERVE SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Plaintiff CBV, Inc. intends to serve a subpoena duces tecum, in the form attached hereto as Exhibit A, on Omni Bridgeway (USA) LLC, on October 20, 2022, or as soon thereafter as service may be effectuated.

|  |  |
|---|---|
|  | **BUCHANAN, INGERSOLL & ROONEY PC** |
| Dated:  October 20, 2022 | */s/ Geoffrey Grivner* <br> Geoffrey G. Grivner (#4711) <br> Kody M. Sparks (#6464) <br> 500 Delaware Avenue, Suite 720 <br> Wilmington, DE 19801-3036 <br> (302) 552-4200 <br> geoffrey.grivner@bipc.com <br> kody.sparks@bipc.com |

\*   \*   \*

1

Patrick C. Keane, Esq.
BUCHANAN, INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
patrick.keane@bipc.com

*Attorneys for Plaintiff*