IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHANBOND, LLC, DEIRDRE LEANE, and IPNAV, LLC, <br><br> Defendants. | C.A. No. 1:21-cv-01456-GBW |

**LEANE DEFENDANTS' NOTICE OF
DEPOSITION OF PLAINTIFF CBV, INC.**

Please take notice that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendants Deirdre Leane and IPNAV, LLC will take the deposition of a designated representative or representatives of Plaintiff CBV, Inc. upon oral examination before a Notary Public or other officer authorized by law to administer oaths. The deposition shall commence at 9:30 a.m. on October 31, 2022 and shall continue until complete, at the law offices of Troutman Pepper Hamilton Sanders LLP, located at Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19899-1709. The deposition will be recorded stenographically and may also be videotaped.

CBV shall designate one or more employees, officers, directors, agents or other persons who consent to testify on its behalf (each such person, a "Designee") and to identify among the topics set forth below those topics on which each Designee will testify, and to cause each Designee to inform himself or herself of the information known or reasonably available to Plaintiff as to each such topic as required by Rule 30(b)(6). In addition, each such Designee will be examined as to his or her personal knowledge regarding information properly discoverable in

this action. The topics upon which the Designee(s) shall be prepared to testify are set forth in Schedule A hereto.

You are invited to attend and examine the witness in accordance with the Federal Rules of Civil Procedure.

| OF COUNSEL: | /s/ James H. S. Levine |
|---|---|
| | James H. S. Levine (DE Bar No. 5355) |
| Akiva M. Cohen | TROUTMAN PEPPER |
| Dylan M. Schmeyer |     HAMILTON SANDERS LLP |
| KAMERMAN, UNCYK, | Hercules Plaza, Suite 5100 |
|   SONIKER & KLEIN P.C, | 1313 N. Market Street |
| 1700 Broadway, 16th Floor | P.O. Box 1709 |
| New York, NY 10019 | Wilmington, DE  19899-1709 |
| 212.400.4930 | 302.777.6500 |
| acohen@kusklaw.com | james.levine@troutman.com |
| dschmeyer@kusklaw.com | |
| | *Attorneys for IPNAV, LLC and Deirdre Leane* |
| Dated: October 21, 2022 | |