IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>CHANBOND, LLC, DEIRDRE LEANE, and IPNAV, LLC,<br><br>      Defendants. | C.A. No. 1:21-cv-01456-GBW |

**LEANE DEFENDANTS' NOTICE OF**
**DEPOSITION OF EARL HENNENHOEFER**

Please take notice that, pursuant to Federal Rule of Civil Procedure 30 Defendants Deirdre Leane and IPNAV, LLC will take the deposition of Earl Hennenhoefer upon oral examination before a Notary Public or other officer authorized by law to administer oaths. The deposition shall commence at 9:30 a.m. on October 31, 2022 and shall continue until complete, at the law offices of Troutman Pepper Hamilton Sanders LLP, located at Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19899-1709. The deposition will be recorded stenographically and may also be videotaped. You are invited to attend and examine the witness in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| OF COUNSEL:<br><br>Akiva M. Cohen<br>Dylan M. Schmeyer<br>KAMERMAN, UNCYK,<br>  SONIKER & KLEIN P.C,<br>1700 Broadway, 16th Floor<br>New York, NY 10019<br>212.400.4930<br>acohen@kusklaw.com<br>dschmeyer@kusklaw.com<br><br>Dated: October 21, 2022 | /s/ James H. S. Levine<br>James H. S. Levine (DE Bar No. 5355)<br>TROUTMAN PEPPER HAMILTON<br>  SANDERS LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>302.777.6500<br>james.levine@troutman.com<br><br>*Attorneys for IPNAV, LLC and Deirdre Leane* |