# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., *Plaintiff* v. CHANBOND, LLC, *Defendant* and DIERDRE LEANE and IPNAV, LLC, *Defendants.* | C.A. No. 1:21-cv-01456-MN |

## LOCAL RULE 7.1.1. CERTIFICATION

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for Plaintiff CBV, Inc. has made reasonable efforts regarding its Motion for Clarification and the parties have not agreed to the relief requested.

**BUCHANAN, INGERSOLL & ROONEY PC**

Dated:  October 28, 2022

*/s/ Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-3036
(302) 552-4200
geoffrey.grivner@bipc.com
kody.sparks@bipc.com

\*   \*   \*

Patrick C. Keane, Esq.
BUCHANAN, INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
patrick.keane@bipc.com

*Attorneys for Plaintiff*