IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., )<br> )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>CHANBOND, LLC, )<br> )<br>  Defendant/Crossclaim )<br>  Defendant/Crossclaim )<br>  Plaintiff, )<br> )<br>DEIRDRE LEANE, and IPNAV, LLC, )<br> )<br>  Defendants/Counterclaim )<br>  Plaintiffs/Crossclaim )<br>  Plaintiffs/Crossclaim )<br>  Defendants. ) | C.A. No. 21-1456-GBW |

## NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1)

Please take notice that, pursuant to Federal Rule of Civil Procedure 30(b)(1), ChanBond, LLC will take the deposition of Earl Hennenhoefer upon oral examination before a Notary Public or other officer authorized by law to administer oaths. The deposition shall commence at 9:30 a.m. on October 31, 2022 and shall continue until complete, at the law offices of Troutman Pepper Hamilton Sanders LLP, located at Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19899-1709. The deposition will be recorded stenographically and may also be videotaped. You are invited to attend and examine the witness in accordance with the Federal Rules of Civil Procedure.

1

Dated: October 31, 2022

                                                      BAYARD, P.A.

                                                      */s/ Ronald P. Golden III*
                                                      Stephen B. Brauerman (No. 4952)
                                                      Ronald P. Golden III (No. 6254)
                                                      600 North King Street, Suite 400
                                                      Wilmington, DE 19801
                                                      (302) 655-5000
                                                      sbrauerman@bayardlaw.com
                                                      rgolden@bayardlaw.com

                                                      *Attorneys for ChanBond, LLC*