IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC.,<br><br>    *Plaintiff/Counterclaim-Defendant,*<br><br>v.<br><br>CHANBOND, LLC,<br><br>    *Defendant/Crossclaim-Defendant,*<br><br>DIERDRE LEANE, and IPNAV, LLC,<br><br>    *Defendants/Counterclaim-Plaintiffs/Crossclaim-Plaintiffs.* | C.A. No. 1:21-cv-01456-MN |

### NOTICE OF SERVICE

I, Geoffrey G. Grivner, hereby certify that true and correct copies of ***CBV, Inc.'s Supplemental Responses and Objections to Defendants Deirdre Leane and IPNAV, LLC's First Set of Interrogatories*** were served on the 30th day of October, 2022 on the following counsel of record by electronic mail:

Stephen B. Brauerman
Ronald P. Golden, III
Bayard, P.A.
600 N. King Street, Ste. 400
Wilmington, DE  19801
Email:  sbrauerman@bayardlaw.com
Email:  rgolden@bayardlaw.com

*Attorneys for ChanBond, LLC*

James Harry Stone Levine<br>
Troutman Pepper Hamilton Sanders, LLP<br>
Hercules Plaza<br>
1313 N. Market Street, Ste. 5100<br>
P.O. Box 1709<br>
Wilmington, DE  19899-1709<br>
Email:  james.levine@troutman.com

*Attorneys for IPNAV, LLC and Deirdre Leane*

**BUCHANAN, INGERSOLL & ROONEY PC**

Dated:  October 31, 2022

*/s/ Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-3036
(302) 552-4200
geoffrey.grivner@bipc.com
kody.sparks@bipc.com

\*        \*        \*

Patrick C. Keane, Esq.
BUCHANAN, INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
patrick.keane@bipc.com

*Attorneys for Plaintiff*