# FINGER & SLANINA, LLC
## ATTORNEYS AT LAW

November 4, 2022

**By CM/ECF**
The Hon. Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801

      Re:    *CBV, Inc. v. ChanBond, LLC,* 1:21-cv-01456-MN

Dear Judge Williams:

      Please find herewith a set of exhibits Mr. Rader will introduce with his testimony during the hearing on Thursday, November 19, 2022, in the above-referenced action.

      I also respectfully bring to the Court's attention these additional authorities I intend to discuss at Thursday's hearing:

      1.    *BAE Sys. Aircraft Controls, Inc. v. Eclipse Aviation Corp.*, 224 F.R.D. 581, 589-90 (D. Del. 2004) (Local Rule 26.2 only applied in discovery); and

      2.    *Model Rules of Professional Conduct of the American Bar Association*, Rule 4.3.

      As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

                             Respectfully,

                             David L. Finger (#2556)

cc:    James H. S. Levine, Esq. (via e-filing)
        Stephen B. Brauerman, Esq. (via e-filing)
        Geoffrey G. Grivner, Esq. (via e-filing)

---

One Commerce Center, 1201 N. Orange St., 7th floor, Wilmington, DE 19801
(302) 573-2525 | dfinger@delawgroup.com | www.delawgroup.com