UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CBV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. No. 1:21-cv-01456-GBW |
| | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBITS IN CONNECTION WITH THE HEARING REGARDING STEVEN L.
RADER'S MOTION FOR ADMISSION PRO HAC VICE SET FOR THURSDAY,
NOVEMBER 10, 2022 AT 10:00 A.M.**

David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th floor
Wilmington, DE 19801-1186
(302) 573-2525
dfinger@delawgroup.com
Attorney for Proposed Intervenors
Gregory Collins and Kamal Mian,
derivatively on behalf of UnifiedOnline, Inc.

Date: November 4, 2022

# Exhibit 1

# CENTAURI LAW GROUP, P.C.

15615 Alton Pkwy, Suite 245
Irvine, CA 92618

Phone: (949) 336-5710
Fax: (949) 450-1588
E-mail: SRader@CentauriLaw.com

June 21, 2021

**<u>Via Electronic and U.S. Mail</u>**

Akiva M. Cohen
Kamerman, Uncyk, Soniker & Klein P.C.
1700 Broadway, 16th Floor
New York, New York 10019
acohen@kusklaw.com

J. Sean Lemoine
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Sean.lemoine@wickphillips.com

William Carter
4309 Hoke Ln
Greensboro, NC 27407
Chameleon9759@gmail.com

E. Leon Carter
lcarter@carterarnett.com

Courtney Barksdale Perez
cperez@carterarnett.com

Linda R. Stahl
lstahl@carterarnett.com

Scott Breedlove
sbreedlove@carterarnett.com

Carter Arnett PLLC
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206

Dear Counsel and Mr. Carter:

We represent certain stockholders of UnifiedOnline, Inc., a Delaware corporation ("UnifiedOnline").

We are informed of litigation and a potential arbitration proceeding in the matter of <u>Leane, et al v. UnifiedOnline and ChanBond, LLC</u> ("ChanBond"). We have reason to believe that resolution of this matter may impact our clients' positions in UnifiedOnline and therefore we are exploring avenues for our clients' participation in these proceedings. Because of our clients' obvious and material interest in the matter, therefore, we must ask to be kept informed and apprised of all developments and to be copied on all documents, whether filed with the American Arbitration

Page 2
Akiva M. Cohen
J. Sean Lemoine
William Carter
Carter Arnett PLLC

June 15, 2021

Association, or with the court, and to be provided with copies of all discovery exchanged among the parties to the arbitration.  We also ask to be included in any notifications or schedules relating to the arbitration or to any litigation.

As litigation may become imminent, moreover, we must advise each participant in the aforesaid matter of its obligation to preserve evidence.  That is, all documents, tangible things, and electronically stored information (ESI) potentially relevant to the matter and/or to our clients' interests in UnifiedOnline must be sequestered and preserved.  This demand applies to not only to each entity or party but to any directors, officers, agents, employees, contractors, subcontractors, representatives, attorneys, accountants, investigators, and anyone else acting on any party's behalf. Your clients should anticipate that much of the information subject to disclosure or responsive to discovery in this matter is stored on their current or former computer systems and other media and devices (including personal digital assistants, voice-messaging systems, online repositories, cloud servers and cell phones).  For purposes of this direction to preserve evidence, the term "ESI" should be afforded the broadest possible definition and includes any potentially relevant information however maintained, kept, or stored.

Please let us know of your availability for a conference call to discuss this matter.

Yours truly,

*Steve Rader*

Steven Rader
Director of Operations
Centauri Law Group, P.C.

# Exhibit 2

# CENTAURI LAW GROUP, P.C.

15615 Alton Pkwy, Suite 245
Irvine, CA 92618
Phone: (949) 336-5716
srader@centaurilaw.com
www.centaurilaw.com

July 20, 2021

*TIME SENSITIVE – BY LAW YOU HAVE FIVE (5) BUSINESS DAYS TO RESPOND*

The Corporation Trust Company
UNIFIEDONLINE, INC.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

William Carter
UNIFIEDONLINE, INC.
4309 Hoke Lane
Greensboro, NC 27407

      Re:    *Demand for Inspection of Books and Records of' UnifiedOnline, Inc. and Its Wholly Owned Subsidiary ChanBond, LLC Pursuant to 8 Del. C. § 220*

Dear Mr. Carter:

As we informed you in our correspondence dated June 21, 2021, the Centauri Law Group, P.C., ("Centauri"), has been retained by certain stockholders of UnifiedOnline, Inc. ("Unified"). In our prior correspondence, we requested "to be kept informed and apprised of and all developments and to be copied on all documents" relative to the arbitration pending before the American Arbitration Association entitled Leane, et al v. UnifiedOnline and ChanBond, LLC. Our reasonable request has yet to receive the courtesy of any response. In addition, in the aforesaid correspondence, we informed you of your legal obligation to preserve evidence, an obligation which you, Unified, and ChanBond, will disregard at your legal and financial peril.

Through the instant correspondence, on behalf of stockholder Gregory Collins, a client of Centauri, I hereby make demand pursuant to Delaware General Corporations Law ("DGCL"), Section 220, to inspect and copy certain books and records of Unified and its subsidiary ChanBond, LLC("ChanBond"). ***Please be advised that if Unified does not respond to this letter or fails to permit inspection and copying of the demanded documents within five (5) business days from the date of receipt of this demand, we intend to seek appropriate judicial relief to the fullest extent permitted under the law.***

Attached to this letter as Exhibit A is a true and correct copy of the Special Power of Attorney authorizing Centauri and the undersigned to act on behalf of Mr. Collins in connection with these efforts.  Attached as Exhibit B are true and correct copies of Mr. Collins's redacted brokerage statements showing his ownership of Unified stock.  Attached as Exhibit C is a true and correct copy of the Affidavit of Gregory Collins relating to this stockholder demand.

## BACKGROUND

UnifiedOnline!, LLC, a Delaware limited liability company ("Unified LLC"), acquired control of Unified in 2015.  Not long thereafter, Unified ceased filing public reports pursuant to the Securities Exchange Act of 1934, as amended (the "'34 Act"), and its registration was revoked in 2019.  Accordingly, the information needed by stockholders to determine the value of their investments or to determine the propriety of the actions taken by Unified's board of directors (the "Board") has been extremely limited.  The principal asset of Unified is believed to be certain patents acquired by ChanBond which are currently the subject of litigation.  ChanBond has alleged infringement of its patent rights by certain defendants.  Unified has also been engaged in an action in arbitration between Unified and the former member of ChanBond, Deirdre Leane ("Leane"), regarding the agreement pursuant to which Unified acquired ChanBond.
.

In addition, following the cessation of filing the reports required by the '34 Act, there have been no meetings of the Unified stockholders.  The corporate record remains unclear as to the issuance of shares, the election and composition of the Board of Directors, the appointment of Officers, or, any valid corporate action authorizing any pending litigation, or any contracts or modifications thereof related thereto.   As all these matters potentially affect the value of Mr. Collins's interest in the corporation, he, unquestionably, has as a right to inspect and copy all documents related thereto.

## MATERIAL DEMANDED

As used below, "Materials" shall mean all agreements, minutes, Board packages and presentations, surveys, reports, exhibits, recordings, agendas, summaries, memoranda, transcripts, notes, summaries of meetings, appraisals, evaluations, or resolutions, including materials prepared by non-Company sources such as consultants, financial advisors, or contractors provided to any director or officer.

As used below, "affiliate" and "affiliated" shall have the meanings given such terms in Rule 405 promulgated under the Securities Act of 1933, as amended.  That is, "[a]n *affiliate* of, or person *affiliated* with, a specified person, is a person that directly, or indirectly through one or more intermediaries, controls or is controlled by, or is under common control with, the person specified."

Considering the above, pursuant to Section 220 of the DGCL, on behalf of the stockholder, Mr. Collins, I hereby demand that Unified immediately make the following books, records, documents, and other materials available for inspection and copying during the usual hours for business:

1.  Unified's stock ledger.

2. Unified's list of stockholders including contact information.

3. Materials, including any amendments, from April 13, 2014, to present (the "Relevant Period") that in any way relate to:

   a) The issuance of additional stock by Unified.

   b) Any litigation involving ChanBond or Unified.

   c) The arbitration titled DEIRDRE LEANE and IPNav, LLC v. UNIFIEDONLINE, INC. and CHANBOND, LLC, Cause No. AAA 01-20-0015-0793.

   d) Any agreements between Unified or ChanBond and Carter or any affiliate of Carter.

   e) Any agreements assigning any portion of proceeds from the patent litigation.

   f) Any settlement or other disposition of the patent litigation

   g) Any amendments to Unified's charter documents (Certificate of Incorporation or Bylaws).

   h) Any actions by the Board (minutes of meetings and written consents)

   i) Any actions by the stockholders (minutes of meetings or written consents)

4. Documents sufficient to identify the ownership of securities or debt of Unified or ChanBond, by Unified LLC, William Carter ("Carter"), or any other company or entity controlled by or affiliated with Carter.

5. All Materials from the Relevant Period concerning the financial results, value, market value, fair value, or inherent value of Unified or its stock.

6. All ChanBond agreements, minutes, packages, presentations, surveys, reports, exhibits, recordings, agendas, summaries, memoranda, transcripts, notes, summaries of meetings, appraisals, evaluations, or resolutions, including materials prepared by non-Company sources such as consultants, financial advisors, or contractors, provided to any member or manager of ChanBond ("ChanBond Materials") during the Relevant Period.

## PURPOSE

A stockholder is entitled to inspect a corporation's books and records "for any proper purpose." (8 Del. C. § 220(b). A "proper purpose" is one "reasonably related to such person's interest as a stockholder." *Id.* The following purposes in making this demand are reasonably related to Mr. Collins's interests as a Unified stockholder and, as such, are proper:

### A. **To Value Mr. Collins's Unified Stock**

Mr. Collins seeks the demanded material to determine the value the Unified stock held in his name or for his benefit. "It is settled law in Delaware that valuation of one's shares is a proper purpose for the inspection of corporate books and records." *Polygon Global Opportunities Master Fund v. W Corp.,* 2006 Del. Ch. LEXIS 179, *12 (Del. Ch. Oct. 12, 2006) (citation omitted).

### B. **To Investigate Potential Mismanagement or Wrongdoing**

Mr. Carter, through his company Unified Online! LLC took control of Unified in 2015. At the time, Unified was a publicly traded company with securities registered with the SEC. Unified filed a Form 10-Q for the period ending December 31, 2015, but no further SEC filings were made after Mr. Carter took control of Unified. As a result, Unified's registration was revoked by the SEC on July 16, 2019. Further, under Mr. Carter's control, Unified abandoned

all corporate formalities and had its Delaware charter revoked (Renewal for Void filed on April 2, 2019).

Based on federal court filings, Mr. Collins believes that Mr. Carter, in his capacity as director of Unified or manager of its wholly owned subsidiary Chanbond, may have entered into or altered agreements with attorneys and financiers which would negatively impact the value Unified will receive from the pending patent litigation.  Mr. Collins has a right to determine whether said agreements improperly benefited Mr. Carter to the detriment of Unified shareholders.

Further, another entity controlled by Mr. Carter, UO! IP of NC LLC ("UO! IP"), previously entered into an agreement with Unified (the "Forbearance Agreement") pursuant to which an unknown portion of the proceeds from Chanbond's patent litigation were pledged and would be paid to Mr. Carter, further reducing the proceeds flowing to Unified and its shareholders.  Mr. Collins wishes to determine (1) the exact nature of UO! IP's Forbearance Agreement and its benefit or detriment to the corporation, (2) how much is currently owed to this UO! IP pursuant to said agreement, and (3) whether there are any other potentially self-interested agreements between Mr. Carter or any affiliate of Mr. Carter, and either Unified or ChanBond.

**THEREFORE,** *pursuant to the relevant provisions of the Delaware Corporations Code, and other applicable law, demand is hereby formally made upon the Corporation for the inspection and copying of the aforesaid records and documents.*

I hereby affirm that the purposes for the demanded inspection as set forth above constitute a true and accurate statement of my understanding of the reasons Mr. Collins desires to review the demanded books, records, and documents and that such demand is made in good faith.  As described above, Mr. Collins purposes are "reasonably related to [his] interests as a stockholder". 8 Del. C. § 220(b).

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on this 20th day of July, 2021, in Irvine, California.

Steven L. Rader

*Steve Rader*
(Signature)

Attachments

# Exhibit A

## SPECIAL POWER OF ATTORNEY

Gregory Collins does hereby make, constitute, and appoint Steven L. Rader, Esq. and Centauri Law Group, P.C., 15615 Alton Pkwy, Suite 245, Irvine, CA 92618 and any person designated by them, to act as true and lawful attorney-in-fact for Gregory Collins, in his name, place, and stead, jointly and severally, in all matters regarding the examination of the books and records of UnifiedOnline, Inc. ("Unified") including, but not limited to: (i) demanding inspection of books and records of Unified on Mr. Collins's behalf as a stockholder of the Company as said attorneys deem appropriate, (ii) reviewing and/or copying any documents received in connection with any such books and records demand made on Mr. Collins's behalf as a stockholder of Unified, and (iii) giving and  granting unto said  attorneys full  power and authority to perform all und every act and thing whatsoever requisite, necessary, and proper to be done in and without the premises, as fully, to all intents and purposes as they might or could do, with full power of substitution and revocation, hereby ratifying and confirming all that Mr. Collins's attorneys or the substitute shall lawfully do or cause to be done.

The rights, powers, and authority of said attorneys shall remain in full force and effect untilMr. Collins tenders a written notice of termination to Steven L. Rader and Centauri Law Group, P.C.

I declare under penalty of perjury under the law of California that the foregoing is true and correct.

Executed this _16_ day of July 2021 in _Phoenix_ , Arizona.

STATE OF ARIZONA
COUNTY OF _Maricopa_
SUBSCRIBED AND SWORN TO BEFORE ME
THIS _16_ DAY OF _July_ _2021_
BY _Gregory Collins_
NOTARY PUBLIC
MY COMM. EXPIRES _June 7, 2023_

_____
Gregory Collins

# Exhibit B

PAGE 1 OF 12

**June 1, 2021 - June 30, 2021**

| | |
|---|---|
| **Account Number:** | |
| **Account Type:** | **INDIVIDUAL** |
| **Account Status:** | **Pro Elite** |

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Keep your profile up to date**

Have your goals, circumstances, or contact information changed?
If so, let us know by updating your profile anytime at
*etrade.com/investorprofile.*

**E*TRADE Pro Elite**
**Investment Account**

**IMPORTANT INFORMATION:**
An added measure of protection.

We now offer you the ability to designate an individual who is at least 18 years old to be
your trusted contact person (TCP). If you elect to designate a TCP, you authorize E*TRADE
to contact this person and to disclose information about your account to: address possible
financial exploitation; confirm the specifics of your current contact information, health status,
or the identity of any legal guardian, executor, trustee, or holder of a power of attorney; or as
otherwise permitted by applicable law. To designate a new TCP or to update your current
TCP election, visit *etrade.com/tcp.*

GREGORY M COLLINS
301 E BRAEBURN DRIVE
PHOENIX AZ  85022-3621

---

**Account At A Glance**



| As of 05/31/21 | As of 06/30/21 |
|---|---|

**Net Change:**

---

▲ DETACH HERE

GREGORY M COLLINS
301 E BRAEBURN DRIVE
PHOENIX AZ  85022-3621

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

| **Use This Deposit Slip** | **Acct:** |
|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

063020210001  111686565735



Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self -regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ('SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per-share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the ( 1 ) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are subject to demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/easconnectsweepagree or requested by calling 866-789-0755.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements.If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC,P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1R8240 - 07/20

E*TRADE Pro Elite
Investment Account

E*TRADE




**E✳TRADE** ®

**E✳TRADE Pro Elite**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** ▓▓▓▓▓▓ | **Statement Period :** June 1, 2021 - June 30, 2021 | **Account Type:** INDIVIDUAL |

## ACCOUNT OVERVIEW

Last Statement Date:                          May 31, 2021

| | | |
|---|---|---|
| Beginning Account Value (On 05/31/21): | $ | ▓▓ |
| Ending Account Value (On 06/30/21): | $ | |
| Net Change: | $ | |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 06/30/21)

1.30% - Cash & Equivalents



98.70% - Stocks, Options & ETF (Long)

### ACCOUNT VALUE SUMMARY

| | | AS OF 06/30/21 | AS OF 05/31/21 | % CHANGE |
|---|---|---|---|---|
| Cash & Equivalents | $ | ▓▓▓▓ | ▓ ▓▓▓ | ▓▓▓▓ |
| Total Cash/Margin Debt | $ | | | |
| Stocks, Options & ETF (Long) | $ | ▓▓▓▓ | ▓ ▓▓▓ | ▓▓▓ |
| Total Value of Securities | $ | | | |
| **Net Account Value** | $ | ▓▓▓▓ | ▓ ▓▓▓ | ▓▓▓▓ |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

 

# E✦TRADE®

## E✦TRADE Pro Elite
Investment Account

**Account Number:** ███████

**Statement Period :**  June 1, 2021 - June 30, 2021

**Account Type:**  INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | ████ | █ | ████ |
| Securities Sold | $ | | | |
| Interest Received | | | | |
| Taxable | $ | ██ | █ | ██ |
| Dividends Received | | | | |
| Taxable | $ | ██ | █ | ██ |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 06/30/21)



E✦TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF  12

# E✲TRADE®

E✲TRADE Pro Elite
**Investment Account**



| | | |
|---|---|---|
| **Account Number:** ▉▉▉ | **Statement Period :** June 1, 2021 - June 30, 2021 | **Account Type:** INDIVIDUAL |

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (1.30% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | |
| Closing Balance | ▉ | ▉ |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of June 30, 2021** | | |
| ETRADE BANK | | ▉ |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS** ▉ ▉

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (98.70% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | | |
| ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ |

E✲TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 OF  12

# E✳TRADE®



E✳TRADE Pro Elite
**Investment Account**

---

**Account Number:** ▮▮▮▮▮▮▮   **Statement Period :** June 1, 2021 - June 30, 2021   **Account Type:** INDIVIDUAL

**STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS** (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | | ▮▮ | ▮▮ | | |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | | | | |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | |
| ▮ | ▮▮ | ▮▮ | ▮▮ | | | | |
| ▮▮ | ▮▮ | ▮ | ▮▮ | | | | |
| ▮▮▮ | ▮▮ | ▮▮ | | | | | |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | |
| ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ |

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



**E✱TRADE Pro Elite**
Investment Account



| Account Number: | | Statement Period : June 1, 2021 - June 30, 2021 | | | | | Account Type: INDIVIDUAL | | |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| UNIFIEDONLINE INC COM | 90470W101 | Cash | 25,272,381 | | 0.00 | 0.00 | | |
| VANGUARD ADMIRAL FDS | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 OF 12

# E✶TRADE®



**E✶TRADE Pro Elite**
Investment Account

| **Account Number:** ▮▮▮ | **Statement Period :**  June 1, 2021 - June 30, 2021 | **Account Type:**  INDIVIDUAL |
|---|---|---|

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | ▮ | ▮ | ▮ | ▮ |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 06/30/21)** | | | | | ▮ | | | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | | | | | ▮ | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |

E✶TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✳TRADE



**E✳TRADE Pro Elite**
Investment Account

---

**Account Number:** ███████          **Statement Period :** June 1, 2021 - June 30, 2021          **Account Type:** INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ████ | ██ | ███ | ██ | ██ | ██ | |
| ██ | ██ | ████ | ██ | ███ | ██ | ██ | ██ | |
| ██ | ██ | ████ | ██ | ███ | ██ | ██ | ██ | |
| ██ | ██ | ████ | | ███ | ██ | ██ | ██ | |

**TOTAL SECURITIES ACTIVITY** ███ ███

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| ██ | ██ | ██████ | ██ | | ██ |
| ██ | ██ | ██████ | ██ | | ██ |
| ██ | ██ | ██████ | ██ | | ██ |
| ██ | ██ | ██████ | ██ | | ██ |
| ██ | ██ | ██████ | ██ | ██ | ██ |
| ██ | ██ | ██████ | ██ | | ██ |
| | | ██████ | | | |

---

# E✳TRADE®

**E✳TRADE Pro Elite**
Investment Account



| Account Number | ▉▉▉▉ | Statement Period : June 1, 2021 - June 30, 2021 | Account Type: INDIVIDUAL |
|---|---|---|---|

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| ▉ | ▉ | ▉▉▉▉ | | | ▉ |
| ▉ | ▉ | ▉▉▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉▉▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉▉▉ | ▉ | | ▉ |
| ▉▉▉ | ▉▉ | | | ▉ | ▉ |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| ▉ | ▉ | ▉▉ | ▉ | |
| ▉ | ▉ | ▉▉ | ▉ | |
| ▉▉▉ | ▉ | | ▉ | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( 0.0100% APY/0.0100%APY Earned as of 06/30/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 06/01/21 | | OPENING BALANCE | $3,993.15 |
| ▉ | ▉ | ▉▉ | ▉ |

E✳TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 10 OF 12




**E✱TRADE Pro Elite**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** ███ | **Statement Period :** June 1, 2021 - June 30, 2021 | **Account Type:** INDIVIDUAL |

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY (Continued)**



| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC




**THIS PAGE INTENTIONALLY LEFT BLANK**

 PO BOX 2577
OMAHA NE 68103-2577

GREG COLLINS
301 E BRAEBURN DR
PHOENIX, AZ 85022-3621

## Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary** Tracks the current value of your portfolio as of the report date and compares it to the prior month? The asset allocation indicates your portfolio diversification by investment type.

Mutiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only)** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only)** Review the IRS regulated transactions for the current and prior years. RS Form 5498 fair market value is based on the current account value including Alternative Investments as December 31 of the previous year and will be furnished to the IRS.

**Performance Summary** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income? and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports** Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.

**Account Protection** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. DA deposits are insured by the FDIC (not covered by S PC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of S PC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149 5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, S PC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH NCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other information. If market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuat ons may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typcally investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically iliquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ  Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classif cation of distr butions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing F NRA's Public Disclosure Program, please contact F NRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3)** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T)** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for a l investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607)** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www tdameritrade com/historical-606-disclosure page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily l mited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10)** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in making your DR P purchases executed.

**Futures/Options Disclosures for EU Clients** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (K Ds) through the following landing page: https://tdameritrade.com/prips-regulation.page

**Taxes** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification** A copy of the TD Ameritrade privacy policy is available at www tdameritrade com

**Callable Securities** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or complaints about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the F RST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21



## Statement Reporting Period:
### 06/01/21 - 06/30/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account #**

GREG COLLINS
301 E BRAEBURN DR
PHOENIX, AZ 85022-3621





**Statement for Account #** ███████████

06/01/21 - 06/30/21

| Online Cash Services Summary | | |
|---|---|---|
| **Description** | **Current** | **Year To Date** |
| **DEBITS** | | |
| ████████████ | ▌ ███████ | ▌ ███████ |
| ███████ | ███████ | ███████ |
| ███████ | ███████ | ███████ |

| Income Summary Detail* | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| ████████ | | ██████ |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

| Account Positions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Investment Description** | **Symbol/ CUSIP** | **Quantity** | **Current Price** | **Market Value** | **Purchase Date** | **Cost Basis** | **Average Cost** | **Unrealized Gain(Loss)** | **Estimated Income** | **Yield** |
| **Stocks - Margin** | | | | | | | | | | |
| UNIFIEDONLINE INC COM | 90470W101 | 2,636,878 | $ NA | $NA | 05/18/18 | $ 62,856.97 | $ 0.02 | $ (62,856.97) | $ - | - |
| ████████ | | | | ████ | | ██████ | | ████████ | ████ | ████ |
| ████████████ | | | | ████ | | ██████ | | ████████ | ████ | ████ |

| Online Cash Services Transaction Detail | | | |
|---|---|---|---|
| **Category** | **Transaction Date** | **Description** | **Amount** |
| **DEBITS** | | | |
| ████████████ | ███████ | █████████████ | ▌ ██████ |
| ███████ | | | ███████ |
| ███████ | | | ███████ |

**Statement for Account #** ▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| ▮▮ | | | | | | | | | ▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮ |
| | | | | ▮▮ | | | | | |
| | | | | ▮▮ | | | | | |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮ | ▮ | ▮▮ | ▮▮ | ▮▮ |
| | | | | ▮▮ | | | | | |

**Closing Balance** ▮▮

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮ | | | | | | ▮▮ |

**Statement for Account #**

06/01/21 - 06/30/21



| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

## Important Information

### BREAKPOINTS
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

### STATEMENT OF FINANCIAL CONDITION
The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html or by contacting TD Ameritrade Clearing, Inc. at 1-800-669-3900. As of March 31, 2021, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $4.8 billion and $924 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of TD Ameritrade Clearing, Inc. in Omaha Nebraska.

### FINRA INFORMATION
Required Annual FINRA Information: Investors may request disclosable background information on any U.S. licensed broker or broker-dealer via FINRA's BrokerCheck, a free online tool. Visit brokercheck.finra.org. Additionally, FINRA has a brochure which describes the BrokerCheck program. You may request this brochure either through the FINRA web site www.finra.org or by calling (800) 289-9999, the BrokerCheck Hotline Number.

### EXCESS BANK CHANGE AND FDIC INSURED DEPOSIT ACCOUNT ("IDA") ELIGIBILITY CHANGES
The following changes have been made to the TD Ameritrade FDIC Insured Deposit Account Sweep Program.

Effective June 30, 2021:
- **Excess Bank Change** –TD Ameritrade has changed the "Excess Bank" for the IDA Sweep Program from TD Bank USA, N.A. to Charles Schwab Bank, SSB. This change will not impact the level of your available FDIC insurance.  The list of Program Banks, including "the Excess Bank" can be found on our website at tdameritrade.com/idaprogrambanks.

**Statement for Account #** ███████
06/01/21 - 06/30/21

<div style="background-color:green; color:white; text-align:center; font-weight:bold;">Important Information</div>

Effective July 1, 2021:

- **Cross Border Cash Eligibility Change** – Brokerage accounts held by clients who reside outside of the United States and its territories are no longer eligible for the IDA Sweep Feature.  Going forward, accounts enrolled in the IDA Sweep Feature that move out of the United States and its territories will be moved to the TD Ameritrade Cash Feature. *TD Ameritrade will provide at least 30 days' advance written notice for changes to an account cash feature.*

- **IDA Asset Eligibility Change** – Other than managed accounts or retirement accounts, retail brokerage accounts with assets less than $50,000 are not automatically eligible for the IDA Sweep Feature.  TD Ameritrade may change the cash feature for these accounts from the IDA Sweep Feature to the TD Ameritrade Cash Feature. *TD Ameritrade will provide at least 30 days' advance written notice for changes to an account cash feature.*

**No action is required.**  For more information, please refer to the Cash Features Program section in your Client Agreement.

Exhibit C

## AFFIDAVIT

STATE OF ARIZONA          )
                          )  SS:
COUNTY OF MARICOPA        )

      I, Gregory Collins, being duly sworn, do hereby state that: (1) as of July 14, 2021, I own 27,909,259 shares of UnifiedOnline, Inc. (ticker UOIP) as reflected in the attached statements of stock ownership; (2) I have read the foregoing Demand for Inspection of Books and Records of UnifiedOnline, Inc. and Its Wholly Owned Subsidiary ChanBond, LLC Pursuant to 8 Del. C. § 220 (the "Demand") and know the contents thereof; and (3) the statements set forth in the Demand are true and correct.

      Executed this 16th day of July, 2021.

                                   Gregory Collins

STATE OF ARIZONA
COUNTY OF Maricopa
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 19 DAY OF July, 2021
BY Gregory Collins

      NOTARY PUBLIC
MY COMM. EXPIRES June 7, 2023

Exhibit 3

**Gregory M. Collins**
**301 E. Braeburn Dr.**
**Phoenix, AZ 85022**
**Gregmcollins@gmail.com**

September 7, 2021

**Via Overnight Delivery, Signature Requested**
**and U.S. Mail**
William Carter, Director
UnifiedOnline!, Inc.
4309 Hoke Ln.
Greensboro, NC 27407

Ira S. Saul, PLC
P.O. Box 3446
Fairfax, VA 22038-3446

The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

      **Re:**    **Call for Special Meeting of the Stockholders**

Mr. Carter:

The undersigned hereby make a written request to call a special meeting of the stockholders of UnifiedOnline!, Inc., a Delaware corporation ("Unified" or the "Corporation").

Pursuant to Section 1.2 of the bylaws of the Corporation, as amended (the "Bylaws), "holders of shares of the Corporation that are entitled to cast not less than one-tenth of the votes at the meeting" may call a special meeting of the stockholders of the Corporation "by delivering a written request to call such a meeting to each member of the Board of Directors."

Pursuant to Section 7.1 of the Bylaws, "all notices required to be given pursuant to these Bylaws shall be in writing and may in every instance be effectively given . . . by depositing such notice in the mail, postage prepaid . . . ."  That section of the Bylaws goes on to say that "[t]he notice shall be deemed given . . . (ii) in the case of delivery by mail, upon deposit in the mail".

Accordingly, per the Bylaws, you shall "determine the time, date and place of such special meeting, which shall be held not more than one hundred twenty (120) days nor less than thirty-five days after the written request to call such a meeting was delivered to each member of the Board of Directors" or the date hereof which is the same date that this request was "deposited in the mail, postage prepaid."

The purpose of the special meeting is to allow the stockholders of the Corporation to nominate candidates to fill any vacancies on the board, as set forth below, and to vote on the following:

William Carter
September 7, 2021
Page 2

1. To vote on the removal of all the currently sitting directors.
2. To entertain nominations to the board of directors from the floor of the meeting.
3. To add any nominations from the floor to the candidates listed hereinbelow.
4. To vote on such candidates to fill the vacancies on the board, including any vacancies created by any removal of sitting directors pursuant to the passage of item one above, with the three candidates receiving a plurality of the votes to be seated and installed as the directors of the Corporation.

To the candidates to be nominated from the floor of the special meeting, the following names are to be added as candidates for filling any vacancies on the board:

1. Gregory M. Collins
2. Anthony Cataldo
3. Thomas Sanditen

As set forth in section 1.3 of the Bylaws, following the delivery of this written request deemed to be delivered upon deposit in the mail, the undersigned will have called the meeting as provided in the Bylaws and the Board of Directors must deliver notice to the stockholders as provided in Section 1.3 of the Bylaws.  Such notice must be given "not less than ten (10) nor more than sixty (60) days before the date of the meeting to each stockholder entitled to vote at such meeting".

The record date for determining the stockholders to be notified of the meeting and having the right to vote at such meeting, must be determined as set forth in Section 1.8 of the Bylaws.  In addition, you must prepare a complete list of stockholders entitled to vote at the meeting, arranged in alphabetical order and showing (i) the address of each stockholder, and (ii) the number of shares registered in the name of each stockholder.  You must make the list available for examination by any stockholder, for any purpose germane to the meeting, during business hours, for a period of at least ten (10) days prior to the meeting.

The undersigned look forward to receiving the notice of the meeting not more than 120 days from the date of this letter, which date is the date this letter is deposited in the mail, nor less than 35 days from the date of the meeting.

The undersigned need not sign the same physical page of this call for a special meeting of the stockholders.  The undersigned may have signed this call for a special meeting of the stockholders of the Corporation on one or more counterparts of the signature page(s), each such counterpart to be deemed an original signature to this letter and each signatory, one of the stockholders calling for the special meeting of the stockholders pursuant to Section 1.2 of the Bylaws.

If you have any need to contact the undersigned, please use the contact information in the letterhead with copies to Centauri Law Group, P.C., 15615 Alton Pkwy., Ste. 245, Irvine, CA 92615, Attn: Simina Gentry, SGentry@CentauriLaw.com, Steven Rader, SRader@CentauriLaw.com.

Respectfully,

[Signatures on following page(s).]

Signatures of stockholders calling a special meeting of the stockholders of UnifiedOnline, Inc.

Greg Collins
_____, 27,909,259 shares
Greg Collins

Kamal Tariq Mian
_____, 103,469,812 shares
Kamal Tariq Mian

Edward M Zajac
_____, 9,021,000 shares
Edward Zajac

Anthony Cataldo
_____, 2,218,066 shares
Anthony Cataldo

Mark Richards
_____, 7,500,000 shares
Mark Richards

Thomas B. Sanditen
_____, 44,164,830 shares
Thomas B. Sanditen

Steven Sprout
_____, 6,156,000 shares
Steven Sprout

Cristian B. Vado
_____, 13,336,881 shares
Cristian B. Vado

Mike Castleberg
_____, 5,557,398 shares
Mike Castleberg

R
_____, 1,540,000 shares
Roy Kortick

**Signature:** *greg collins*
   **Email:** gregmcollins@gmail.com

**Signature:** Edward M Zajac
   Edward M Zajac (Sep 5, 2021 14:46 EDT)
   **Email:** ed_michellezajac@hotmail.com

**Signature:** Mark Richards (Sep 5, 2021 15:21 CDT)
   **Email:** mrichaem@gmail.com

**Signature:** Steven E Sprout (Sep 5, 2021 08:17 EDT)
   **Email:** steven.sprout@gmail.com

**Signature:** Mike Castleberg (Sep 7, 2021 09:56 EDT)
   **Email:** mcastleberg@gmail.com

**Signature:** 
   **Email:** kmian2003@hotmail.com

**Signature:** Anthony Cataldo (Sep 5, 2021 15:31 EDT)
   **Email:** ajcataldo@verizon.net

**Signature:** Thomas B. Sanditen (Sep 5, 2021 22:37 CDT)
   **Email:** t_sanditen@yahoo.com

**Signature:** Cristian B. Vado (Sep 7, 2021 09:16 EDT)
   **Email:** xristovado@gmail.com

**Signature:** Roy Kortick
   **Email:** rkorti@gmail.com

# Written Request to Call a Special Meeting of the Stockholders v8

Final Audit Report                                                                 2021-09-07

| | |
|---|---|
| Created: | 2021-09-05 |
| By: | greg collins (gregmcollins@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAoTE99A19IbDWVDovW1CpzItZ9jvJfnH- |

## "Written Request to Call a Special Meeting of the Stockholders v 8" History

📄 Document created by greg collins (gregmcollins@gmail.com)
2021-09-05 - 3:16:07 PM GMT- IP address: 68.230.88.92

✍ Document e-signed by greg collins (gregmcollins@gmail.com)
Signature Date: 2021-09-05 - 3:25:05 PM GMT - Time Source: server- IP address: 68.230.88.92

📧 Document emailed to KAMAL MIAN (kmian2003@hotmail.com) for signature
2021-09-05 - 3:25:07 PM GMT

📄 Email viewed by KAMAL MIAN (kmian2003@hotmail.com)
2021-09-05 - 3:46:31 PM GMT- IP address: 99.7.61.121

✍ Document e-signed by KAMAL MIAN (kmian2003@hotmail.com)
Signature Date: 2021-09-05 - 3:51:26 PM GMT - Time Source: server- IP address: 99.7.61.121

📧 Document emailed to Edward M Zajac (ed_michellezajac@hotmail.com) for signature
2021-09-05 - 3:51:28 PM GMT

📄 Email viewed by Edward M Zajac (ed_michellezajac@hotmail.com)
2021-09-05 - 6:43:36 PM GMT- IP address: 68.228.183.24

✍ Document e-signed by Edward M Zajac (ed_michellezajac@hotmail.com)
Signature Date: 2021-09-05 - 6:46:04 PM GMT - Time Source: server- IP address: 68.228.183.24

📧 Document emailed to Anthony Cataldo (ajcataldo@verizon.net) for signature
2021-09-05 - 6:46:06 PM GMT

📄 Email viewed by Anthony Cataldo (ajcataldo@verizon.net)
2021-09-05 - 7:28:31 PM GMT- IP address: 98.139.133.174

 **Adobe Sign**

Document e-signed by Anthony Cataldo (ajcataldo@verizon.net)
Signature Date: 2021-09-05 - 7:31:51 PM GMT - Time Source: server- IP address: 73.154.79.202

Document emailed to Mark richards (mrichaem@gmail.com) for signature
2021-09-05 - 7:31:53 PM GMT

Email viewed by Mark richards (mrichaem@gmail.com)
2021-09-05 - 8:18:54 PM GMT- IP address: 74.125.212.130

Document e-signed by Mark richards (mrichaem@gmail.com)
Signature Date: 2021-09-05 - 8:21:26 PM GMT - Time Source: server- IP address: 107.77.206.64

Document emailed to Thomas B. Sanditen (t_sanditen@yahoo.com) for signature
2021-09-05 - 8:21:28 PM GMT

Email viewed by Thomas B. Sanditen (t_sanditen@yahoo.com)
2021-09-05 - 8:22:40 PM GMT- IP address: 98.138.219.28

Document e-signed by Thomas B. Sanditen (t_sanditen@yahoo.com)
Signature Date: 2021-09-06 - 3:37:03 AM GMT - Time Source: server- IP address: 108.89.122.10

Document emailed to Steven E Sprout (steven.sprout@gmail.com) for signature
2021-09-06 - 3:37:05 AM GMT

Email viewed by Steven E Sprout (steven.sprout@gmail.com)
2021-09-07 - 12:14:51 PM GMT- IP address: 66.102.8.65

Document e-signed by Steven E Sprout (steven.sprout@gmail.com)
Signature Date: 2021-09-07 - 12:17:17 PM GMT - Time Source: server- IP address: 74.214.62.93

Document emailed to Cristian B. Vado (xristovado@gmail.com) for signature
2021-09-07 - 12:17:19 PM GMT

Email viewed by Cristian B. Vado (xristovado@gmail.com)
2021-09-07 - 12:32:54 PM GMT- IP address: 66.102.8.95

Document e-signed by Cristian B. Vado (xristovado@gmail.com)
Signature Date: 2021-09-07 - 1:16:39 PM GMT - Time Source: server- IP address: 172.58.172.151

Document emailed to Mike Castleberg (mcastleberg@gmail.com) for signature
2021-09-07 - 1:16:41 PM GMT

Email viewed by Mike Castleberg (mcastleberg@gmail.com)
2021-09-07 - 1:55:12 PM GMT- IP address: 66.249.88.181

Document e-signed by Mike Castleberg (mcastleberg@gmail.com)
Signature Date: 2021-09-07 - 1:56:48 PM GMT - Time Source: server- IP address: 66.18.44.239- Signature captured from device with phone number XXXXXXX7054

**Adobe Sign**

Document emailed to roy kortick (rkorti@gmail.com) for signature
2021-09-07 - 1:56:50 PM GMT

Email viewed by roy kortick (rkorti@gmail.com)
2021-09-07 - 3:50:44 PM GMT- IP address: 66.102.8.67

Document e-signed by roy kortick (rkorti@gmail.com)
Signature Date: 2021-09-07 - 3:52:45 PM GMT - Time Source: server- IP address: 199.38.66.164

Agreement completed.
2021-09-07 - 3:52:45 PM GMT

**Adobe Sign**

Exhibit 4

## Re: CBV vs Chanbond

Akiva Cohen <acohen@kusklaw.com>

Mon 4/4/2022 2:47 PM

To: Pamela Fiorelli <pamfiorelli@centaurilaw.com>;geoffrey.grvner@bipc.com <geoffrey.grvner@bipc.com>

Cc: Steven Rader <SRader@centaurilaw.com>;Simina Gentry <sgentry@centaurilaw.com>;Jason Dilday <jdilday@centaurilaw.com>;Levine, James H.S. <James.Levine@Troutman.com>;Kathryn Tewson <ktewson@kusklaw.com>;Dylan Schmeyer <dschmeyer@kusklaw.com>

Steven, Jason,

Could you please share with me what this call is going to be about? I understand that the general subject matter is your motion to intervene. But since the motion is already pending and we already held meet and confer discussions on it, I assume you have something specific in mind.

What's up?

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Pamela Fiorelli <pamfiorelli@centaurilaw.com>
**Sent:** Monday, April 4, 2022 5:22:21 PM
**To:** geoffrey.grvner@bipc.com <geoffrey.grvner@bipc.com>; Akiva Cohen <acohen@kusklaw.com>
**Cc:** Steven Rader <SRader@centaurilaw.com>; Simina Gentry <sgentry@centaurilaw.com>; Jason Dilday <jdilday@centaurilaw.com>
**Subject:** CBV vs Chanbond

Dear Mr. Grivner and Mr. Cohen,

Thank you for confirming your availability for a conference call tomorrow, Tuesday April 5th, 2022, at 1:30 pm (10:30 am Pacific Standard Time).

At 1:30 pm your time, please call the conference line at 701 802-5424 using access code 7181207#.

Thank you for your assistance.

Very truly yours,

Pamela Fiorelli

Centauri Law Group, P.C.
Irvine location
15615 Alton Pkwy, Suite 245
Irvine, CA 92618
Phone: (949) 336-5715

E-mail: pamfiorelli@centaurilaw.com
Website: www.centaurilaw.com

CONFIDENTIALITY NOTICE: This e-mail communication, including any attachments, contains information that may be privileged, confidential and intended only to be read by the named recipient. Unless you are the recipient, or validly and legally authorized to receive communication on behalf of recipient, you cannot disclose, copy or use in any form

Exhibit 5

RE: CBV vs Chanbond

Steven Rader <SRader@centaurilaw.com>

Mon 4/4/2022 3:08 PM

To: Akiva Cohen <acohen@kusklaw.com>;geoffrey.grvner@bipc.com <geoffrey.grvner@bipc.com>

Cc: Simina Gentry <sgentry@centaurilaw.com>;Jason Dilday <jdilday@centaurilaw.com>;Levine, James H.S. <James.Levine@Troutman.com>;Kathryn Tewson <ktewson@kusklaw.com>;Dylan Schmeyer <dschmeyer@kusklaw.com>;Pamela Fiorelli <pamfiorelli@centaurilaw.com>;Brian C Crawford <brian@trustwilliams.com>;john@trustwilliams.com <john@trustwilliams.com>

I would rather not get into specifics in an email, but we were served, perhaps inadvertently, with an unredacted copy of Chanbond's Brief in Opposition to CBV's Motion for Temporary Restraining Order – with the Interim Arbitration Award attached – and this has raised some questions which we hope to discuss informally.


Very truly yours,


Steven L. Rader, Esq.
Attorney-at-Law
Director of Firm Operations


Centauri Law Group, P.C.
Irvine location
15615 Alton Pkwy, Suite 245
Irvine, CA 92618
Phone: (949) 336-5716


E-mail: srader@centaurilaw.com
Website: www.centaurilaw.com


CONFIDENTIALITY NOTICE: This e-mail communication, including any attachments, contains information that may be privileged, confidential and intended only to be read by the named recipient. Unless you are the recipient, or validly and legally authorized to receive communication on behalf of recipient, you cannot disclose, copy or use in any form this message, e-mail or communication contained in this e-mail communication. Any other transmission or use of this message is prohibited. If you received this message in error, please notify the sender immediately and delete the communication. Nothing in this communication shall be interpreted as a digital or electronic signature that can be used to authenticate a contract or other legal document.

---

**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Monday, April 4, 2022 2:47 PM
**To:** Pamela Fiorelli <pamfiorelli@centaurilaw.com>; geoffrey.grvner@bipc.com
**Cc:** Steven Rader <SRader@centaurilaw.com>; Simina Gentry <sgentry@centaurilaw.com>; Jason Dilday <jdilday@centaurilaw.com>; Levine, James H.S. <James.Levine@Troutman.com>; Kathryn Tewson <ktewson@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>
**Subject:** Re: CBV vs Chanbond

Steven, Jason,

Could you please share with me what this call is going to be about? I understand that the general subject matter is your motion to intervene. But since the motion is already pending and we already held meet and confer discussions on it, I assume you have something specific in mind.

Exhibit 6

Re: BCV, Inc. v. Chanbond, LLC, C.A. No. 1:21-cv-01456-MN

Brian C Crawford <brian@trustwilliams.com>

Mon 3/28/2022 1:52 PM

To: Steve Brauerman <sbrauerman@bayardlaw.com>

Cc: Akiva Cohen <acohen@kusklaw.com>;Ronald Golden <rgolden@bayardlaw.com>;geoffrey.grivner@bipc.com
<geoffrey.grivner@bipc.com>;james.levine@troutman.com <james.levine@troutman.com>;kody.sparks@bipc.com <kody.sparks@bipc.com>;Steven Rader
<SRader@centaurilaw.com>;John L Williams <john@trustwilliams.com>;Jason Dilday <jdilday@centaurilaw.com>;Thomas Stephens <tstephens@centaurilaw.com>

Steve,

We also disagree with your position that Mr. Rader did not answer your questions.

Yours truly,

Brian

## Brian C. Crawford, Esq.

Attorney Admitted in DE and NJ

Brian@TrustWilliams.com

**w: 302-575-0873**

https://trustwilliams.com/

The Williams Law Firm, P.A.

1201 N. Orange Street, Suite 600, Wilmington, DE 19801

Phone: 302-575-0873 | Fax: 302-575-1642

| https://www.incnow.com/ | | https://www.facebook.com/incnow | https://twitter.com/incnow | https://www.youtu60 |

This electronic communication is intended for information purposes only. Nothing contained herein constitutes an offer or
acceptance of any agreement, nor establishes, modifies, or amends any contractual or professional relationship between the
sender, The Williams Law Firm, P.A., Agents and Corporations, Inc., and any recipient of this communication. As such, it should
not be used to substitute for a written and signed agreement between the parties. It is confidential and may be privileged. It does
not constitute legal and/or tax advice. If this e-mail is received in error, immediately delete, destroy all copies and notify the
sender. It shall not be forwarded, except with the express written consent of the sender. Circular 230 Disclaimer: In accordance
with Circular 230, the content of this email is not to be relied upon for the preparation of a tax return or to avoid penalties imposed
by the IRS Tax Code. IncNow services are subject to IncNow Terms of Use.

On Mon, Mar 28, 2022 at 4:49 PM Steve Brauerman <SBrauerman@bayardlaw.com> wrote:

> Brian,
>
> I don't think you needed to share this draft with us, but since you have, I don't think is appropriate to identify the reasons some parties oppose
> the motion and not others.  And given how poorly our "meet and confer" proceeded this morning, where Mr. Rader refused to answer my questions and
> hung up on me when I asked him to explain the basis for the Court's exercise of subject matter jurisdiction over his clients' third-party state-law claims in
> the absence of diversity jurisdiction, I'm not confident in our ability to agree on a description of today's call.  If you think today's call (or the other calls you
> may have had) comply with your client's meet and confer obligations, I suggest you state that without characterizing any party's position.   We understand
> based on previous correspondence that our deadline to oppose the motion runs from today.
>
>
> Steve
>
>
> Stephen B. Brauerman
>
> Director
>
> BAYARD, P.A.
>
> +1 302-429-4232
>
> sbrauerman@bayardlaw.com
>
> My Bio | V-Card | LinkedIn

---

**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Monday, March 28, 2022 4:00 PM
**To:** Brian C Crawford <brian@trustwilliams.com>
**Cc:** Steve Brauerman <SBrauerman@bayardlaw.com>; Ronald Golden <rgolden@bayardlaw.com>; geoffrey.grivner@bipc.com;
james.levine@troutman.com; kody.sparks@bipc.com; Steven Rader <srader@centaurilaw.com>; John L Williams <john@trustwilliams.com>; Jason Dilday
<jdilday@centaurilaw.com>; Thomas Stephens <tstephens@centaurilaw.com>
**Subject:** RE: BCV, Inc. v. Chanbond, LLC, C.A. No. 1:21-cv-01456-MN

Exhibit 7

Re: CBV vs Chanbond

Steve Brauerman <SBrauerman@bayardlaw.com>

Mon 4/4/2022 4:48 PM

To: Levine, James H.S. <James.Levine@troutman.com>

Cc: Steven Rader <SRader@centaurilaw.com>;Akiva Cohen <acohen@kusklaw.com>;Grivner, Geoffrey G. <geoffrey.grivner@bipc.com>;Sparks, Kody M. <kody.sparks@bipc.com>;Ronald Golden <rgolden@bayardlaw.com>;Simina Gentry <sgentry@centaurilaw.com>;Jason Dilday <jdilday@centaurilaw.com>;Kathryn Tewson <ktewson@kusklaw.com>;Dylan Schmeyer <dschmeyer@kusklaw.com>;Pamela Fiorelli <pamfiorelli@centaurilaw.com>;Brian C Crawford <brian@trustwilliams.com>;john@trustwilliams.com <john@trustwilliams.com>

Steve,

    This information was inadvertently produced pursuant to a protective order entered in the Delaware Federal Court.  Please delete all copies of this confidential information and confirm you have deleted it.

Thank you,

Steve

Stephen B. Brauerman
Bayard, P.A.
(302) 429-4232


> On Apr 4, 2022, at 6:28 PM, Levine, James H.S. <James.Levine@troutman.com> wrote:
>
>
>
> **CAUTION EXTERNAL**
>
> Did anyone think to email ChanBond to advise that your clients were in possession of confidential information that they were not authorized to possess?
>
> Including ChanBond's counsel because someone should let them know.
>
>
> ---
> Sent from Workspace ONE Boxer
>
> On April 4, 2022 at 6:22:10 PM EDT, Steven Rader <SRader@centaurilaw.com> wrote:
>> **EXTERNAL SENDER**
>>
>> My firm administrator reports "I called Mr. Brauerman three time today and left a voicemail as well."