IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1456-GBW |
| | ) |
| CHANBOND, LLC, | ) |
| | ) |
| Defendant/Crossclaim | ) |
| Defendant/Crossclaim | ) |
| Plaintiff, | ) |
| | ) |
| DEIRDRE LEANE, and IPNAV, LLC, | ) |
| | ) |
| Defendants/Counterclaim | ) |
| Plaintiffs/Crossclaim | ) |
| Plaintiffs/Crossclaim | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on November 11, 2022, a copy of Chanbond, LLC'S Objections and Responses to Deirdre Leane and IPNav, LLC'S First Set of Requests for Production of Documents to ChanBond, LLC [Nos. 1-33] and this Notice of Service were served on the following counsel of record via email.

> Geoffrey G. Grivner
> Kody M. Sparks
> BUCHANAN, INGERSOLL & ROONEY PC
> 500 Delaware Avenue, Suite 720
> Wilmington, DE 19801-3036
> geoffrey.grivner@bipc.com
> kody.sparks@bipc.com
>
> James H. S. Levine
> TROUTMAN PEPPER HAMILTON SANDERS LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> P.O. Box 1709
> Wilmington, DE 19899-1709

1

james.levine@troutman.com

Akiva M. Cohen
Dylan M. Schmeyer
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
1700 Broadway, 16th Floor
New York, NY 10019
acohen@kusklaw.com
dschmeyer@kusklaw.com

Dated: November 11, 2022

        BAYARD, P.A.

        */s/ Ronald P. Golden III*
        Stephen B. Brauerman (No. 4952)
        Ronald P. Golden III (No. 6254)
        600 North King Street, Suite 400
        Wilmington, DE 19801
        (302) 655-5000
        sbrauerman@bayardlaw.com
        rgolden@bayardlaw.com

        *Attorneys for ChanBond, LLC*