# FINGER & SLANINA, LLC
## ATTORNEYS AT LAW

November 14, 2022

**By CM/ECF**
The Hon. Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801

     Re: *CBV, Inc. v. ChanBond, LLC,* 1:21-cv-01456-GBW

Dear Judge Williams:

  On behalf of Proposed Intervenors Gregory Collins and Kamal Mian, I write respectfully to request that the hearing scheduling for this Thursday in the above-referenced action be re-scheduled. The reason for this request is that Mr. Rader's wife, who is losing her eyesight, is having a medical procedure on her eyes that day, and Mr. Rader needs to be with her.

  Counsel for IPNAV, LLC and Deirdre Leane and CBV, Inc. have no objection to this request. Counsel for ChanBond, LLC has not yet responded to counsel's inquiry as to its position.

  As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

              Respectfully,

              David L. Finger
              (DE Bar ID #2556)

cc: Geoffrey Graham Grivner, Esq. (via e-filing)
   Kody Macgyver Sparks, Esq. (via e-filing)
   Stephen B. Brauerman, Esq. (via e-filing)
   Ronald P. Golden, III, Esq. (via e-filing)
   James Harry Stone Levine, Esq. (via e-filing)
   Dylan M. Schmeyer, Esq. (via e-filing)
   Akiva M. Cohen, Esq. (via e-filing)

---

One Commerce Center, 1201 N. Orange St., 7th floor, Wilmington, DE 19801
(302) 573-2525 | dfinger@delawgroup.com | www.delawgroup.com