# FINGER & SLANINA, LLC
## ATTORNEYS AT LAW

November 14, 2022

**By CM/ECF**
The Hon. Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801

      Re:    *CBV, Inc. v. ChanBond, LLC,* 1:21-cv-01456-GBW

Dear Judge Williams:

      I write respectfully to correct an error in my recent letter to Your Honor. When I sent out email asking the parties for their positions, I inadvertently omitted counsel for ChanBond, LLC. However, upon receiving the letter I filed earlier, counsel for ChanBond contacted me and stated that his client also does not object to rescheduling the hearing.

      As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

      Respectfully,

David L. Finger
(DE Bar ID #2556)

cc:    Geoffrey Graham Grivner, Esq. (via e-filing)
        Kody Macgyver Sparks, Esq. (via e-filing)
        Stephen B. Brauerman, Esq. (via e-filing)
        Ronald P. Golden, III, Esq. (via e-filing)
        James Harry Stone Levine, Esq. (via e-filing)
        Dylan M. Schmeyer, Esq. (via e-filing)
        Akiva M. Cohen, Esq. (via e-filing)