**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CBV, INC.,                                     )   | |
| )   | |
|     Plaintiff/Counterclaim- )   | |
|     Defendant,              )   | |
| )   | |
|     v.                     )   C.A. No. 21-1456-GBW |
| )   | |
| CHANBOND, LLC,                                 )   | |
| )   | |
|     Defendant/Crossclaim-   )   | |
|     Defendant/Crossclaim-   )   | |
|     Plaintiff,              )   | |
| )   | |
| DEIRDRE LEANE and IPNAV, LLC                   )   | |
| )   | |
|     Defendants/Counterclaim- )  | |
|     Plaintiffs/Crossclaim-  )   | |
|     Plaintiffs.             )   | |

**STIPULATION AND [PROPOSED] ORDER DISMISSING**
**CROSS-CLAIMS AND COUNTERCLAIMS**

ChanBond, LLC ("ChanBond"), and Deirdre Leane ("Leane") and IPNAV, LLC ("IPNAV," and collectively with Leane, the "Leane Defendants"), by and through undersigned counsel, and subject to approval of the Court, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1), Leane Defendants' Cross-Claim for Confirmation of Arbitration Award (D.I. 41), and ChanBond's Counterclaim to Vacate Arbitration Award (D.I. 117) are DISMISSED.

| | |
|---|---|
| BAYARD, P.A. | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| | |
| */s/ Stephen B. Brauerman* | */s/ James H. S. Levine* |
| Stephen B. Brauerman (No. 4952) | James H. S. Levine (No. 5355) |
| Ronald P. Golden III (No. 6254) | Hercules Plaza, Suite 5100 |
| 600 North King Street, Suite 400 | 1313 Market Street, P.O. Box 1709 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1709 |
| (302) 655-5000 | (302) 777-6500 |
| sbrauerman@bayardlaw.com | |

rgolden@bayardlaw.com

*Attorneys for ChanBond, LLC*

Dated: November 15, 2022

James.Levine@troutman.com

OF COUNSEL:

Akiva M. Cohen
Dylan M. Schmeyer
KAMERMAN, UNCYK,
SONIKER & KLEIN P.C,
1700 Broadway, 16th Floor
New York, NY 10019
212.400.4930
acohen@kusklaw.com
dschmeyer@kusklaw.com

*Attorneys for Deirdre Leane and IPNAV, LLC*

IT IS SO ORDERED THIS _____ DAY OF _____, 2022:

　　　　　　　　　　　　　　　　　　　　　　　
The Honorable Gregory B. Williams, U.S.D.J.

2