# FINGER & SLANINA, LLC
### ATTORNEYS AT LAW

November 28, 2022

***Via CM/ECF***
The Hon. Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801

Re:     *CBV, Inc. v. ChanBond, LLC,* 1:21-cv-01456-MN

Dear Judge Williams:

Mr. Rader has advised me that the surgery on his wife did not produce the outcome they had hoped, and so he needs to devote more time to the care of his wife and will be cutting back on his practice as a lawyer to do so.  Consequently, he cannot come to Delaware, and I will be filing a Notice of Withdrawal of Motion for Admission Pro Hac Vice.  For these reasons, we respectfully request that the Court cancel tomorrow's hearing.

As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

Respectfully,

David L. Finger (#2556)

cc:     James H. S. Levine, Esq. (via e-filing)
Stephen B. Brauerman, Esq. (via e-filing)
Geoffrey G. Grivner, Esq. (via e-filing)