UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CBV, INC., | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | C.A. No. 1:21-cv-01456-GBW |
| | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
|       Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Please take notice that Proposed Intervenors hereby withdraw the Motion for Admission *Pro Hac Vice* of Steven L. Rader.

Respectfully submitted,

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th floor
Wilmington, DE 19801-1186
(302) 573-2525
dfinger@delawgroup.com
Attorney for Proposed Intervenors
Gregory Collins and Kamal Mian,
derivatively on behalf of UnifiedOnline, Inc.

Date: November 28, 2022