# FINGER & SLANINA, LLC
## ATTORNEYS AT LAW

November 30, 2022

*Via CM/ECF*
The Hon. Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801

        Re:    *CBV, Inc. v. ChanBond, LLC,* 1:21-cv-01456-GW

Dear Judge Williams:

        Counsel for ChanBond, LLC did not file a report informing the Court as to whether any action has been taken to seal the Complaint in *Mishcon de Reya New York LLP v. Chanbond, LLC*, Index 650575/20922 (N.Y. Supr.), and so I am providing one.

        As shown by the docket sheet included herewith, the Complaint was filed on February 4, 2022. In the almost nine months since the Complaint was filed, there has been no motion to seal it.

        As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

        Respectfully,

        David L. Finger (#2556)

cc:    James H. S. Levine, Esq. (via e-filing)
        Stephen B. Brauerman, Esq. (via e-filing)
        Geoffrey G. Grivner, Esq. (via e-filing)

---

One Commerce Center, 1201 N. Orange St., 7th floor, Wilmington, DE 19801
(302) 573-2525 | dfinger@delawgroup.com | www.delawgroup.com