



# WebCivil Supreme - eFiled Documents Detail

Court:             **New York Supreme Court**
Index Number:      **650575/2022**
Case Name:         **Mishcon de Reya New York LLP vs. ChanBond LLC et al**
Case Type:         **Comm-Contract**
Track:             **Complex**

**Document List** - Click on the document name to view the document

| Document # | Date Received/Filed | Document | Description | Motion # | Filing User |
|---|---|---|---|---|---|
| 1 | 02/04/2022 | SUMMONS + COMPLAINT | Summons directed to Chanbond | | DAVID N. SLARSKEY |
| 2 | 02/04/2022 | SUMMONS - SUPPLEMENTAL (PRE RJI) | Summons directed to KWM | | DAVID N. SLARSKEY |
| 3 | 03/08/2022 | AFFIDAVIT | Affidavit of Service on King & Wood Mallesons | | DAVID N. SLARSKEY |
| 4 | 03/22/2022 | AFFIRMATION/AFFIDAVIT OF SERVICE | Aff. of Service on Chanbond | | DAVID N. SLARSKEY |
| 5 | 03/29/2022 | STIPULATION - CONSOLIDATION ( REQUEST TO SO ORDER ) | --none-- | | DAVID N. SLARSKEY |
| 6 | 03/29/2022 | RJI -RE: OTHER | Request to So Order Consolidation | | DAVID N. SLARSKEY |
| 7 | 03/29/2022 | ADDENDUM - GENERAL (840A) | --none-- | | DAVID N. SLARSKEY |
| 8 | 03/29/2022 | ADDENDUM - COMMERCIAL DIVISION (840C) | --none-- | | DAVID N. SLARSKEY |
| 9 | 03/31/2022 | STIPULATION - SO ORDERED | Consolidation | | Donna DeLand court user |
| 10 | 04/01/2022 | NOTICE OF APPEARANCE (POST RJI) | --none-- | | VINCENT FILARDO |
| 11 | 04/01/2022 | ORDER - OTHER (NON-MOTION) | --none-- | | Jennifer G. Schecter court user |
| 12 | 04/05/2022 | NOTICE OF MOTION | Motion to Dismiss | 001 | VINCENT FILARDO |
| 13 | 04/05/2022 | MEMORANDUM OF LAW IN SUPPORT | Memorandum of Law in Support of Defendant King & Wood Mallesons LLP's Motion to Dismiss | 001 | VINCENT FILARDO |
| 14 | 04/05/2022 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Affirmation of Charles Wizenfeld in Support of Defendant King & Wood Mallesons LLP's Motion to Dismiss | 001 | VINCENT FILARDO |
| 15 | 04/05/2022 | EXHIBIT(S) | ChanBond MdR Engagement Agreement | 001 | VINCENT FILARDO |
| 16 | 04/05/2022 | EXHIBIT(S) | Stutman Affirmation | 001 | VINCENT FILARDO |
| 17 | 04/05/2022 | EXHIBIT(S) | Gold Affirmation | 001 | VINCENT FILARDO |
| 18 | 04/05/2022 | EXHIBIT(S) | Naftalin Affirmation | 001 | VINCENT FILARDO |
| 19 | 04/05/2022 | EXHIBIT(S) | Memorandum of Law in Support of Mishcon de Reya New York LLP's Motion to Stay or Dismiss | 001 | VINCENT FILARDO |
| 20 | 04/05/2022 | EXHIBIT(S) | July 21, 2021 Letter from D. Slarskey | 001 | VINCENT FILARDO |
| 21 | 04/06/2022 | ANSWER WITH COUNTER-CLAIM(S) | Counterclaim for Declaratory Judgment | | VINCENT FILARDO |
| 22 | 04/06/2022 | NOTICE OF ENTRY | Notice of Entry Order dated April 1, 2022 | | VINCENT FILARDO |
| 23 | 04/06/2022 | NOTICE TO COUNTY CLERK CPLR 8019(C) | --none-- | | VINCENT FILARDO |
| 24 | 04/06/2022 | NOTICE OF COMPLIANCE | --none-- | | VINCENT FILARDO |

| 25 | 04/14/2022 | STIPULATION - OTHER | Proposed Stipulation to Stay for Arbitration | | DAVID N. SLARSKEY |
| 26 | 04/14/2022 | STIPULATION - SO ORDERED | --none-- | | Donna DeLand court user |
| 27 | 04/14/2022 | DECISION + ORDER ON MOTION | --none-- | 001 | Jennifer G. Schecter court user |
| 28 | 04/27/2022 | COUNTY CLERK CERTIFICATION OF MINUTES | Index #650616/2022 has been consolidated into Index #650575/2022. All future filings should be made into index #650575/2022. The caption has been amended to reflect the consolidation. | | Frankie Almanzar court user |

Close