

600 N. King Street • Suite 400  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
Email: sbrauerman@bayardlaw.com

November 30, 2022

**VIA CM/ECF**

Honorable Gregory B. Williams  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801

      RE:    *CBV, Inc. v. ChanBond, LLC, et al.*  
             C.A. No. 21-1456-GBW

Dear Judge Williams:

    ChanBond, LLC ("ChanBond") respectfully submits this letter to advise the Court that that the complaint in the New York action referenced at today's hearing remains public and the docket does not reflect any action to place the filing under seal.

    Should Your Honor have any questions, comments, or otherwise, the undersigned is available at the Court's convenience.

                                         Respectfully submitted,

                                         */s/*    *Stephen B. Brauerman*

                                         Stephen B. Brauerman (#4952)

cc:    Counsel