**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CBV, INC.,

       *Plaintiff*

       *v.*

CHANBOND, LLC,

       *Defendant*

   and

DIERDRE LEANE and IPNAV, LLC,

       *Defendants.*

C.A. No. 1:21-cv-01456-GBW

**PLAINTIFF CBV, INC.'S NOTICE OF WITHDRAWAL OF**
**MOTION FOR CLARIFICATION**

PLEASE TAKE NOTICE that Plaintiff CBV, Inc. ("CBV" or "Plaintiff"), by and through

its undersigned attorneys, Buchanan, Ingersoll & Rooney PC, hereby withdraws its Motion for

Clarification ("Motion") [D.I. 164] based upon the Stipulation Staying Proceedings filed

contemporaneously herewith. Therefore, the Motion and the multiple submissions by the parties

in response to the Motion need not be addressed at this time. *See* D.I. 172, 174, 179, 191, 192, and

193.

                        **BUCHANAN, INGERSOLL & ROONEY PC**

Dated:  December 7, 2022       */s/ Geoffrey Grivner*
                        Geoffrey G. Grivner (#4711)
                        Kody M. Sparks (#6464)
                        500 Delaware Avenue, Suite 720
                        Wilmington, DE 19801-3036
                        (302) 552-4200
                        geoffrey.grivner@bipc.com
                        kody.sparks@bipc.com

1

\*       \*       \*

Patrick C. Keane, Esq.
BUCHANAN, INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
patrick.keane@bipc.com

*Attorneys for Plaintiff*

2