

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

500 Delaware Avenue, Suite 720
Wilmington, DE  19801-7407
T 302 552 4200
F 302 552 4295

December 20, 2022

**VIA CM/ECF**

The Honorable Gregory B. Williams
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26
Room 6124
Wilmington, DE 19801-3555

  Re: *CBV, Inc. v. ChanBond, LLC, et al.*, C.A. No. 1:21-cv-01456-GBW

Dear Judge Williams:

  I write on behalf of all parties in the above-referenced action to provide a status update to Your Honor per the Stipulation and [Proposed] Order Staying Proceedings [D.I. 194], granted on December 8, 2022. The parties continue to negotiate regarding a potential settlement of this action. The parties respectfully request that the stay of this case be extended through and including January 3, 2023 to allow for continued negotiations to take place.

  Should Your Honor have any questions or wish to schedule a conference on these issues, counsel remains available at Your Honor's convenience.

            Respectfully submitted,

            /s/ *Geoffrey G. Grivner*

            Geoffrey G. Grivner (#4711)

GGG/

Enclosure

cc:  All Counsel of Record (via CM/ECF)