

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

500 Delaware Avenue, Suite 720
Wilmington, DE  19801-7407
T 302 552 4200
F 302 552 4295

January 3, 2023

<u>**VIA CM/ECF**</u>

The Honorable Gregory B. Williams
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26
Room 6124
Wilmington, DE 19801-3555

    Re: *CBV, Inc. v. ChanBond, LLC, et al.*, C.A. No. 1:21-cv-01456-GBW

Dear Judge Williams:

    I write on behalf of all parties in the above-referenced action to provide a status update to Your Honor per the Stipulation and [Proposed] Order Staying Proceedings [D.I. 194], granted on December 8, 2022. The parties have been unable to resolve this action to date and are no longer requesting a stay remain in place. The parties may continue their negotiations and may request a new stay at some point in the future.

    Should Your Honor have any questions or wish to schedule a conference on these issues, counsel remains available at Your Honor's convenience.

                                               Respectfully submitted,

                                               /s/ *Geoffrey G. Grivner*

                                               Geoffrey G. Grivner (#4711)

GGG/

Enclosure

cc:    All Counsel of Record (via CM/ECF)