### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., )<br>)<br>Plaintiff/Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>CHANBOND, LLC, )<br>)<br>Defendant/Crossclaim- )<br>Defendant/Crossclaim-Plaintiff, )<br>)<br>DEIRDRE LEANE and IPNAV, LLC, )<br>)<br>Defendants/Counterclaim- )<br>Plaintiffs/Crossclaim-Plaintiffs. ) | C.A. No. 21-1456 (GBW) |

I, Jennifer Ying, declare as follows:

1.    I am an attorney and member of the Bar of the State of Delaware. I am a partner with the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP which represents the Non-Party Cable Companies.

2.    I submit this declaration in support of the Non-Party Cable Companies' letter brief pursuant to the Court's January 13 Order. (D.I. 200.) I know the facts set forth in this declaration to be true of my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the declaration of Marcus Delgado, executed January 20, 2023.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the letter from counsel for the Non-Party Cable Companies to counsel for Mishcon de Reya dated November 30, 2022.

5. Attached hereto as **Exhibit C** is a true and correct copy of current docket of the case pending in the New York state court styled *Mishcon de Reya New York LLP vs. ChanBond LLC et. al.*, Index No. 650575/2022.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Affirmation of Evan Fried in support of Mishcon de Reya's Motion to Seal, filed in the New York state court action styled *Mishcon de Reya New York LLP vs. ChanBond LLC et. al.*, Index No. 650575/2022.

I declare under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.

Executed this 20th day of January 2023 in Wilmington, Delaware.

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@morrisnichols.com