# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| | ) C.A. No. 21-1456 (GBW) |
| v. | ) |
| | ) |
| CHANBOND, LLC, | ) |
| | ) |
| Defendant/Crossclaim- | ) |
| Defendant/Crossclaim-Plaintiff, | ) |
| | ) |
| DEIRDRE LEANE and IPNAV, LLC, | ) |
| | ) |
| Defendants/Counterclaim- | ) |
| Plaintiffs/Crossclaim-Plaintiffs. | ) |

I, Marcus Delgado, declare as follows:

1.      I am more than twenty-one (21) years of age, of sound mind, and capable of making this Declaration. I submit this declaration in support of the Non-Party Cable Companies' letter brief pursuant to the Court's January 13 Order. (D.I. 200.) I know the facts set forth in this declaration to be true of my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.      I served as the Chief IP Counsel/Assistant General Counsel of Cox Enterprises ("Cox") during the course of the ChanBond litigation against the Non-Party Cable Companies (the "Cable Company Defendants").

3.      Cox was the first of the Cable Company Defendants to have its case tried. As such, I served a lead role negotiating with ChanBond on behalf of the Cable Company Defendants.

4.      The Cable Company Defendants would not have entered into the settlement agreement without the assurance of confidentiality, which is reflected in the agreement.

1

Confidentiality was a material term that was discussed and explicitly negotiated during the settlement negotiations between the Cable Company Defendants and ChanBond.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January, 2023.

Signed: _____

# Exhibit B



North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**KRISHNAN PADMANABHAN**
Partner
(212) 294-3564
kpadmanabhan@winston.com

November 30, 2022

**<u>VIA EMAIL</u>**

David Slarskey and Evan Fried
420 Lexington Avenue, Suite 2525
New York, NY 10170
dslarskey@slarskey.com
efried@slarskey.com

**Re:**     *CBV, Inc. v. ChanBond, LLC, et al.*, C.A. No. 21-1456-GBW

Dear Mssrs. Slarskey and Fried:

We write on behalf of the defendants in the various patent litigations brought by ChanBond, LLC ("ChanBond Matters")[1].  It has come to our attention, just yesterday, that Mishcon de Reya revealed confidential terms of the settlement agreement that resolved the ChanBond Matters ("Settlement Agreement") in litigation it has filed against ChanBond and King & Wood Mallesons. We write to you, as counsel for Mishcon de Reya, to request that Mishcon de Reya seal the papers containing this confidential information from the Settlement Agreement without any delay, and to confirm that Mishcon de Reya will refrain from disseminating any further confidential information from either the Settlement Agreement or ChanBond Matters.

To the extent you wish to discuss this matter, please contact at me at the phone number above.

Sincerely,

Krishnan Padmanabhan

---

[1] The ChanBond Matters refer to *ChanBond, LLC v. Atlantic Broadband Group, LLC, et al.*, Case Nos. 1:15-cv-00842-RGA through 1:15-cv-00854-RGA (D. Del.).

# Exhibit C

# New York State Unified Court System



## *WebCivil Supreme - eFiled Documents Detail*

**Court:**      **New York Supreme Court**
**Index Number:**      **650575/2022**
**Case Name:**      **Mishcon de Reya New York LLP vs. ChanBond LLC et al**
**Case Type:**      **Comm-Contract**
**Track:**      **Complex**

## Document List - Click on the document name to view the document

| Document # | Date Received/Filed | Document | Description | Motion # | Filing User |
|---|---|---|---|---|---|
| 1 | 02/04/2022 | SUMMONS + COMPLAINT | Summons directed to Chanbon | | DAVID N. SLARSKEY |
| 2 | 02/04/2022 | SUMMONS - SUPPLEMENTAL (PRE RJI) | Summons directed to KWM | | DAVID N. SLARSKEY |
| 3 | 03/08/2022 | AFFIDAVIT | Affidavit of Service on King & Wood Mallesons | | DAVID N. SLARSKEY |
| 4 | 03/22/2022 | AFFIRMATION/AFFIDAVIT OF SERVICE | Aff. of Service on Chanbond | | DAVID N. SLARSKEY |
| 5 | 03/29/2022 | STIPULATION - CONSOLIDATION ( REQUEST TO SO ORDER ) | --none-- | | DAVID N. SLARSKEY |
| 6 | 03/29/2022 | RJI -RE: OTHER | Request to So Order Consolidation | | DAVID N. SLARSKEY |
| 7 | 03/29/2022 | ADDENDUM - GENERAL (840A) | --none-- | | DAVID N. SLARSKEY |
| 8 | 03/29/2022 | ADDENDUM - COMMERCIAL DIVISION (840C) | --none-- | | DAVID N. SLARSKEY |
| 9 | 03/31/2022 | STIPULATION - SO ORDERED | Consolidation | | Donna DeLand court user |
| 10 | 04/01/2022 | NOTICE OF APPEARANCE (POST RJI) | --none-- | | VINCENT FILARDO |
| 11 | 04/01/2022 | ORDER - OTHER (NON-MOTION) | --none-- | | Jennifer G. Schecter court user |
| 12 | 04/05/2022 | NOTICE OF MOTION | Motion to Dismiss | 001 | VINCENT FILARDO |
| 13 | 04/05/2022 | MEMORANDUM OF LAW IN SUPPORT | Memorandum of Law in Support of Defendant King & Wood Mallesons LLP's Motion to Dismiss | 001 | VINCENT FILARDO |
| 14 | 04/05/2022 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Affirmation of Charles Wizenfeld in Support of Defendant King & Wood Mallesons LLP's Motion to Dismiss | 001 | VINCENT FILARDO |
| 15 | 04/05/2022 | EXHIBIT(S) | ChanBond MdR Engagement Agreement | 001 | VINCENT FILARDO |
| 16 | 04/05/2022 | EXHIBIT(S) | Stutman Affirmation | 001 | VINCENT FILARDO |
| 17 | 04/05/2022 | EXHIBIT(S) | Gold Affirmation | 001 | VINCENT FILARDO |
| 18 | 04/05/2022 | EXHIBIT(S) | Naftalin Affirmation | 001 | VINCENT FILARDO |
| 19 | 04/05/2022 | EXHIBIT(S) | Memorandum of Law in Support of Mishcon de Reya New York LLP's Motion to Stay or Dismiss | 001 | VINCENT FILARDO |
| 20 | 04/05/2022 | EXHIBIT(S) | July 21, 2021 Letter from D. Slarskey | 001 | VINCENT FILARDO |
| 21 | 04/06/2022 | ANSWER WITH COUNTER-CLAIM(S) | Counterclaim for Declaratory Judgment | | VINCENT FILARDO |
| 22 | 04/06/2022 | NOTICE OF ENTRY | Notice of Entry Order dated April 1, 2022 | | VINCENT FILARDO |
| 23 | 04/06/2022 | NOTICE TO COUNTY CLERK CPLR 8019(C) | --none-- | | VINCENT FILARDO |
| 24 | 04/06/2022 | NOTICE OF COMPLIANCE | --none-- | | VINCENT FILARDO |
| 25 | 04/14/2022 | STIPULATION - OTHER | Proposed Stipulation to Stay for Arbitration | | DAVID N. SLARSKEY |
| 26 | 04/14/2022 | STIPULATION - SO ORDERED | --none-- | | Donna DeLand court user |
| 27 | 04/14/2022 | DECISION + ORDER ON MOTION | --none-- | 001 | Jennifer G. Schecter court user |
| 28 | 04/27/2022 | COUNTY CLERK CERTIFICATION OF MINUTES | Index #650616/2022 has been consolidated into Index #650575/2022. All future filings should be made into index #650575/2022. The caption has been amended to reflect the consolidation. | | Frankie Almanzar court user |
| 29 PENDING | 01/06/2023 | NOTICE OF MOTION | --none-- | | EVAN LAWRENCE FRIED |
| 30 | 01/06/2023 | MEMORANDUM OF LAW IN SUPPORT | --none-- | | EVAN LAWRENCE FRIED |
| 31 | 01/06/2023 | AFFIRMATION | Affirmation of E. Fried | | EVAN LAWRENCE FRIED |
| 32 | 01/06/2023 | EXHIBIT(S) | Emails with M. Rand | | EVAN LAWRENCE FRIED |
| 33 | 01/06/2023 | EXHIBIT(S) | Complaint with redactions | | EVAN LAWRENCE FRIED |

# Exhibit D

Case 1:21-cv-01456-GBW   Document 202-1   Filed 01/20/23   Page 9 of 10 PageID #: 7092

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

MISHCON DE REYA NEW YORK LLP,     :

        Plaintiff,                :  Index No. 650575/2022

             v.                 :  AFFIRMATION OF EVAN FRIED

CHANBOND LLC and KING & WOOD     :
MALLESONS LLP.                :

        Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Evan Fried, an attorney in good standing to practice before the courts of the State of New

York, hereby states under penalty of perjury:

        1.      I am counsel to Plaintiff Mishcon de Reya New York LLP ("Mishcon NY") in

this action, and, in that capacity, am familiar with the facts underlying this affirmation.

        2.      To the best of my knowledge, Mishcon NY discovered the alleged value of the

settlement in the "Chanbond Litigations" through an alternate source and was not in possession

of the subject settlement agreement (the "Settlement Agreement") at the time it submitted its

initial pleading.

        3.      Counsel for the parties in this action conferred and agreed that the settlement

value from the Chanbond Litigations is confidential.

        4.      The Settlement Agreement provides:

7.1 Nondisclosure. Each Party or its Affiliates, agrees not to disclose this
Agreement or the terms or conditions contained herein (collectively "Confidential
Information") to any third party (other than its Affiliates or Departing Affiliates)
without the prior written consent of any other Party.

        5.      The Settlement Agreement provides for certain exceptions where a Party may

disclose the terms of the Settlement Agreement, for example to a court if so compelled, however,

in such circumstances, the Settlement Agreement provides that the parties should take

"reasonable steps [] to maintain the confidentiality of the Confidential Information," (Settlement Agreement § 7.2(b)), and a party must "exercise[] reasonable efforts, consistent with industry terms, to obligate such third parties to maintain the confidentiality of the Confidential Information." (*Id*. § 7(d).)

6.      The parties agreed work together to effectuate the redaction of the citations to the alleged settlement value, i.e., Paragraphs 2 and 67 in the Complaint in this action. (Doc. 1.)

7.      The parties contacted the Court, through the Hon. Jennifer Schechter's law clerk, Michael Rand. Attached hereto as **Exhibit 1** is the correspondence with Mr. Rand. Mr. Rand informed the parties to file a motion to seek the relief.

8.      Attached hereto as **Exhibit 2** is a copy of the Complaint with the proposed redactions.


Date:   New York, New York
        January 6, 2023

_____
Evan Fried
Slarskey LLC
767 Third Avenue, 14th Floor
New York, NY 10017
*Counsel to Plaintiff Mishcon de Reya NY LLP*

1