Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 N. Market St., Suite 5100, P.O. Box 1709
Wilmington, DE  19899-1709



troutman.com

**James H.S. Levine**
D 302.777.6536
james.levine@troutman.com

January 23, 2023

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801

Re:   CBV, Inc. v. ChanBond, LLC, et al., C.A. No. 1:21-cv-01456-GBW

Dear Judge Williams,

    I am counsel to Deirdre Leane and IPNAV (collectively, "Leane Defendants") and submit this letter in response to the Non-Party Cable Companies' letter brief in support of maintaining the confidentiality and sealed treatment of information in the underlying settlement agreement (the "Letter Brief," D.I. 201).  I write to confirm that, as stated in the Letter Brief (page 1, footnote 2), Leane Defendants take no position on the Non-Party Cable Companies' request.

    Counsel are available to discuss at the Court's convenience.

                        Respectfully submitted,

                        */s/ James H. S. Levine*

                        James H. S. Levine (#5355)

JHSL
cc:  All counsel of record