# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., )<br>)<br>　　　　Plaintiff, )<br>　v. )<br>)<br>CHANBOND, LLC, DEIRDRE LEANE, )<br>and IPNAV, LLC, )<br>)<br>　　　　Defendants. ) | C.A. No. 1:21-cv-01456-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 14, 2023, (i) *Defendants Deirdre Leane and IPNAV, LLC's Second Set of Requests for Production to Plaintiff CBV, Inc.;* and (ii) *Defendants Deirdre Leane and IPNAV, LLC's Second Set of Requests for Production to Defendant ChanBond, LLC* was served via electronic mail on:

| | |
|---|---|
| Geoffrey G. Grivner, Esq.<br>Kody M. Sparks, Esq.<br>BUCHANAN, INGERSOLL<br>　& ROONEY PC<br>500 Delaware Avenue, Suite 720<br>Wilmington, DE 19801-3036<br>*geoffrey.grivner@bipc.com*<br>*kody.sparks@bipc.com*<br><br>*Attorneys for CBV, Inc*. | Stephen B. Brauerman, Esq.<br>Ronald P. Golden, III, Esq.<br>BAYARD, P.A.<br>600 N. King Street, Ste. 400<br>Wilmington, DE 19801<br>*sbrauerman@bayardlaw.com*<br>*rgolden@bayardlaw.com*<br><br><br>*Attorneys for ChanBond, LLC* |

146795567v1

-2-

| | |
|---|---|
| OF COUNSEL:<br><br>Akiva M. Cohen<br>Dylan M. Schmeyer<br>KAMERMAN, UNCYK,<br>  SONIKER & KLEIN P.C,<br>1700 Broadway, 16th Floor<br>New York, NY 10019<br>212.400.4930<br>acohen@kusklaw.com<br>dschmeyer@kusklaw.com<br><br>Dated:  March 15, 2023 | /s/ James H. S. Levine<br>James H. S. Levine (Del. Bar No. 5355)<br>TROUTMAN PEPPER<br>  HAMILTON SANDERS LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>302.777.6500<br>james.levine@troutman.com<br><br>*Attorneys for Deirdre Leane and IPNAV, LLC* |