IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
|             Plaintiff, | ) ) ) |
|       v. | ) C.A. No. 21-1456-GBW ) |
| CHANBOND, LLC, | ) ) |
|         Defendant/Crossclaim<br>        Defendant/Crossclaim<br>        Plaintiff, | ) ) ) ) |
| DEIRDRE LEANE, and IPNAV, LLC, | ) ) |
|         Defendants/Counterclaim<br>        Plaintiffs/Crossclaim<br>        Plaintiffs/Crossclaim<br>        Defendants. | ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on April 13, 2023, a copy of Chanbond, LLC'S Objections and Responses to Deirdre Leane and IPNav, LLC'S Second Set of Requests for Production of Documents [Nos. 21-22] to ChanBond, LLC and this Notice of Service were served on the following counsel of record via email.

        Geoffrey G. Grivner
        Kody M. Sparks
        BUCHANAN, INGERSOLL & ROONEY PC
        500 Delaware Avenue, Suite 720
        Wilmington, DE 19801-3036
        geoffrey.grivner@bipc.com
        kody.sparks@bipc.com

        James H. S. Levine
        TROUTMAN PEPPER HAMILTON SANDERS LLP
        Hercules Plaza, Suite 5100
        1313 N. Market Street
        P.O. Box 1709
        Wilmington, DE 19899-1709

james.levine@troutman.com

Akiva M. Cohen
Dylan M. Schmeyer
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
1700 Broadway, 16th Floor
New York, NY 10019
acohen@kusklaw.com
dschmeyer@kusklaw.com

Dated: April 13, 2022

        BAYARD, P.A.

        */s/ Ronald P. Golden III*
        Stephen B. Brauerman (No. 4952)
        Ronald P. Golden III (No. 6254)
        600 North King Street, Suite 400
        Wilmington, DE 19801
        (302) 655-5000
        sbrauerman@bayardlaw.com
        rgolden@bayardlaw.com

        *Attorneys for ChanBond, LLC*