IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff/Counterclaim-Defendant,* <br><br> v. <br><br> CHANBOND, LLC, <br><br> *Defendant/Crossclaim-Defendant,* <br><br> DIERDRE LEANE, and IPNAV, LLC, <br><br> *Defendants/Counterclaim-Plaintiffs/Crossclaim-Plaintiffs.* | C.A. No. 1:21-cv-01456-GBW |

## NOTICE OF SERVICE

I, Geoffrey G. Grivner, hereby certify that true and correct copies of ***CBV, Inc.'s Responses and Objections to Defendants Dierdre Leane and IPNAV, LLC's Second Set of Requests for Production*** were served on the 13th day of April, 2023 on the following counsel of record by electronic mail:

Stephen B. Brauerman
Ronald P. Golden, III
Bayard, P.A.
600 N. King Street, Ste. 400
Wilmington, DE  19801
Email:  sbrauerman@bayardlaw.com
Email:  rgolden@bayardlaw.com

*Attorneys for ChanBond, LLC*

1

James Harry Stone Levine  
Troutman Pepper Hamilton Sanders, LLP  
Hercules Plaza  
1313 N. Market Street, Ste. 5100  
P.O. Box 1709  
Wilmington, DE 19899-1709  
Email: james.levine@troutman.com

*Attorneys for IPNAV, LLC and Deirdre Leane*

**BUCHANAN, INGERSOLL & ROONEY PC**

Dated: April 14, 2023

*/s/ Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-3036
(302) 552-4200
geoffrey.grivner@bipc.com
kody.sparks@bipc.com

\*    \*    \*

Patrick C. Keane, Esq.
BUCHANAN, INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
patrick.keane@bipc.com

*Attorneys for Plaintiff*