# FINGER & SLANINA, LLC
## ATTORNEYS AT LAW

May 18, 2023

**_Via CM/ECF and Hand Delivery_**
The Hon. Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801

Re:   *CBV, Inc. v. ChanBond, LLC*, 1:21-cv-01456-GW

Dear Judge Williams:

I write respectfully on behalf of the Proposed Intervenors to advise the Court of their concerns regarding their ability to participate in the trial of this action scheduled to begin in two months, on July 10, 2023. (D.I. 187).

My clients filed their Motion to Intervene on March 21, 2022. (D.I. 34). After completion of briefing, they filed a request for oral argument. (D.I. 96). To date there has been no response to that request.

Given the approaching trial date, and the passage of the deadline for discovery, Proposed Intervenors are concerned that they will not have a fair opportunity to press their claims in this action and face the danger that a substantial settlement fund will be irretrievably disbursed without their ever having had their day in Court.

If there is additional information Your Honor needs to resolve the Motion to Intervene, please let us know and we will be happy to supply it to the best of our abilities.

As always, I am available at the convenience of the Court to answer any questions Your Honor nay have.

Respectfully,

David L. Finger (#2556)

cc: All parties entitled to notice by CM/ECF.

---

One Commerce Center, 1201 N. Orange St., 7th floor, Wilmington, DE 19801
(302) 573-2525 | dfinger@delawgroup.com | www.delawgroup.com