# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., *Plaintiff* v. CHANBOND, LLC, and DEIRDRE LEANE and IPNAV, LLC, *Defendants*. | C.A. No. 1:21-cv-01456-GBW |

## NOTICE OF WITHDRAW

PLEASE TAKE NOTICE, Plaintiff, CBV, Inc., by and through their undersigned attorneys, hereby withdraws their Motion for Leave to File Second Amended Complaint (D.I. 209). Simultaneous with this Notice, Plaintiff is filing a renewed Motion with a letter brief in compliance with Paragraph 4 of the Scheduling Order in this Action.

Dated: May 24, 2023

**BUCHANAN, INGERSOLL & ROONEY PC**

*/s/ Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-3036
(302) 552-4200
geoffrey.grivner@bipc.com
kody.sparks@bipc.com

\*     \*     \*

Patrick C. Keane, Esq.
BUCHANAN, INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
patrick.keane@bipc.com

*Attorneys for Plaintiff*