# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff* <br><br> v. <br><br> CHANBOND, LLC, <br><br> and <br><br> DEIRDRE LEANE and IPNAV, LLC, <br><br> *Defendants.* | C.A. No. 1:21-cv-01456-GBW |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff CBV, Inc. ("CBV" or "Plaintiff"), by and through its undersigned counsel, and pursuant Rule 15 of the Federal Rules of Civil Procedure, hereby moves this Court for leave to amend its Amended Complaint. In support, pursuant to Paragraph 4 of the Court's Scheduling Order in this action, Plaintiff submits herewith a letter brief in support of this Motion.

**BUCHANAN, INGERSOLL & ROONEY PC**

Dated: May 24, 2023

*/s/ Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-3036
(302) 552-4200
geoffrey.grivner@bipc.com
kody.sparks@bipc.com

\*   \*   \*

Patrick C. Keane, Esq.
BUCHANAN, INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
(703) 836-6620
patrick.keane@bipc.com

*Attorneys for Plaintiff*