IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., <br><br> *Plaintiff* <br><br> v. <br><br> CHANBOND, LLC, <br><br> and <br><br> DEIRDRE LEANE and IPNAV, LLC, <br><br> *Defendants.* | C.A. No. 1:21-cv-01456-GBW |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint (the "Motion") and any oppositions thereto, and the Court finding that sufficient cause to grant the relief requested in the Motion appearing therefor; after due deliberation; it is hereby

ORDERED that the Motion is GRANTED;

ORDERED that Plaintiff shall file its Second Amended Complaint within three (3) business days from entry of this Order

Dated: _____, 2023            _____
    Wilmington, Delaware                                       The Honorable Gregory B. Williams
                                                                                                 United States District Judge