# EXHIBIT B

# Akiva Cohen

| | |
|---|---|
| **From:** | Akiva Cohen |
| **Sent:** | Tuesday, December 6, 2022 9:29 PM |
| **To:** | Geoffrey G. Grivner |
| **Cc:** | Levine, James H.S.; Mike Dunford; Kathryn Tewson; Dylan Schmeyer; Deborah Gaynor; Patrick Keane; Kody M. Sparks; sbrauerman; Ronald Golden |
| **Subject:** | Re: 408 Settlement Communication |

Geoff,

We are OK with this. But I want to make sure that your clients are fully aware that Deirdre is functionally looking at contributing nuisance value here, not anything particularly significant. If your clients are willing to engage on that basis, then a stay to see if this can get resolved makes sense. If not, then we should just continue pushing forward and get this finished.

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Geoffrey G. Grivner <geoffrey.grivner@bipc.com>
**Sent:** Tuesday, December 6, 2022 8:06:46 PM
**To:** Akiva Cohen <acohen@kusklaw.com>
**Cc:** Levine, James H.S. <James.Levine@Troutman.com>; Mike Dunford <mdunford@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Deborah Gaynor <dgaynor@kusklaw.com>; Patrick Keane <patrick.keane@bipc.com>; Kody M. Sparks <kody.sparks@bipc.com>; sbrauerman <SBrauerman@bayardlaw.com>; Ronald Golden <rgolden@bayardlaw.com>
**Subject:** 408 Settlement Communication

Akiva/Steve,

I understand the parties are interested in discussing a resolution of this matter and that a withdraw of our Motion for Clarification and related filings may be necessary to facilitate such discussions. We do believe that a stipulation staying all proceedings (without withdraw of prior filings) will adequately facilitate such discussions, but we have also drafted the attached for your consideration. Please let me know if we can agree to a general stay of all proceedings, or if the attached proposed documents will be necessary to fully satisfy the interests of the parties. We are happy to arrange a meet and confer to discuss further.

Regards,

Geoff

## Geoffrey Grivner

500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
302 552 4207 (o)
484 431 6101 (c)
geoffrey.grivner@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

1

**Buchanan Ingersoll & Rooney** PC

**Buchanan Ingersoll & Rooney** PC

2

**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Thursday, December 1, 2022 4:49 PM
**To:** Geoffrey G. Grivner <geoffrey.grivner@bipc.com>
**Cc:** Levine, James H.S. <James.Levine@Troutman.com>; Mike Dunford <mdunford@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Deborah Gaynor <dgaynor@kusklaw.com>
**Subject:** FW: Distribution of funds

[This Email Originated From acohen@kusklaw.com Which Is External To The Firm]

Geoff,

This type of harassing insanity is not going to move the ball forward. Neither is filing a frankly sanctionable new motion by letter, without meet and confer, asking for affirmative TRO relief that had never previously been requested, on the basis of a payment that the Court specifically refused to enjoin.

What in the world are you guys thinking?

You can let Earl know that Deirdre now has his email blocked and should not bother with further communications. I understand your desire to lean on the 1 of the 3 CBV principals apparently still on board with your firm's litigation strategy, but this is ridiculous.

Be well,

Akiva M. Cohen
Kamerman Uncyk Soniker & Klein
1700 Broadway
New York, NY 10019
212-400-4930

> **From:** Earl Hennenhoefer <earl@hennenhoefer.org>
> **Subject: Distribution of funds**
> **Date:** Dec 1, 2022 at 1:37 PM
> **To:** dleane@icloud.com
>
> Deirdre
>
> It came to my attention that you received the funds for your Arbitration Award contrary to the agreement in both the PPA and the RRC. This action **requires** CBV's pre-approval before funds would be distributed. As a result, our attorneys feel obligated to inform the court of this action.
>
> CBV has been involved in this legal action for the last seven years and has yet to receive its fair share of the settlement as documented in the PPA. I would like to get the matter resolved.
>
> Please give me your response on this matter.
>
> Earl Hennenhoefer
>
> President and CEO CBV

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.