# EXHIBIT D

## RE: Joint Status Report?

Geoffrey G. Grivner <geoffrey.grivner@bipc.com>

Tue 12/20/2022 11:44 AM

To: Akiva Cohen <acohen@kusklaw.com>;Steve Brauerman <SBrauerman@bayardlaw.com>;Levine, James H.S. <James.Levine@Troutman.com>;Kathryn Tewson <ktewson@kusklaw.com>;Dylan Schmeyer <dschmeyer@kusklaw.com>;Mike Dunford <mdunford@kusklaw.com>;Kody M. Sparks <kody.sparks@bipc.com>;Ronald Golden <rgolden@bayardlaw.com>

◊ 1 attachments (732 KB)

December 20, 2022 Status Letter to Judge Williams (4865-5653-4341 v1).docx;

All,

Please see our proposed letter. We are still sorting things out on our end and are therefore seeking to keep the stay in place until January 3. We will be in touch regarding the case between now and then.

Geoff

### Geoffrey Grivner

500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
302 552 4207 (o)
484 431 6101 (c)
geoffrey.grivner@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

### Buchanan Ingersoll & Rooney PC

---

**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Tuesday, December 20, 2022 2:22 PM
**To:** Geoffrey G. Grivner <geoffrey.grivner@bipc.com>; Steve Brauerman <SBrauerman@bayardlaw.com>; Levine, James H.S. <James.Levine@Troutman.com>; Kathryn Tewson <ktewson@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Kody M. Sparks <kody.sparks@bipc.com>; Ronald Golden <rgolden@bayardlaw.com>
**Subject:** RE: Joint Status Report?

Geoff? We're closing in on COB

Akiva M. Cohen
Kamerman Uncyk Soniker & Klein
1700 Broadway
New York, NY 10019
212-400-4930

**From:** Geoffrey G. Grivner
**Sent:** Tuesday, December 20, 2022 9:00 AM
**To:** Akiva Cohen; Steve Brauerman; Levine, James H.S.; Kathryn Tewson; Dylan Schmeyer; Mike Dunford; Kody M. Sparks; Ronald Golden
**Subject:** RE: Joint Status Report?

Akiva,

I expect to get you a short draft letter to the Court later this morning.

Geoff

# Geoffrey Grivner

500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
302 552 4207 (o)
484 431 6101 (c)
geoffrey.grivner@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

# Buchanan Ingersoll & Rooney PC

---

**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Monday, December 19, 2022 2:40 PM
**To:** Geoffrey G. Grivner <geoffrey.grivner@bipc.com>; Steve Brauerman <SBrauerman@bayardlaw.com>; Levine, James H.S. <James.Levine@Troutman.com>; Kathryn Tewson <ktewson@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Kody M. Sparks <kody.sparks@bipc.com>; Ronald Golden <rgolden@bayardlaw.com>
**Subject:** Joint Status Report?

[This Email Originated From acohen@kusklaw.com Which Is External To The Firm]

Geoff,

I have not heard anything new for a while and our joint status report is due tomorrow. Can you please circulate a draft?

Thanks,

Akiva M. Cohen
Kamerman Uncyk Soniker & Klein
1700 Broadway
New York, NY 10019
212-400-4930

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.