

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

500 Delaware Avenue, Suite 720
Wilmington, DE  19801-7407
T 302 552 4200
F 302 552 4295

June 1, 2023

**VIA CM/ECF**

The Honorable Gregory B. Williams
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *CBV, Inc. v. ChanBond, LLC, et al.*, C.A. No. 1:21-cv-01456-GBW

Dear Judge Williams:

The parties in the above-referenced matter write to request, pursuant to Paragraph 4(c) of the Scheduling Order, the scheduling of a teleconference to address Plaintiff's Motion for Leave to Amend.

Should Your Honor have any questions or require anything further, counsel remains available at Your Honor's convenience.

Respectfully submitted,

/s/ *Geoffrey G. Grivner*

Geoffrey G. Grivner (#4711)

GGG/

Enclosure

cc:     All Counsel of Record (via CM/ECF)