

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

500 Delaware Avenue, Suite 720
Wilmington, DE  19801-7407
T 302 552 4200
F 302 552 4295

July 11, 2023

**VIA CM/ECF**

The Honorable Gregory B. Williams
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

    Re: *CBV, Inc. v. ChanBond, LLC, et al.*, C.A. No. 1:21-cv-01456-GBW

Dear Judge Williams:

    I write on behalf of Plaintiff CBV, Inc. ("CBV") in the above-referenced action in regard to the Court's Order instructing the parties to file a proposed stipulated final judgment by today [D.I. 225]. The parties have been unable to agree upon the terms of a proposed stipulated final judgment as a result of a dispute that arose late this afternoon.  In light of this, CBV respectfully requests the Court schedule a status conference to address resolution of the dispute.

    CBV anticipates filing a letter by the close of business tomorrow, July 12, 2023, detailing the nature of the dispute, but wanted to provide this update to the Court in light of today's deadline.

    Should Your Honor have any questions or require anything further, counsel remains available at Your Honor's convenience.

    Respectfully submitted,

    /s/ *Geoffrey G. Grivner*

    Geoffrey G. Grivner (#4711)

cc:    All Counsel of Record (via CM/ECF)
        Patrick Keane, Esq.