# EXHIBIT C

| | |
|---|---|
| **From:** | Geoffrey G. Grivner |
| **Sent:** | Thursday, June 15, 2023 9:39 AM |
| **To:** | Akiva Cohen; Steve Brauerman; Ronald Golden |
| **Cc:** | Dylan Schmeyer; Mike Dunford; Kathryn Tewson; Levine, James H.S.; Kody M. Sparks; Patrick Keane |
| **Subject:** | RE: Judge Williams' Order |

Akiva,

CBV believes that it is unlikely that there are any issues that remain to be litigated in this action. We do note that your email below does not reference the claims brought by Leane Defendants in this action that have not been dismissed.  CBV also does not agree that its declaratory judgment claims have been settled. CBV will agree to enter a coordinated, structured final judgment, from which CBV intends to appeal. This final judgment would also not further prejudice CBV's right to bring any claim against Leane Defendants in a new action.  We are continuing to research the proper procedures associated with this position, but believe that the position reflected here is sufficient to report in compliance with the Court's order. We will prepare a draft status report accordingly and can engage in a meet and confer as well. I am available pretty much all day other than 2:00-3:30 today.

Geoff

**Geoffrey Grivner**
**Shareholder**

500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
302 552 4207 (o)
484 431 6101 (c)
geoffrey.grivner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

1

**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Wednesday, June 14, 2023 10:18 PM
**To:** Geoffrey G. Grivner <geoffrey.grivner@bipc.com>; Steve Brauerman <SBrauerman@bayardlaw.com>; Ronald Golden <rgolden@bayardlaw.com>
**Cc:** Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>; Levine, James H.S. <James.Levine@Troutman.com>; Kody M. Sparks <kody.sparks@bipc.com>; Patrick Keane <patrick.keane@bipc.com>
**Subject:** RE: Judge Williams' Order

It's now 10:15 on Weds night. Our joint status report is due Friday. The continued radio silence is unreasonable. And given my other commitments on Friday, it will need to be finalized by 10:00 a.m. that day at the latest. very much hope we are not going to need to file a non-joint status report that notes the lack of communication.

Akiva M. Cohen
Kamerman Uncyk Soniker & Klein
1700 Broadway
New York, NY 10019
212-400-4930

**From:** Akiva Cohen
**Sent:** Wednesday, June 14, 2023 6:39 AM
**To:** Geoffrey G. Grivner; Steve Brauerman; Ronald Golden
**Cc:** Dylan Schmeyer; Mike Dunford; Kathryn Tewson; Levine, James H.S.; Kody M. Sparks; Patrick Keane
**Subject:** Re: Judge Williams' Order

Geoff,

It's now Wednesday. The joint status report is due Friday.

Please get us an answer today.

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Geoffrey G. Grivner <geoffrey.grivner@bipc.com>
**Sent:** Monday, June 12, 2023 5:01:13 PM
**To:** Akiva Cohen <acohen@kusklaw.com>; Steve Brauerman <SBrauerman@bayardlaw.com>; Ronald Golden <rgolden@bayardlaw.com>
**Cc:** Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>; Levine, James H.S. <James.Levine@Troutman.com>; Kody M. Sparks <kody.sparks@bipc.com>; Patrick Keane <patrick.keane@bipc.com>
**Subject:** RE: Judge Williams' Order

Akiva,

We are still reviewing and considering our options. To that end, can you please provide us with the settlement agreement your clients entered with ChanBond as you previously represented you would?

Thanks,

2

Geoff

**Geoffrey Grivner**
**Shareholder**

500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
302 552 4207 (o)
484 431 6101 (c)
geoffrey.grivner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Monday, June 12, 2023 4:24 PM
**To:** Geoffrey G. Grivner <geoffrey.grivner@bipc.com>; Steve Brauerman <SBrauerman@bayardlaw.com>; Ronald Golden <rgolden@bayardlaw.com>
**Cc:** Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>; Levine, James H.S. <James.Levine@Troutman.com>; Kody M. Sparks <kody.sparks@bipc.com>; Patrick Keane <patrick.keane@bipc.com>
**Subject:** RE: Judge Williams' Order

Geoff, any update?

Akiva M. Cohen
Kamerman Uncyk Soniker & Klein
1700 Broadway
New York, NY 10019
212-400-4930

**From:** Geoffrey G. Grivner
**Sent:** Friday, June 9, 2023 5:04 PM
**To:** Akiva Cohen; Steve Brauerman; Ronald Golden
**Cc:** Dylan Schmeyer; Mike Dunford; Kathryn Tewson; Levine, James H.S.; Kody M. Sparks; Patrick Keane
**Subject:** RE: Judge Williams' Order

We will be in touch early next week as we are our reviewing our options.

**Geoffrey Grivner**
Shareholder

500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
302 552 4207 (o)
484 431 6101 (c)
geoffrey.grivner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

4

**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Friday, June 9, 2023 4:43 PM
**To:** Geoffrey G. Grivner <geoffrey.grivner@bipc.com>; Steve Brauerman <SBrauerman@bayardlaw.com>; Ronald Golden <rgolden@bayardlaw.com>
**Cc:** Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Kathryn Tewson <ktewson@kusklaw.com>; Levine, James H.S. <James.Levine@Troutman.com>
**Subject:** RE: Judge Williams' Order

Geoff,

Can you please give me an indication of when I should expect a response?

Akiva M. Cohen
Kamerman Uncyk Soniker & Klein
1700 Broadway
New York, NY 10019
212-400-4930

**From:** Akiva Cohen
**Sent:** Thursday, June 8, 2023 1:41 PM
**To:** Grivner, Geoffrey G.; Steve Brauerman; Ronald Golden
**Cc:** Dylan Schmeyer; Mike Dunford; Kathryn Tewson; Levine, James H.S.
**Subject:** Judge Williams' Order

Geoff,

In light of Judge Williams' order, I wanted to reach out and see if you agreed with us that there is no longer anything left to try. From the first amended complaint:

Count 1: Specific Performance against ChanBond. **Settled.**
Count 2: Breach of Contract against ChanBond (PPA). **Settled.**
Count 3: Breach of Contract against ChanBond (ISA). **Settled.**
Count 4: Declaratory Judgment against ChanBond (ISA). **Settled. Also there is no longer an actual controversy.**
Count 5: Declaratory Judgment against ChanBond (PPA Sec. 2.8). **Settled. Also there is no longer an actual controversy.**
Count 6: Declaratory Judgment against ChanBond (PPA Sec. 2.8). **Settled. Also there is no longer an actual controversy.**
Count 7: Injunctive relief. **Moot**

Please let us know your position immediately.

Separately, your settlement with ChanBond released any claims that CBV might have against either IPNAV (ChanBond's former agent) or Deirdre Leane (a former member and manager of ChanBond and Unified shareholder, and Billy Carter's predecessor as Manager of ChanBond). *See* Settlement, Section 3.1 (releasing ChanBond, Unified, Billy Carter, and their "present **and former** … shareholders …, managers, members, … agents, … and, where applicable, their respective predecessors")

And in that regard: We were going to raise that defense as part of our motion to dismiss if the Court allowed leave to amend; now that the Court has denied leave to amend the complaint, we need to amend our answer to assert it as an affirmative defense. If your client believes that anything in this case remains live, please let us know if you consent to that amendment.

Best,

Akiva M. Cohen
Kamerman Uncyk Soniker & Klein
1700 Broadway
New York, NY 10019
212-400-4930

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.


CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.