# EXHIBIT D

| | |
|---|---|
| **From:** | Akiva Cohen <acohen@kusklaw.com> |
| **Sent:** | Monday, June 19, 2023 11:46 AM |
| **To:** | Geoffrey G. Grivner; Patrick Keane |
| **Cc:** | Steve Brauerman; Ronald Golden; Levine, James H.S.; Kathryn Tewson; Dylan Schmeyer; Mike Dunford |
| **Subject:** | Draft Stipulated Judgment |
| **Attachments:** | Draft Stipulated Judgment.docx |

All,

My clients (and my wife, we're moving!) would like to get this wrapped up as expeditiously as possible, and to that end I've drafted a proposed stipulated judgment that includes a judgment in favor of us on our declaratory judgment claims and against CBV on its. It also dismisses the remainder of our claims ***without*** prejudice (since the unjust enrichment and "CBV sufficiently approved" claims would potentially be relevant in the event that your clients later bring some form of claim against us). I based the form on a stipulated judgment we did (and got entered) for Bungie in the Western District of Washington, and James didn't flag anything as needing a Delaware-specific tweak, so that should be all correct.

Please let me know what you think, and let's try and get this finalized by the end of the week.

Happy Juneteenth,

Akiva M. Cohen

Kamerman Uncyk Soniker & Klein

1700 Broadway

New York, NY 10019

212-400-4930