# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 1:21-cv-01456-GBW |
| ) | |
| CHANBOND, LLC, DEIRDRE LEANE, ) | |
| and IPNAV, LLC, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS DEIRDRE LEANE AND IPNAV, LLC'S
## CROSS-MOTION FOR SUMMARY JUDGMENT OR DISMISSAL

Defendants Deirdre Leane and IPNAV, LLC's (collectively, "Leane Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(1), hereby submit their Cross-Motion for Summary Judgment or Dismissal. In further support thereof, Leane Defendants submit the attached Opening Brief, filed contemporaneously herewith.

OF COUNSEL:

Akiva M. Cohen
Dylan M. Schmeyer
KAMERMAN, UNCYK,
  SONIKER & KLEIN P.C,
1700 Broadway, 16th Floor
New York, NY 10019
212.400.4930
acohen@kusklaw.com
dschmeyer@kusklaw.com

Dated: February 12, 2024

/s/ James H. S. Levine
James H. S. Levine (DE Bar No. 5355)
TROUTMAN PEPPER
  HAMILTON SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
james.levine@troutman.com

*Attorneys for Deirdre Leane and IPNAV, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I electronically filed the foregoing ***Defendants Deirdre Leane and IPNAV, LLC's Cross-Motion for Summary Judgment or Dismissal*** with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record who are registered with the CM/ECF system.

/s/ James H. S. Levine
James H. S. Levine (#5355)