# **EXHIBIT 1**

## AMENDMENT TO PATENT PURCHASE AGREEMENT

This AMENDMENT TO PATENT PURCHASE AGREEMENT ("*Amendment*"), entered into this August 27, 2015, amends and modifies that certain PATENT PURCHASE AGREEMENT (the "*PPA*") entered into on April 9, 2015 (the "*Effective Date*") by and between CBV, Inc., a Pennsylvania corporation, of 848B North Hanover Street, Carlisle, Pennsylvania 17013 (the "*Seller*") and ChanBond, LLC, a Delaware limited liability company, of 2633 McKinney Ave., Suite 130-501, Dallas, Texas 75204 (the "*Purchaser*") (each a "*Party*" and collectively the "*Parties*"). The Parties hereby agree as follows:

### 1. BACKGROUND

1.1  Seller and Purchaser entered into the PPA on April 9, 2015.

1.2  Seller and Purchaser now wish to amend that PPA.

1.3  The Parties hereby agree and acknowledge that this Amendment modifies and amends the PPA as specified herein.

### 2. DEFINITIONS

2.1  All definitions specified in the PPA are herein incorporated by reference.

### 3. CONSIDERATION

3.1  <u>Additional Consideration for Seller's Rights</u>.  In consideration for Seller's surrender and revocation of Seller's Reversion Assignment Right, as enumerated in Section 3.7 of the PPA, Seller shall be entitled to a payment of Two Hundred Thousand US Dollars ($200,000.00).

3.2  Section 3.7 of the PPA, entitled "Reversion Assignment Right," is herein and hereby stricken and forever revoked from the PPA as if it had never existed.

3.3  Section 3.8 of the PPA is herein amended to reflect that Seller's rights set forth in Section 3.6 of the PPA shall hereinafter be the sole and exclusive right and remedy available to Seller in the event the True Up Amount is not paid, and Seller shall hereinafter have no other rights or remedies against such failure, monetary or otherwise with respect to the Assigned Patent Rights or otherwise against Purchaser, under or in connection with Sections 3.6 of the PPA.

### 4. RECEIPT AND DISTRIBUTION OF PROCEEDS BY MISHCON DE REYA NEW YORK LLP

4.1  Purchaser has retained Mishcon de Reya New York LLP ("Law Firm") for assistance with the monetization and enforcement of the Assigned Patent Rights. Law Firm agrees to receive on behalf of Purchaser all Gross Recoveries, into a designated account. Once Law Firm receives Gross Recoveries, Law Firm will calculate the appropriate shares of Gross Recoveries for distribution among ChanBond LLC ("ChanBond"), CBV, Inc. ("CBV"), and Law Firm (collectively, "the Parties") as dictated by (i) the Engagement Agreement between ChanBond and Law Firm (the "Engagement Agreement") and (ii) the Patent Purchase Agreement dated April 9, 2015 between CBV and ChanBond (the "PPA"), and any subsequent revisions to those agreements. Law Firm will provide an allocation report enumerating the planned distribution to the Parties ("Allocation Report"). If Law Firm receives no objection from a Party to Law Firm's report within 72 hours of providing the Allocation Report, Law Firm will distribute Gross Recoveries to the Parties as described in the Allocation Report. Any Party's objection to the Allocation Report must explain the basis for the objection as well as identifying the specific

amount the objecting Party believes has been improperly allocated (the "Amount in Dispute"). Law Firm will distribute any amount not in dispute and continue to hold the Amount in Dispute on account until the dispute has been resolved in accordance with the dispute resolution provisions contained in the relevant agreement (i.e., the Engagement Agreement or the PPA).

*\*\*\*The remainder of this page has been intentionally left blank. Signature page follows.\*\*\**

In witness whereof, the Parties have caused this Amendment to Patent Purchase Agreement to be executed as of the Effective Date by their respective duly authorized representatives.

**CBV, Inc.**

By: _/s/ Earl Hennenhoefer_

Name: Mr. Earl Hennenhoefer

Title: President and CEO

Date: 8/27/15

**ChanBond, LLC**

By: _/s/ Deirdre Leane_

Name: Ms. Deirdre Leane

Title: Manager

Date: 9/9/2015

3