# **EXHIBIT 3**



**From:** Billy Carter
**Sent:** Tuesday, September 29, 2015 2:35 PM
**To:** Deirdre Leane; Mark Raskin
**CC:** Robert Whitman
**Subject:** ChanBond LOI

1. To be technically correct there will be a change of ownership with swapping ownership in ChanBond, LLC for ownership in the public company UnifiedOnline, Inc. (UOIP)
2. ChanBond will become a wholly-owned subsidiary of UOIP.
3. ChanBond will continue to pursue the litigation.
4. UOIP will assume / honor all engagements re the litigation ie agreements with - IPNAV, Mishcon, Bentham, Ascenda, Bayard etc.

Thanks,

Billy Carter – Consultant



UnifiedOnline!, Inc.
324 E 11th St., 24th Floor
Kansas City, MO 64106
(816) 888-8875
billy@unifiedonline.net
STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify UnifiedOnline!, Inc. immediately at 816-522-1324, and destroy all copies of this message and any attachments.

---

**From:** Deirdre Leane <deirdre@ipnav.com>
**Date:** Tuesday, September 29, 2015 at 11:57 AM
**To:** Mark Raskin <mark.raskin@mishcon.com>
**Cc:** Billy Carter <billy@unifiedonline.net>, Robert Whitman <Robert.Whitman@Mishcon.com>
**Subject:** Re: ChanBond LOI

Correct – change of ownership ...I step out and BC steps in. ChanBond LLC remains intact as with all else

Privileged and Confidential Communication

 FULL
SERVICE
PATENT
MONETIZATION

Deirdre Leane|IP Navigation Group, LLC|
2515 McKinney Ave. Suite 1000, Dallas, TX 75201
Office: +1.214.438.0793|Cell: +1.214.930.6408|Email: deirdre@ipnav.com
STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify IP Navigation Group, LLC immediately at 214.438.0800, and destroy all copies of this message and any attachments.

---

**From:** "Mark S. Raskin" <mark.raskin@mishcon.com>
**Date:** Tuesday, September 29, 2015 at 11:55 AM
**To:** Deirdre Leane <deirdre@ipnav.com>
**Cc:** Billy Carter <billy@unifiedonline.net>, Robert Whitman <robert.whitman@mishcon.com>
**Subject:** RE: ChanBond LOI

Yeah, with us.
So ChanBond will still exist as an entity, right? Don't want any standing issues at this point.
- mark

**From:** Deirdre Leane [mailto:deirdre@ipnav.com]
**Sent:** Tuesday, September 29, 2015 12:13 PM
**To:** Mark Raskin
**Cc:** Billy Carter; Robert Whitman
**Subject:** Re: ChanBond LOI
Between ChanBond and Mishcon?
Section 5.2 in LFA with Bentham means they can conduct DD but won't get in the way and I squared that away in advance with them (IF they have memory recall). With your approval, we can start the process and I will notify B
Privileged and Confidential Communication



Deirdre Leane|IP Navigation Group, LLC|
2515 McKinney Ave. Suite 1000, Dallas, TX 75201
Office: +1.214.438.0793|Cell: +1.214.930.6408|Email: deirdre@ipnav.com

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify IP Navigation Group, LLC immediately at 214.438.0800, and destroy all copies of this message and any attachments.

From: "Mark S. Raskin" <mark.raskin@mishcon.com>
Date: Tuesday, September 29, 2015 at 11:11 AM
To: Deirdre Leane <deirdre@ipnav.com>
Cc: Billy Carter <billy@unifiedonline.net>, Robert Whitman <robert.whitman@mishcon.com>
Subject: Re: ChanBond LOI

Looks fine. I just wanted to double check the engagement agreement

Sent from my DROID
On Sep 29, 2015 12:05 PM, Deirdre Leane <deirdre@ipnav.com> wrote:
Any thoughts?


Privileged and Confidential Communication

[Description: Description: IPNav Logo New]

Deirdre Leane|IP Navigation Group, LLC|
2515 McKinney Ave. Suite 1000, Dallas, TX 75201
Office: +1.214.438.0793|Cell: +1.214.930.6408|Email: deirdre@ipnav.com<mailto:deirdrel@ipnav.com>

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify IP Navigation Group, LLC immediately at 214.438.0800, and destroy all copies of this message and any attachments.

From: Deirdre Leane <deirdre@ipnav.com<mailto:deirdre@ipnav.com>>
Date: Monday, September 28, 2015 at 3:44 PM
To: "Mark S. Raskin" <mark.raskin@mishcon.com<mailto:mark.raskin@mishcon.com>>, Robert Whitman <robert.whitman@mishcon.com<mailto:robert.whitman@mishcon.com>>
Cc: Billy Carter <billy@unifiedonline.net<mailto:billy@unifiedonline.net>>
Subject: ChanBond LOI

Guys
As per the plan, attached is an LOI UOIP sent to ChanBond for execution .. Let us (Billy is on CC) know if this may cause any issues for you.
Deirdre


Privileged and Confidential Communication

[Description: Description: IPNav Logo New]

Deirdre Leane|IP Navigation Group, LLC|
2515 McKinney Ave. Suite 1000, Dallas, TX 75201
Office: +1.214.438.0793|Cell: +1.214.930.6408|Email: deirdre@ipnav.com<mailto:deirdrel@ipnav.com>

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify IP Navigation Group, LLC immediately at 214.438.0800, and destroy all copies of this message and any attachments.

---

**Mishcon de Reya New York LLP,** 750 7th Avenue – 26th Floor, New York, NY 10019
Tel +(1) 212-612-3270 Fax +(1) 212-612-3297 www.mishconnewyork.com

Please consider the environment before printing this e-mail.

This email and any attachment is confidential, may be legally privileged and must not be disclosed to or used by anyone other than the intended recipient. Unauthorized use, disclosure, distribution or copying is prohibited and may be unlawful. If you are not the intended recipient, please notify mark.raskin@mishcon.com and then delete this email.

This email is sent over a public network and its completeness or accuracy cannot be guaranteed. Any attached files were checked with virus detection software before sending, but you should carry out your own virus check before opening them and we do not accept liability for any loss or damage caused by software viruses.

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email message has been scanned for viruses by Mimecast.

Confidential
IPN0020651