IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:21-cv-01456-GBW |
| | ) |
| CHANBOND, LLC, DEIRDRE LEANE, and IPNAV, LLC, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF AKIVA M. COHEN

1. I am a Partner at Kamerman, Uncyk, Soniker, & Klein, P.C., attorneys for Deirdre Leane and IPNAV, LLC ("Leane Defendants") and submit this declaration in opposition to Plaintiff CBV's Motion for Summary Judgment. I have personal knowledge of the facts submitted herein, and could and would testify competently to them if called to do so.

2. On October 14, 2022, I met and conferred with counsel for both Plaintiff CBV, Inc. and Defendant Chanbond LLC. During that meeting, counsel for CBV asked counsel for Chanbond to confirm that it would not make any payments to Leane Defendants. Counsel for Chanbond instead stated that Chanbond in fact **intended** to pay Leane Defendants, citing concern for the rapidly increasing interest burden in light the expiration of Leane Defendants' interest waiver as of the resolution of CBV's motion for preliminary injunction.

3. Counsel for Chanbond further explained that pursuant to the parties' previous discussion prior to the filing of that motion, Chanbond would be willing to delay any payment if CBV would assume responsibility for that interest burden. Counsel for CBV did not agree to any such provision.

4. Counsel for CBV then asked counsel for Chanbond if Chanbond intended to pay Leane Defendants. In response, counsel for Chanbond asked counsel for CBV if he was aware of

1

any court order preventing Chanbond from making any such payments. Counsel for CBV conceded that he was not.

                                                    Akiva M. Cohen

February 26, 2024