

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

500 Delaware Avenue, Suite 720
Wilmington, DE  19801-7407
T 302 552 4200
F 302 552 4295

March 26, 2024

**VIA CM/ECF**

The Honorable Gregory B. Williams
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *CBV, Inc. v. ChanBond, LLC, et al.*, C.A. No. 21-1456-GBW

Dear Judge Williams:

On behalf of the parties in the above referenced action, and pursuant to the Court's instruction in its March 13, 2024 Memorandum and Order [D.I. 253], I write to provide the Court with a joint status report and submit a proposed final judgment in this action.

The parties are in agreement that as a result of the various settlement agreements entered between the parties resolving certain claims in this action, and the Court's Memorandum and Order resolving the remaining claims, there are no additional issues in dispute at this time. Therefore, the parties respectfully request Your Honor enter the enclosed proposed Final Judgment at the earliest convenience of the Court.

Should Your Honor have any questions, counsel remains available.

Respectfully submitted,

/s/ *Geoffrey G. Grivner*

Geoffrey G. Grivner (#4711)

Enclosure

cc:    All Counsel of Record (via CM/ECF)