IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CBV, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   C.A. No. 21-1456-GBW |
| | ) |
| CHANBOND, LLC, DEIRDRE LEANE, and IPNAV, LLC, | ) ) ) |
| | ) |
|     Defendants. | ) |

## [PROPOSED] FINAL JUDGMENT

WHEREAS, on October 15, 2021, CBV, Inc. ("CBV") filed its Complaint against ChanBond, LLC ("ChanBond");

WHEREAS, Defendants Deirdre Leane ("Leane") and IPNAV, LLC ("IPNAV," and together with Leane, "Leane Defendants") intervened in this action, and filed their Answer, Crossclaims, and Counterclaims on March 23, 2022. [D.I. 41];

WHEREAS, on April 20, 2023, Plaintiff entered into an agreement with Defendant Chanbond, LLC, agreeing to the dismissal of certain claims;

WHEREAS, on May 17, 2023, Plaintiff filed a motion for leave to amend its Amended Complaint. [D.I. 209];

WHEREAS, on June 8, 2023, the Court denied Plaintiff's Motion for Leave to Amend its Amended Complaint. [D.I. 220];

WHEREAS, on January 16, 2024, CBV filed its Motion for Summary Judgment. [D.I. 238];

WHEREAS, on February 12, 2024, Leane Defendants filed their Cross-Motion for Summary Judgment. [D.I. 242]; and

WHEREAS, on March 13, 2024, the Court denied CBV's Motion for Summary Judgment and granted-in-part and denied-in-part Leane Defendants' Cross-Motion for Summary Judgment. [D.I. 253],

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED:**

1. Consistent with CBV's agreement to dismiss with prejudice and release all breach of contract claims against ChanBond, Counts I, II, III, and VII of the First Amended Complaint [D.I. 6] are dismissed with prejudice, each side to bear its own costs.

2. Consistent with the Court's March 13, 2024 Memorandum Opinion and Order regarding CBV's Motion for Summary Judgment and Leane Defendants' Cross-Motion for Summary Judgment, Counts IV, V, and VI of the First Amended Complaint [D.I. 6] and Count I of Leane Defendants' Counterclaims [D.I. 41] are dismissed as moot.

3. Leane Defendants' hereby voluntarily dismiss Count II of Leane Defendants' Counterclaims pursuant to Fed. R. Civ. P. 41(a)(2).

4. This stipulation shall not in any way limit or otherwise impact the Parties' rights and abilities to appeal.

IT IS SO ORDERED, this 27th day of March, 2024.

UNITED STATES DISTRICT JUDGE
Gregory B. Williams